K21.5166

HAR..SBURG, PA

JUN 1 2 2020

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Frank Brett

_____

_____

(Enter above the full name of
plaintiff in this action)

:
:
:
:
:

CIVIL CASE NO.: 1:20-CV-957

(to be supplied by Clerk
of the District Court)

MJ Saporito

14 Prinston Road
Haverston, PA 19083

#1. Marie D'Andrea
#2. M. Governor Chris Christol
#3. Bill Naulty Accountant
#4. David Wildstein
#5. Mr. Service
#6. Bridget Kelly
#7. David Samson
#8. Doug Burger - Boss

(Enter above the full name of
the defendant(s) in this action)

:
:
:
:
:
:
:

COMPLAINT

1. The plaintiff ___Frank Brett___

the County of ___Delaware___                           State of

Pennsylvania, residing at _14 Princeton Rd, in Havertown, Pa. 19083_

wishes to file a complaint under _Title 119 USC #(A)7(B)(b)(1) Black and white gangs Came after cops +_ their Families. _#2. Crime Victims Rights Act - Title 18 Section 3771_ (give Title No. etc.) Victims of Federal Crimes have rights to be heard in court. The US Gov't did not protect all Individual Performing Official duties, Undercover, Informant, Fed Logistics Taker, Federal Witness to Over 130 Mayor crimes. I consequently after handing to State Carmamed that I was Raped Repeatedly as a child by a catholic Nun who touched me out 1 time. I was then Raped 2 Times by 2 different groups. 2. The defendant is #1. Maria D'Andrea The Boss of the Clerks #2. N.J. Governor Chris Kristy, #3. Bill Naulty Accountant + PorNoStar #4. David Wildstein #5. Mr Service

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _In Title 119 USC #(A)7(B)(b)(1) Black and white gangs Shot at me this year in a white Car (PL) 639TTB - white car. The passenger Leaned out the window of the car and punched me in my sore (PL) The Latin gun Tried to steal my Logistics I was taking. The driver than threatened my Life. Next he shot his gun at me 1 time. Then (PL) Hul 693 Hander Element Followed me to Dunkin Dough Nuts and Tried to run me over in the parking Lot. 1 Black woman and a Latin woman._

3. (CONTINUED) _They were all in their 20's yrs of Age and Since None is 5 of_
_these People Nos is a Criminal Gang and 5 of the 9 give Revelunder Rico Act._
_U.S. Federal Court Clerks Lied and Committed Fraud Against Me_
_M's Steve Carramuche and his Marshe cousin in with MrsGertz at Sunday Breakfast — Mesiva_
_and Mrstively, his cousin Tom from Montana is all the Littles stated I was Jerking off_
_The Las 4 years. I Can't I Have a hypnotic Drom being picked up by My testicles 3 times_
_by 2 different groups. Starting in 2016 to 2020._

4. WHEREFORE, plaintiff prays that _Injunction Against ELTON Brand and Joe Dyers,_
_Alan Webb Seen with stripper Summer daughter, Mrs Sobel in 2020 did front of strip_
_Bar Club C69 In Palmbeach, FL. I Just Went passed the Strip Club. Also Injunction Against_
_Fed Farmer a Murder Suspect who with Jeff and Andy Farmer and Their daughter_
_were In with Fred Farmer for years Following Me To and From Florida interfering with Federal Lawsuit_
_Federal Corruption Cases I has insited with. Nobr Robgyan is Harvest to Netfield and they were_
_in with Jony oldest and Lions Rob Hones, John Hones of BATT Hones From 1995 to 2020_
_I am Praying for 3 million dollars from Each defendant_

Frank Brett

Fred Brett

(Signature of Plaintiff)

6/12/20

See attached Pg 1 of 4

Frank Brett
VS

#1.  Marie D'Andrea                          #26.  Dan Brett
#2.  NJ Governor Chris Christie              #27.  Brendan Brett
#3.  Bill Naulty Accountant                  #29.  Richard Pratt
#4.  David Wildstein                         #29.  Beth Smithers Luce
#5.  Mr. Service                             #30.  Stuart Wilder
#6.  Bridget Kelly                           #31.  Marie Unknown Paralegal
#7.  David Samson                            #38.  Kathy Brett - Dan Brett 3 wife
#8.  Doug Barger                             #33.  Joe Avice
#9.  John Leehman                            #34.  Joe Avice Gang (9 Full Time Members)
#10. Sterling Tarbett                        #35.  Hit Hat Austrell
#11. Steve Carrapuncle                       #36.  "Shorty" - Black woman
#12. Summer Boobs (5'20 4'4" Boob)           #37.  Barbara Baylor Attorney
#13. John Ryman                              #38.  Rev. Hall and The Orlando Fl. Rescue Mission
#14. Bdidw Jones                             #39.  Rev. Tom Jackson and the Orlando Fl. Rescue Mission
#15. Judge John Toal                         #40.  Rev. White Unknown white Man Orlando Fl. Rescue Mission
#16. Mrs. Man - Hazeem Critterdon            #41.  Rev. Pate Unknown White Man Orlando Fl. Rescue Mission
#17. Bruce Cutler "Attorney"                 42.   Law Firm of Wolf & Samson
#18. Vincent Marchino                        43.   Bill Toal Attorney
#19. Jeff Epstein                            44.   Judge John Toal's Bailiff Cop 6'9" Tall.
#20. Ghisalene Maxwell                       45.   Sharon Weis Sis.
#21. Mark Epstein                            46.   Sherwin Williams Corp.
#22. Nadia Marinhova - "Mrs. Marinhio"       47.   Tom Killian State Rep. Middletown, Pa
#23. Sarah Kellen changed Name to Sarah Kensington  48.   Magistrate Hawken
#24. Ivan Robles - Private Eye               49.   Robt & Leen T Incart Homes,
#25. Cita Mission - all employees            50.   Carol & Leen T Thavie Law Firm

Pg 2 of 9 (continued pg 2 of 9)

| # | | # | | # | |
|---|---|---|---|---|---|
| 45. | Paul Johnson | 79. | Fred Bevington | 108. | John Miller |
| 52. | Paul Johnson 20's yrs old Cush | 80. | Fred Hawkins | 109. | Ebenezer Miller |
| 55. | Stanly Taborellie | 81. | Simon Randolf from Bethesda Mission | | |
| 56. | Crazy Joe ^d Paguag Gang | 82. | Simon Randolf's 46's yrs old cousin in Brevard County, FL | | |
| 57. | Floyd Johnson | 83. | Joe Ditratio | 110. | Thera Miller |
| 58. | Monsignor Lynn – Philar Pier / Catholic Monsignors Everywhere | 84. | Cecil McCrae | 111. | Dawn Miller |
| 59. | Monsignor Foley / Catholic Monsignor of Baltimore, Maryland | 85. | Charles Dennis | 112. | Bill Miller |
| 60. | Larry Wallace | 86. | Mrs Rice | 113. | Rea Miller |
| 61. | Larry Wallace Jr | 87. | Resident Mrs Dennis | 114. | Jack Miller |
| 62. | Rev Wallace | 88. | Jeff Wertz – Resident | 115. | Paul Miller |
| 63. | Tom Wallace – Cop Lawrenceville, NJ | 89. | Mrs Bootzer | | Paul Musel...la Harper |
| 64. | Roger Wallace | 90. | Crystal Brown | 117. | Glen Johnson – Mandalka NY |
| 65. | Roger Wallace & Son | 91. | Frank Brown | 118. | MRS Hayes – Melbourne, FL |
| 66. | Der Mond Fishman | 92. | Marte Brown | 119. | Monsignor – Murry |
| 67. | US Amazon Com-Mckenzie & Jeff Bezos | 93. | Billy Turner + Wife | 120. | Monsignor – Toblin |
| 68. | Sunday Breakfast Mission in Wilmington, Delaware | 94. | Kyle Carrol | 121. | Monsignor Keith O'Hara |
| 69. | Floyd Wheeler Boss Sunday Breakfast Mission | 95. | Kyle Walton | 122. | Monsignor – Pappas |
| 70. | Rev. Rodgers | 96. | Mary Walton (From Alexandria VA) | 123. | Monsignor Martin |
| 71. | Don Edwards | 97. | Michael Rain (From Port St. Lucie, FL) | 124. | Monsignor Pappas |
| 72. | Fired Gene Carson | 98. | Teal Farmer | 125. | Cornbread –drug dealer |
| 73. | Fired Gene Black Man Health Dept. | 99. | Nancy Suller – covered up Murder + Jeff Leighton | | |
| 74. | Fired Deacon James but Se Martha | 100. | Richy Gertz – Porno Star | 126. | Mr. Noble |
| 75. | Rev. Muslim NW | 101. | Carrolynn Gertz – Porno Star | 127. | Bo Mddel |
| 76. | Al Byers | 102. | Marion Gertz | 128. | Randy Mddel |
| 77. | E)den Brand | 103. | Debbie Little ex drug dealer | 129. | Brandon Yudis |
| 78. | Allen Webb | 104. | Dee Little ex drug dealer | 130. | Ross Yudis |
| | | 105. | Sylvia Little ex drug... | 131. | Etan Yudis |
| | | 106. | Mrs Little ex drug dealer | 132. | Zachary Yudis |
| | | 107. | John Gertz ex drug dealer | | |

Pg. 3 of 4

See Attached Pg. 3 of 4

192.
193.

188. Captain Doyle - Philo. Police
189. Louis Vasquez Employee Salvation Army
190. Robert Rockwell - The Boss of The Salvation Army
+ The Whole Staff.

133. LT. MC Moran - Buckingham Police
134. SGT. Mc Horn - Buckingham Police
135. Mrs. Hanna Cop - Buckingham Police
136. Christine Coulter - Philo. Police Chief
137. Rev. Briggs. — Boss of Sunday Breakfast Mission Philo. Pa.
138. Officer Briggs - Philo. Police
139. Officer Frey — White Horse Philo. Police
140. Officer Hertel  White Man Philo. Police
141. Sheriff Lee - Brevard Fla Sheriff
142. Sheriff Anthony SVoozre - Seminole County Sheriff
143. Kathy Svoore - Clerk In Seminole County Courthouse - Criminal
144. LT. Joe Greco — Havertown Police
145. Officer Seidel - Havertown Police
146. Officer Gardner — Havertown Police
147. Officer Dennis O'Donnell - Havertown Police
148. Officer Pike  Havertown Police
149. Tom Principato
150. Richard Principato
151. Eileen Gillespie Overturf + Mike Overturf
152. Kevin Overturf
153. Kevin — Minister at Bethesda Mission
154. Bruce Jackson
155. Tom Jackson
156. JoBo Jackson
157. Heroin + Transter Band 2 Stingers who committed Felonys
against Undercovers, federal Witness, Federal Spy.

7/9/2019 deLange John Doe

158. MR. Ross — Bethesda Mission
159. Mr. TAFT Nak "
160. Jane Alleman
161. Georgina Duchholten
162. David Dyson
163. Chuck Wingate
164. Scot Dunwoody
165. Bill Christiansen + Whole Staff at Bethesda Mission
166. John McCormick Catholic Monseignor
167. Dan McCormick - Murder Coverupper
168. John STurph
169. Ann Murphy - pedifile Coverupper + Murder Coverupper
170. Nichole Dorso - Murder Cover upper
171. Casey Overturf drug dealer
172. Mary Gillespie
173. Kevin Gillespie - Criminals
174. Barbara Welch
175. Gene Bingham
176. Jen Bingham
177. Darrel + Sonja Jarrett
178. Darrel + Sonja Jarrett daughter
179. Binky Marsella
180. Mindie Marsella sister
181. Richard Abbott
182. John Wilson
183. Benny Mo
184. MAGnus Lyons Rapist
185. Mrs Lyont 20's yrs-old
186. Mr. Lyons 30's yrs old



1 of 9

1, Marie D'Andrea

"Addresses of Descendants"

#1, New Jersey Governor Chris Christy -225, W.State St.
#2, David Samson Port Authority/Port of 9625 World Trade Center
#3, Jaime Fox Port Authority World Trade Center
#4, New York Governor Jeff 1,2009

#4, Vincent Manginie + Louis Tyndall Lau Firm      #20, Summer - Christine Sabol
414 Baltimore Pike                                 414 Baltimore Pike
Media, Pa 19063                                    Media Pa 19060

#5, Victor Guadalopez          #21, Frank Zepter 3 30-34 ys. old cousin
1302 Pearl St,                      465 Central Ave,
Phila, Pa 19103                     Orlando, Fla 32805

#6, Louis Guadalopez          #22, Walter Booth Son - 2 times - 28-34ys.old
1302 Pearl St                      440 Central Ave
Phila, Pa 19103                    Orlando Fla 32805

#7, Louis Guadalopez White Man Cousin Latin 30-34yrs old toppor #23, Mr. Marchie Howard - 28-34 ys. old
414 Baltimore Pike                                              414 Baltimore Ave
Media, Pa 19063                                                 Media, Pa 19063

#8, Hernando Palacio Sancles     #24, Joe Amie Gang - 10 people
1302 Pearl St,                        10 Poplar St
Phila, Pa 19103                       Wilmington, Delaware 19016

#9, Ren Walker            #25, Hid Hatkell -
1302 Pearl St,               10 Poplar St
Phila, Pa 19103              Wilmington, Delaware 19016

#10, Larry Wallace       #26, Shortly - Blk woman
1302 Pearl St               10 Poplar St
Phila, Pa 19103             Wilmington, Delaware 19016

#11, Larry Wallace Son - 28-34 ys. old    #27, Barry Might
1302 Pearl St                                10 Poplar St
Phila, Pa 19103                              Wilmington, Delaware 19016

#12, Tim Tibholz         #28, Baston St Curnk
10 Poplar St                10 Poplar St
Wilmington, Delaware 19016   Wilmington, Delaware 19016

#13, Pierre Johnson     #29, Tom Flannery
10 Poplar St                10 Poplar St
Wilmington, Delaware 19016   Wilmington, Delaware 19016

#14, Chrystal Brown     #30, Tom Petalie - (From 2010)
1302 Pearl St               10 Poplar St
Phila, Pa 19103             Wilmington, Delaware 19016

#15, Marta Brown        #31, Walter - The Unknown White Man
1302 Pearl St               10 Poplar St
Phila, Pa 19103             Wilmington, Delaware 19016

#16, Revi Lone - Sunday Breakfast Mission Boss    #32, Mike Luchaste
1302 Pearl St                                        10 Poplar St
Phila, Pa 19103                                      Wilmington, Delaware 19016

#17, Sunday Bread Past Mission Boss, Sam Pearl,    #33, Dan Brett
1302 Pearl St                                         68 Court St
Phila, Pa 19103                                       Doylestown, Pa 18901

#18, Remy Panocolo -     #34, Marie Unknown
1302 Pearl St               68 Court St
Phila, Pa 19103             Doylestown, Pa 18901

#19, Lisa Condos Lungo + Andrey Lungo    #35, Mike Lustoca - !
1302 Pearl St                               68 Court St
Phila, Pa 19103                             Doylestown, Pa 18901

97. Tom Jackson — 10 Poplar Rd.
Wilmington, Delaware 19805-2300

98. Rev. Dave White Man — 440 Central Ave
Orlando, FL 9280[?]

99. Ron White — 440 Central Ave,
Orlando FL, 32801

100. John Miller — 10 Poplar Rd,
Wilmington, Delaware 19805-2300

101. Robert Cripshul — 1100 [scribble]
Wilmington, Delaware 19805-2300

102. Benny Knight — 10 Poplar Rd.
Wilmington, Delaware 19805-2300

103. Gene Carson — Fired from
10 Poplar Rd
Wilmington, Delaware 19805-2300

104. Deacon James + wife Martha  Fired from
50 Poplar Rd.
Wilmington, Delaware 19805-2300

105. Monsignor Murry — 223 17th St,
Philia, Pa. 19106

106. Monsignor Lynn — 223 17th St
Philia. Pa. 19106

107. Attorney General Of The U.S., William BarR
Main Justice Building
10th and Constitution Avenue, NW
Washington, DC - 20530

108. US Attorney For The District of Maryland Marilyn Mosby—
36 S. Charles St, 4th Floor
Baltimore, Maryland 21201

109. Lt. Joe Greco - Havertown Pa. 19083 — Pediatr[?]le
111a Darby Rd
Havertown, Pa. 19083

110. Italian White Man Cop [scribble] + H-9 Cops Threated [?]
140 MacDavid Blvd,
Ridley Park, PA, 19083

111. Officer White — 140 MacDavid Blvd,
Ridley Park Pa, 1908[?]

112. Bradley Edwards Law firm -crouhel Attorney — 425 N. Andrews Ave
+ Christine Lardadaman  Fort Lauderdale, FL 33[?]

113. Nino + [scribble] — Attorney — 1528 Walnut St
Phila, Pa, 19106

114. Ricky Gertz — 65-2nd Ave,
Broomall, PA, 19008

115. Officer Mrs. Chambers Sheriff Toombs County Georgia

116. Sheriff Sgt. [?] Toombs County Georgia

117. Huggen Cotterhan - Mr. Han
1302 Pearl St,
Phila, Pa. 19103

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*JEFF EPSTEIN*

Defendant No. 1    Name *Judge MARQUEZ Chapman U.S. Federal Judge*
Street Address  605 Market ST,
County, City  Philadelphia Philadelphia
State & Zip Code  PA, 19106

Defendant No. 2    Name  Steve LaBranche
Street Address  605 Market ST,
County, City  Philadelphia Philadelphia
State & Zip Code  PA, 19106

Defendant No. 3    Name  DAN McCONNACT
Street Address  605 Market ST,
County, City  Philadelphia Philadelphia
State & Zip Code  PA, 19106

Defendant No. 4    Name  U.S. Marshall IT Alvin RAY
Street Address  605 Market ST,
County, City  Philadelphia Philadelphia
State & Zip Code  PA, 19106

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions          ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff   ☒ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at *Judge Mary McGlaghlin* issue?  Judge Goldberg, Judge Greg Pressnell - Orlando FL, Judge Nimble Sharp, did not Protect me in The USC (A) 7(B)(D) (2) Black and white gangs came after me with Jeff Epstein Gang after me to Harm me with Joe Amice 10 years Gang + with Joaquin Guzman Loera in 119 US Government did not protect a Fed - 2 undercover, Red Drobmanty performing All this day Certain Duties Like Gang or Maffia and Drug Dealers, Joe Amice and Mrs Gunther, Scot Rothstein, Jeff Epstein all were drug dealers into me and Britt Lewis about my Partners who Britt 1st sold one of over 50 under age women in 2003 before she was murdered

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___Pennsylvania___

Defendant(s) state(s) of citizenship ___Pennsylvania___

III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ___Philidelphia Pa, Sacramento California,___
___Toombs County - Lyons Georgia, Florida, Delaware, NJ, New York___

B. What date and approximate time did the events giving rise to your claim(s) occur? ___2009 - 2019___

C. **Facts:** In 2019 after putting a case into [illegible] Carruthcine's hand that I was Raped Many times as a child. I was Raped 2 Times as a Federal Undercover, and I was subject to 3 Armed Robberies while in with police Units who were supposed to protect me.
#1 By John Heenan - Thirty Lutheran Church of Western Sacramento of California
#2. Mr Virgo and Friends - Italian Man from Mino's Pizza and Latin Mel around 16 yrs old + Black Mel 16 yrs called me Gay Botch. #3. A Latin Men on Main ST, in Elizabeth, NJ unknown after I Filed a Lawsuit against US Senator NJ Democrat Robert Menendez. US Senator Corey Booker was seen with Latin Female, unknown count clerk and her Black Man Boss Mr. Lane were after me. Because They Used Their cell phone in a US Federal Court House to call people who had committed felonies against me. I saw Lee Cortez US Attorney in NJ court + PJ, on his cell Phone at US Federal Court House. He came outside. He was the criminal with US Marshalls White Man MATUMBI and Black Man Unknown US. Marshall who refused to let me in the US Courthouse because I caught the 2 US. Marshalls breaking the Law and commuting Felonies against me. In Philadelphia at the US Attorney's office in 9/2019 I caught Black Man US. Marshall Mr Martin and his partner Mr. Oyo Sugh another Black Man US Marshall at the Entry who had illegally followed me with US Entry clerk Black woman who sued Christ white Man appeared he was a Jewish US Attorney. I had caught Black Men US. Marshall McElbee and white Man US. Marshall unknown with Black woman Christine and Black woman Mrs Kraffs who I saw with Lee Ann McConell a big criminal + Lee Ann McConell and Her twin sister and cousin were seen with Gary - unknown Black Man from North Carolina who attended Lee Ann McConell's Church, In N.C. I seen Gary with drug dealers (Haseen Cofferdon). Ray From Estee and Mr. Noble black gang next to central Park in Manhatten New York in 2013. NJ US. Senator Corey Brother stated he was not going to baby sit me to the Blonde white woman He was with MRS. Dawson.

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any,
you required and received. ___ I was hit by 2 Cars broke Right Knee Cap and Sprained
Left Knee and had Bruised Ribs + All These Injuries are still bothering me,

V.    Relief

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and
the basis for such compensation.

Injunction Against Hussein Crittendon, "Hernando Pulacio Sanchez-Deacon"
"Injunction against Ron Wallace"- Deacon Sanchez and Victor Guadalopes and Black Man Cousin and
Gun Cousin in with Deacon Hussein 3 Million Dollars from Each defendant because of Many years
of Pain + Suffering,

-4-

I declare under penalty of perjury that the foregoing is true and correct.

Signed the ___ day of _____, 20___ .

Signature of Plaintiff _Fred Brett_____

Mailing Address _____3H S Decatur Rd._____

_____Havertown, PA. 19083_____

_____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Fred Brett_____

Pg 10#108

In Title 114 USC #(A) 7(B)(D)(1) - Black + white gangs came after me with

Jeff Epstein + gang, In 114 USC, The US Government did not protect an Individual

Perofrming certain official Duties, Judges knew I was a Federal Undercover,

Federal Informant, Federal whistle Blower, Federal Logistics Veteran, and a

Federal witness To over 200 Major Crimes I have witnessed and wrote.

Judy Goldberg + U.S. Federal Judge Murry McGloughlin Covered up The Murderers of My

4 Babies from Heaven, There were over 65 people in My home when

He never all poisoned, Congressman Robert Brady's people but admitted

+ Congressman Brelly to Crimes and being in My home of eated Richard Gentc, Richard Gentc

Stated That My Phones were illegally wire tapped by The Government

Judy Goldberg + Judge Murry Mc Clughlin Let Murry Gillespie get away with being sh

illegally, My home with her cousins Mike + Kileen Gillespie Overturf, with

Casey Overturf and her Boyfriend Major criminals & with drug dealers

★ Gerald Brett, Kevin Overturf and Casey Overturf Rerd Dan Brett, Brett and Brett,

Ken Brett, Munroe the paralegal whom were all In with Drug King Pin Joe Awce

and his Gang Members since 2002, Joe Awce stated this In Front

of 20 Men at Floyd Wheelers + The Boss who was the ? Sunday Breakfast

Mission In Wilmington, Delaware. Joe Awce stated In Front of 40 Men

In The Program In 12/2017 That he was a Drug Supplier and Drug

Dealer of Heroin, Oxy Cotton and cocaine. He used to call

himself Dan Brett out The Mission from 2010 until 2017.

In 10/2014 I asked Dan Brett and he knew all about Joe Awce

and his drug Gang, Dan Brett was In with him since 12/2002,

10/2014    This is all New Info on Joe Awce Gang - 9 Full time Employees + 50

Part time,    Made over 300 million dollars from 2002 until 2010 when Joe Awce

got caught, I'm The Only Honest MAN who fought Joe Awce Gang, with a

Different Team,    (#1) Dan Brett Lied To Me. He stated That Monsignor

Murry was Dead, This was a Lie, Catholic Monsignor at St Patricks Catholic

+ Priest + staff In Wilmington.    (#2) Dan Brett stated he had Cancer Stage 3 a He Lied

(#3) Dan Brett + Ken Brett US Customs betrayed his budge

Ken Jennings ★ Ken Brett and Ken Ellen from Port Authorities Pa Sheriffs Department, Halifto Priests

Reba Croyzer, Munk from US Customs Washington DC, Dorothy + Ken Husband Tara

U.S. Customs ★    and Dorothy Little, Debbie Little, Dee Little and Sydney Little were

all In with The Joe Awce Gang and Drug Dealers, Knbotler + Leano+ Shorty

                                                                    all drug dealers

Pr 1 [# of 107]

John McCormack Catholic Monsignor at St James Catholic
Church in Orlando Fla and Monsignor Gonzalez from St James and
Mrs Noyer oriental priest & all charged The Rochenstorm In 10/2006 to 2/23/2007
The 1st Look Investigation in Orlando, Fla. They were in with Dan Brett, Bradene Brett, Gerard Brett,
Nancy Sulley and Charlie Brett and then Brett, and They all Lied to US Federal
Chief Judge Pat Prunetts, Greg Pressnell & Freddie Shuper

What They did was to go to Boston and Francis Gillespie and they got
(S114 = white man employee) Cardinal Anthony Bevilaqua To Lie for them In Philla Pa with John Brunegar who
I saw at FedEx, Monsignor Lynn; and Orlando Fla Bishop Gerald Barbaros who
Monsignor Foley; This is why I won! But They Never purd Me Because The crooked
court clerk in Army Garms was in with US Federal Court clerk Dan McCormack, Steve Cammache
Cousin a John Murphy cousin, & middle person — cousins Kristy Santo and Sky Santo,
Robert Crippshank had 3 cousins with him in the Joe Ance Gang since 2006
a U.S. Fed, Robert Crippshank had 3 cousins in both "Joe Ance" who's drugs
Murdered hundreds of women + children.
# Munti Crippshank, Burny Knight and Mrs White were all in the Joe Ance
Gang and I still am't believe it — From 2006 until 12/2007
Mrs Presstlow, Steve Cammache, and Dan McCormack stole many
documents about Many crimes I have witnessed. This is supposed
to be a Felony and Immediate Firing.
Maive — The Philadelphia Courts Attorney is dusting Steve Cammache
for years and they steal my documents for years!
Charlie Brett — Crazy & Taken "Joe" The Paegan Gang Boss and Stalysliberal
Joe Ance; Robert Crippshank seen with Stow N Web's criminal and Lockstar Steel on Markets In
Norristown, PA; Following the Stolen Court Reports in Montgomery County, Pa;
Charlie Brett Stated They Murdered Steve John beagle he came after Alonso
Bradley Edwards Attorney Lied In 12/2007 — Britt Lewis My Undercover Partner
told me hitmen of the Scott Rothstein — Punti Elace Scott 2 Billion dollars
and so did Ken Jenney lived In 12/2005. I have Britt Lewis on Type stating this;
Britt Lewis Hated Ken Jenney and Ken Brett and Jeff + Mark Epstein + Sam Lee Bureau
I have her on Type stating this;

Case 1:19-cv-01182-JEJ Document 10 Filed 06/12/20 Page 14 of 107

... U.S. Federal Court Clerks in Philadelphia, PA. From 2015 Until 2019 have committed Major Felonies.

(2016-2019) ☆ #1. Greg Hanner - I state he was a good person who was friendly to the people who committed Felonies against Me, Steve Lawender, Corey Hynes and a white woman bathroom court clerks and Mr. Pucillow and Black woman Erica and Chrystal water both Criminals in with Chrystal Brown And Maria Brown and Frank Brown. To keep a witness out of The Baby Killers case and My 6 Family Members who were Murdered.

(2006-2019) #2. Mr. Pucillow - He got caught stated Steve Carramacle and Greg Hanner getting a blow job with a Stripper - ITalian woman with BIG TITS - Boobies, She's Escort girl works at Delilas Den Strip Bar in Philadelphia, PA. A Friend Of Stripper Escort girl ITalian Carmen D. and Dawn Lawt F and Rob Lawt F, I overheard their conversation while writing a Motion behind a partition in The U.S. Federal court clerks office in 2015. IT was No Fault of Greg Hanner and Steve Carramacle they stated they were going to help Mr. Pucillow. Mike Pucillow from Annunciation Catholic Church a criminal was in with Mr. Pucillow. I saw him following me by the Federal Court Station in South Phila Pa.

(2006-2019) #3. Steve Carramacle - He Leaked Sealed U.S. Federal Court documents to case Steve Carramacle - They had 3 separate computer places, both The Truth + The other Frame Kers.
U.S. Marshalls - ITalian John who then came after Me with ITalian U.S. Marshall Ray and The Boss of The U.S. Marshalls ITalian Man Mr. Josephs.

In 12/2008 near Christmas I was tucked while sleeping by Robert Miller Philadelphia Police officer. He then Threatened My Life. He was with a black Man Cop unknown who I later saw his Black Lieutenant and Stole Judge Phyliss Hill commit Felonies against me in front of Phila Pa State Court house. I Then Saw State Judge (Phyliss Ruffin) in The U.S. Federal Court house in The clerks office. Steve Carramacle and Greg Hanner Phyliss Hill both directed him to his criminal Friend Phyliss Ruffin a court clerk. I saw Phyliss Ruffin who Leaked Sealed Federal documents to Mr. Ruffin of The Health and Human Services Department who I saw with Black Rev. Love ... I overheard while writing a Motion behind The partitions in The clerks office Steve Carramacle and Greg Hanner both stated that Judge Phyliss Hill was the criminal committing Felonies against Me with ☆ Rev. Love, Sam Regn and Reverend Ray for Many Years.

(Pg. 3 cont.)

... I saw John talking to Steve Carnaggio a cop with a shackle on his ankle a home monitoring police device in Manhattan, NY. Steve Carnaggio leaked the case to him and reporters came after me. This was 1 year before they went to trial the Madira cops trial in Manhatten, NY before Judge Jack Weinstein found them Guilty in 2009.

(2009-2019/#4. John Sturth - I saw John Sturth jogging over the Ben Franklin Bridge in Philm, Pa. committing a felony against me. Every year in Florida he uses Palermo Pizza and Sturth Exterminating to commit felonies against me from 2010 to do Palermo Pizza in Rochedge, Fl. went out of Business in 2018. I'm with Anthony & Sue Palermo.

of the Alamo Ministries When I came back to Philadelphia in 11/2011 John Sturth said to Steve Carnaggio to call out my name. Steve Carnaggio for the 1st time said my whole name in 13 years. In Columbia, South Carolina US Federal Court a white man called out my name for the 1st time in 9 yrs - 5 yrs 2019. I have been totally pure since Thursday May 2013. I am Innocent and was Raped by Magnus Lyons & Captain Doyle and have a Hyrnia since 2011 and I can't have sex Because the Hyrnia is too painful.

(2016-2019/#5. Dan McCormach - a Philm, Pa. US Federal Court clerk for the last 3 years screwed me he never gave me a case number. He is the cousin of Catholic Monsignor John McCormach " Who was removed from being the Catholic Monsignor of St. James Catholic Church in Orlando, Fla. where he screwed me with Priest Gonzalez & I saw them with prostitute IRIS Gonzalez in 3/2006 during the 1st Loom Investigation. They all lied and said I had sex with IRIS Gonzalez who I never saw before. The Crooked Law Firm of "Rumaguerra, Baker and Bridgeal and US Federal Judge David Baker was in with IRIS Gonzalez seen together in front of the US Federal Courthouse in Orlando, Florida. Police officers Mars and 2nd unknown officer and officer Gonzalez and the Liason a white man officer lied and all stated I had sex with IRIS Gonzalez. This is all a lie to ruin my testimony in upcoming US Federal cases of Corruption I witnessed as the undercover.

Dan McCormach was in with ANN Murphy and Nichole Dorso 2 new US Federal court clerks I had seen since 2016. Ann Murphy's Aunt Sabrina Murphy has been On the Run from me since 2006. Sabrina Murphy may have been Condemned by the Pope for Lying about my Marriage. Her Aunt's Super Fresh closed 2 stores In the 1st Loom Investigation. Joe Camping was in with Sabrina Murphy and he gave out the keys to the Madira. Nichole Dorso's Aunt Kristy Santo stole documents of millions of Dollars of crime and corrupt...

UCLA were talking to EFRAM Vega before he eluded
Lawrance Johnson knife at my face. Efram also did crack cocaine with Cowboy
601 West Wood Plaza - Box 951364 - Los Angeles, CA 90095
Efram Vega was with a Latin Man Cop int. 71½ before he attacked me with
a knife,       Los Angeles, California on 9/10/16 University of California police,
officer - Lawrance Johnson - Incident # 16-7712. Attempted Murder by Police
Latin Man and EFRAM Vega tried to slash my face with a knife. He was from
Orlando, FL   He was with a white Mandong dealer selling crack cocaine. The cowboy John had a Latin
In UCLA, I was walking my bike down the street. I saw Mr. Efrom Vega talking to
a young Oriental Hawaiian woman who got into a car and drove
away fast California plates. Mr. Efrom Vega approached me and tried
to slash my face with a knife. I got away fast from him. His friend the
white Man Cowboy (John) was behind the fence and he had a knife too and was smoking
crack together. I then went and asked a Latin Family for help from Train,
They let me use their cell phone but something was wrong they were trying
dialed their friends. Then they dialed 911 and they hung upon me.
The Latin people were in with Ephraim Vega and Orlando Rescue Mission
Arizona Rescue Mission when I saw the white men the cowboy. His name was
a Cowboy hat. He Said No. The Latin Detective came over and stated he
violated his parole was a knife and to Train I asked then again to
get the cowboy  The Latin Detective said Not Train I would see official men with birch
Pach on Train. I had seen him follow me into on 6/2/16 the LA.
U.S. Federal court clerks office. Lawrance Johnson had me Identify
Efram Vega and stated he's going to Jail. Johnson told me he'll get
out of Jail tomorrow if I was you I'd Leave here. They might come after you,
Mr. Boccela stated. I then went to Phoenix Rescue Mission where I saw John
The Cowboy and 6 of his friends. Mr. Boccela and the Entry
Man Jay were in with John the Cowboy in downtown Arizona Rescue (Calling Baptist Church)
Mission. Two white friends and 1 Black He Man named Will and his
girlfriend all stated I was Jerk off in Arizona. They all lied
Mr. Boccela was with the Baptist church and his friends who is a Latin associate
all lied. Will stated in his speech that I
Arizona and he called out   computers he

On Sunday 10/11/19 I was taking logistics when the gang of drug dealers appeared on 15th Street at the top of the Escalator for SEPTA Transportations. They have been there for 3 years on and off.

I instantly went passed Mr. Crittendon who had a purple towel on his back. His friends were smoking crack cocaine while there as I passed and Mr. Crittendon and his black man dressed wearing a champion shirt both blew crack cocaine in my face. This is in Center city downtown Philadelphia and it was crowded.

I 1st seen officer McGovern of Philm Par Septa. Police and I told him this story and I told him I have an injunction against Mr. Crittendon. He has harassed me for 9 years with his 10 Family members and army gang. Officer McGovern said he wasn't going to help me. So a minute went by and officer Gallagher a Bike cop for Philadelphia Police I stopped and I told him. He just kept going. Then LT. Carlos of the Philadelphia police showed up and I told him the story. He told me I need a signed order from the DA's office. I told him I had a signed order from the FEDS. I'll show you I told him. Both places are closed its after 5:00pm. LT. Carlo said to talk to Police officer MARTIN. So I told him the story. I saved to all of them. Just got the names of Mr. Crittendon 5 gang members and that would be fine.

I also told them that this gang harasses and follows cops and their family members. None of them would help me. I went to the nearest payphone because the whole gang was still there for 2 hours. I called the District Attorney's Hotline Number it was Larry Krasners New Task Force Number. Nobody was there it was after hours. So I left the same message on their answering machine. I have been harassed and followed by this gang 53 Times in 12 states and the District of Columbia I told them on the Message. I have put this into the Philm Par US Attorneys office for years and there still doing the harassing and threatening now. This was started in 11/2009 as soon as convicted felon The Ex. District Attorney of Philadelphia Took office. Kathy Martin, Fired Mr. Vargas White Man and Fired Mr. White Head had Been Running a lie and trumped up charges against me

Pg 6 of 30

I was gay.

On 10/11/19 I was Leaving The City of Philadelphia and was Riding My Bike on Penrose, Ave. When I Saw a (PD) Motorcycle Black Man, and Behind him in a Small Black car was Philadelphia Police Officer Mr. Hartel. I Then Left The City of Philadelphia, Pa. Officer Hartel Looks Like a Cousin of The Dumeet family - My wife's cousins.

★ This office Mr. Hartel's cousin a white Man followed me all The way To Raleigh, NC. where I Saw him at The CSX Railroad and Amtrac Train Stat I had been followed by Several Latin Members and white Members of Amtrac who are Corrupted and are Involved in May Jor price cops of Crime and Corrupt town

The Cast of Come Back Pussy # 26 My Dirty Valantine a Porno Moorie Starring Jill Kelly, Jeanie Rivers, Sabrina Johnson a, Briana Bradley, Jasmine Sri Chome, Annabel Chong and Their Friend white Man PORNO STAR MR North  I had Caught Following Me To Florida, I Saw Mr North In a Small Theater said North In Prince Geo. County Mary land In 10/2019 and again in Port St. Lucie, FL, In 11/2019. Following Me,

*who both of 1 White Man Criminal I caught Following Me In Allentown To Harrisburg and to Philadelphia to walnut St. Patn where he threatened to break My broken leg again white has on crutches.*

Pg. 7 of 20

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)

**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

*on Wednesday 3/11/20*
*Richard unknown - Latin MAN + United States Fed. From Philadelphia, Pa. He's New.*
*Refused to give Me Citizen Complaint Forms; He's stated We don't use them ANY M*
*I showed him my Citizen Complaint Forms From 5/13/16 and stated all US Attorney*
*Offices Must Be The Same - I Received Complaint Forms From other offices and other States.*

### Citizen Complaints

*I showed him the old complaint Form again: I am Grand Fastened In with the old complaint form.*
*You Must Except a New Complaint He called Kathlynn Hoe on The Telephone and failed to hon. He*
*Told her They hired his police partner Brian Lorenzo of the police. we were in with Black Cop officer Suttler from Ba Manyhunt.*

United States Attorneys conduct most of the trial work in which the United States is a
party. The United States Attorneys have three statutory responsibilities under Title 28,
Section 547 of the United States Code: the prosecution of criminal cases brought by
the Federal government; the prosecution and defense of civil cases in which the United
States is a party; and the collection of debts owed the Federal government which are
administratively uncollectible. **The United States Attorney's Office cannot represent
you in any matter nor can we give legal advice.**

*I Told This To Catholic Monsignor Foley of the Baltimore/Army and Archdiocese in the Presence of a Blonde woman 40's yrs old and Black Man Securities Foley beg an to call out The Names of Companies - He screamed Her Foley than had his cousin Follow Me to Florida and Back to Patn. Par directly to The US Federal Court House. Marke*

The U.S. Attorney's Office is primarily a litigating office and not an investigative *In /201*
office. All potential federal violations must first be reported to the proper *Foley in logistics*
investigative agency. Please report your complaint directly to the appropriate
investigative agency. This will allow your complaint to be more efficiently tracked
and processed. *Jim McGlynn - The 1959 US Attorney in Phila Par. Low Man of The year had 5 or 5 and daughters were The Criminal's - They were all Obam took at on breaking into our homes as one E. Murder Suspects with Catholic Monsignor Murry seen with Catholic Monsignor Tobin at The Ascension Catholic Church in 1/ 2020; Don Brett and Charlie Brett Told Me in 2010 Thad Ray Smith.*

Our website, https://www.justice.gov/usao-mdfl, has a "Report a Crime" link *Monsignor Murry Die* 
that lists key federal investigative agencies and the types of investigations they *They all Lied.*
conduct. Please visit that link to determine which agency should receive your
complaint. *Loth Richard Refused To Accept The 144 pages I have on Crime and Murder of My children and 5.*

*Showed Him Hotyges, Richard stated To Kathlyyn Hoe US. Attorney The year 2006 he has Involved In This Case+ Richard was From the Philadelphia Par office where I already a c Zone Messner Oth O'Rourk, US. Attorney Zone Messmyer and Eric Gill with Attorney, Chermol Fishman had Threatened M*

*This is what we have now*

*instead. It online now.* (written by Richard - Laton Man) 3/11/20

*Richard's cousin Followed Me To Sun Tree Library on Friday 3/13/20*
*I was stch with Flu. He was on his cell phone calling around at 3:30pm. Heather did White woman ha the Criminal with her1 white woman, Hayla white woman Librarian and Mike who kept grab Nech Klein all The Criminals. New out while woman was on her cell phone and called her I then went to The Dollar Tree and Brought Soda & food and Paper pens and Gary Latinfx with Black woman Debbie who was already outside calling People at The Dollar The on her cell D. I all Endangers New Who I am*



Ten Thante Homes Uncle - Somona uss the — mar the Rat Pach Crime.
Mr Towne, Rob Homes, Dave Bodkin, Francis O'Brien, Anthony Luongo and Stanly Toburellie,
Ed Digiorgio who are all painters who know each other and committed Felonies against Me since 1990.
Rob + Jen Tinarre Homes were friends with Anthony And Lisa Gambino Luongo, Christine
Sable and Stanly Toburellie Mafia Bence for 55 years with Vincet + Joey Merlino and Gambino atre finaly
Rob Homes and Matt Homes got their Cottolone from Joe Carter + Reggie Carter and Joe Anree Gang in
with St Patrich Catholic church With Thom Delendorf. On 10/18/2018 I caught The Rat Pach gang members
a huge criminal gang in South Philar Pa. again committing Multphle Felonies
against Me. They style themselves after The Original RatPach with
Fran Sinatra - "Playd by Jim Young", Dean Martin - played by Robart Cabella, Criminal
on 10/18/2018 Joggen in front of St. Patrich's Catholich church on 20th St. in South Philo Pa.
committing a Felony against Me. I had seen all 5 gang Members in This picture Earlier at
Girard Park in South Philar Pa. I Could'nt help but Notice Sammy Davis Jr.
(Red Jacket) played By Gino Monroe hugging CARROL Tinarre - playing
Nancy Sinatra wearing Those boots with NINO Tinarre - Mafia ATTORney
#1 NINO and CARROL Tinarte both Long Time Over 50 years
Mafia Associates of Mafia CRIme Boss - currently in Federal Prison
Vincet Merlino Thanks To The undercover - logistics Taher - put Men In Time and Place with
undercover RON PRIVITT and RON Glass - My Nich Name's RON O'TOOLE and Peter O'Toole.
☆ Proof - Ask Cheryl Brott, Frank + Laura Zepha, Kim Santeen, Robt Dawn Lawtf and
Will + Nancy Nuulty, Frarnue + Matt Thompsen already agreered this with US.Gov't,
#2 NINO and Carrol Tinarte and The who Le Rat Pach players
In with 2nd Mafia Boss Joey + Mante Merlino, Mante Merlino SisTer and
Page and Mante Merlino Jr. and Anna Nunte Cirerra, Marlo Cirerra - crtiminal
"Cherras Deli" Hachy, Swen, Laura and Dave Bodkin. Rob and Jen Tinarre Homes,
Mante Tinarte on a Clofton Rd, Mrs Digiorgio STnipper, Mrs Lyons STnipper
Sharon Weis CaRmen D'STnipper, Anthony and Lisa Gambino Luongo, Steve Luongo,
Don Luongo and Son, STnipper - Christine Sabel, Christine Egsparto STnipper, Benyt Jdh Nich Ronnadio
#3 NINO + Carrol Tinarre and The Whole Rat Pach In with 3rd Mafia
☆ Boss Ralph Natalre - Same Group as above. Sharon Weis. SR and
Sharon Weis Iron Jeff Weis Through Anthony Markellie Twice
From Sheraon Williams and Idependant Blue Cross East of Eastern, Pa.
STANLY Tuburellie and a Song Mafia Bence for 55 years with
Nichy Scarfo + Scarfa Electric From Atlantic City NJ, Hathy Gambino + Cuzzo Husband Lisa Gambino, Vincet + Joey Merlino and Ralph Natalie.

Pg. 20

me to OnnTbes

8/30/19 (#1) John Stephen — Criminal From North Jersey tr with 3 cops My West
A Man with John Stephen ShPat followed me To Police Courthouse

(#2) Mr. Ellenberg — Criminal From North Jersey Triax Salvation Army. He follow
me to Orlando Fl. Salvation Army where he committed More Felonies with The
Boss Robert Rockwell. and Louis Vasquez 2018 Next year he followed me to the
Orlando Fl. Rescue Mission with The Boss Randall and Tom Judson

★ (#3) John Henwood and his Male Cousin were Criminals. Mr Henwood The Male cousin
Followed Me To Orlando, Fla Rescue Mission In 2017 right to The Orlando Fl. Courthouse
When I Left Orlando, I Saw The Criminal Mrs Henwood with a latin woman around
30's yrs. old he had used her Latin Church to commit free Felonies on Baldwin Rd

(#4) I Saw Rob Homes and his Male Cousin were The biggest Criminals. I Saw his cousin
Around 6 Foot 7 on his bicycle He Followed me to FBI / for Brevard County to Catholic C.
I Then Saw MrsHomes Follow me to The U.S Federal Courthouse e o.
When I was Leaving Orlando, Fla, I Saw Big Mr Homes on his bicycle on Baldwin Rd
I Then would See MrHomes on FBI 1. the car. and with McKenzie Lyons and
Mrs Carolan and at least 5 other Men and women From Brevard County in a
rented U Haul Van. Mrs Carolan is around 20's yrs old and is a stripper
McKenzie Lyons is around 20 years old.

8/16/19 (#5) Mrs Long outside From FBI the criminal he had followed me to Florida Dell
and back to Bucks County Pa. white trendy 2 US Marshalls on duty in the
Trenton NJ US Federal Courthouse said his name a They were just talking to each
Other and I even heard them. I also overheard LT McKeown and Sgt McKern
talking stating it was (Mr Long)

Friday 5/12/20 (#6) MRS OBrien Criminal — Jogging on Providence Rd, 30's yrs old 2 Times & 2 Felonies In 2 days.
Tuesday 5/12/2017 Mr. McKeranen Around 20's yrs. old Criminal — Jogging on providence Rd in Meeting Pa.
Tuesday 5/12/20 #8 Mr Dorse Santo 20's yrs old Son Jogg Mon 4/20 In Spring field, Pa
Friday 5/15/20 Mrs Richard Crossan 30's yrs old Male Cousin Jogging in Ben Franklin Path with at
Least 5 swants who followed me From Chester county, Pa and CROSSans R family e Tri with
Mrs. O Brien, Mort c Ramoun, Mrs Dorse, Richard Crossan Cousin

is In Bethesday, Maryland in Harrisburg Pa. In 2019.
Sharon Weis's daughter is a STRIPPER at 5cores In Palm beach, Fl. in
2019 and 2019. Sharon Weis 50's year old cousin Caught paying prostitutes
for her out me, white female prostitute around 20's yrs old Blonde went to Sharon
Weis's and talked to Austin Men Employee and a Black woman all seen with Sharon Weis's cousin

Paying Cash to Prostitute. when The Lyons Family was supposed to be My Friend
McKeena and Jim Lyons and John Lyons, Josh Light Lyons, Mary Lyons,
Dennis O'Donnel + Ann Marie Lyons and Peggy Lyons all committed
1st Mayjor Fellonies against My Father Francis Gueli Sho
They had him followed everywhere From 1980 to 1996 when he was Murdered at the

Mychildhood friend
#1. He was Poisoned by Sharon Weis and Anthony Marinelle – 2 employees
The Store Closed
at Shenwin Williams on City Line Ave. when Both Last floor Ash and Fired out

#2 On a Sunday at Sherwin Williams I saw Sharon Weis and Anthony Marinelle
call Anthony & Lisa Gambino Luongo and Robert Homes who all
came to Sherwin Williams on City Line Ave.

#3. "Sharon Weis and Anthony Marinelle had gotten into The Private
Computerized Accounts of Jimmy John The Manager at That Time.

#4. Sharon Weis and Antony Marinelle states were going to hell The
RIGHTS of The Manager Jimmy John, Anthony & Lisa Gambino Luongo Stated was going to

Full Jimmy John
#5 Sharon Weis and Anthony Marinelle stated ?

★★ #1. He got his Independence Blue Cross East – Billing–

Anthony Marinelle and his wife Messed with Jimmy John's Health Care billing.

Mrs. Marinelle worked In The Billing Department with Robin Grey Gillroy

who covered for her crimes with Sue Desmond – Sue Desmone was relocated to
another Independence Blue Cross Provider In Montgomery County, Pa.

#1a Sharon Weis and Antony Marinelle got into Jimmy John's personal Bank drops.

★ #1. Messed with his Bank and Bank Accounts.

★ #2 Messed with his Car Payments

#3. Sharon Weis and Antony Marinelle I saw them gave out all

★ Jimmy John's Information to Maffia Girl Lisa Gambino Luongo + Anthony
and TO Robert Homes.

★★ #4. Robert Homes and Jea Thmarie Homes Mom gave Jimmy John's
Information to Jea Thmarie Homes Cousin – Maffia South Phila. Attorney Nino Thmarie

#5. Nino Thmarie and his wife Messed with Jimmy John and re and say
Dad since 1992 and 2019.

New Information
#6. Robert Homes was kicked out of ArchBishop Carroll High school
For Screwing with Peoples.

#7. Robert Homes, Dan Senbello and Tom Fletcher All came From Arch Bishop
Carroll High School To Commit crimes against Me and Dad Since 1992 with Ed Bastista

Pg 2 of 208

For 5 years   Sgt Guillerma Officer Marra of Black Man Floyd and white woman Officer fit with Gangs and Friends were Total

(2013-2018)

Hoods & Gloves. Several police officers Terrorized Me for 5 years by wearing Hoods and Gloves the year before The Covid 19 Virus. They Ruined several on going Federal Investigations Into The Deaths of around 75 people. Some of these were 49 people Murdered by Anthony Gas Pipe Caso #2 Boss of Big Paul Castalano and his body Guard Tomas Billotti, whose boyhood Friend went The Mafia Cops who after 19 years from 1990 Until 12/2009 were Finally put into Prison.
   Steve Carracappa got a 90 year prison Sentence for 9 Murders
   Louis Eppolito his partner got 69 years for 9 Murders but were on the Payroll of Anthony Gas Pipe Caso for years.
   They used Intimidation and Brutalism as a Tactic with Crooked attorney Bruce Cutler No Difference Than The Terrorist of Today.
Everyone Looks at the End Products and Not The Criminal events That happened and Created The End Products of Mass Murder.

#1 The Port Orange FL Police Department
Sgt Guillerma - White Man, Black Man Officer Mr Flanigan and 205 yard Relative White woman Officer Marra, 2nd white woman Officer Blonde (FL)

#2 2 college Age Men were told to wear Hoods and Gloves to Terrorize Me and they were Seen with The Cops Mann & Miller from The Bethesda Mission in Harrisburg PA with the whole STAFF,

Bill Christesen, Mr Booker, Simon Randolf Sr, Cecil McCRAE, Fred Houghton, Sterling Packet, Mr Harper, Debbie Beers, Nancy Womack, Don Houch,

Released Boss Doug Berger Men of The Murders with Bill Christesen who I showed The Tapes in 2012. They were very Mad at First because Pegget caught Crooked Fellones against US Government Undercover Team. Bill christesen Crook Followed me to Orlando FL too

Robert Rockwell Salvation Army, Sgt Guntherm, Officer Mayer, Black Man Officer Floyd Led white woman Officer Seen with Latin in women from Salvation Army in Orlando FL

Latin women driven by a White Man Deveen   for Robert Rockwell and Louis Vasquez with 20 other Latin Men in Seperate cars a criminal gang coverup Murders and Impeading

a Federal Investigation   They was in with Captain Cloven, Lt Cloven and Sgt Cloven of The Sheriff's Department and Family fired White Man from Greenville in with the Hells Angels Gang in Greenville SC from 2008-2010 the the Pahlinger Gang and the Cokers of the Hells Angels Went To Prison For Making Moonshine Whiskey. In the Whiskey Row Case, breaking Who Tried To Run Me over in Columbia SC at McDonalds in Followed Me with Same women in the Salvation Army



Approved by U.S. Federal Judges Greg Presswell and tradle Shep in Both Orlando Fla
Brendan Brett and Dan Brett And Mike LaStracca Accountant & Attorney Stuart holding
Beth Smollens Luce & and Richard Pratt and Paralegal Marie all guilty the 1st time and 2nd time. This was

Brendan Brett and Dan Brett AND office Told everyone I hated Cops. He Lied

Deputy Sherriff at MARTIN County Sheriff A. Hueck Refused to give

me a Police Report after I was Struck By a crazy White MAN

driving (FL) HSP J47 white Thud from Behind, I was walking My Bike around

6:00 AM IN The Grass Near The Corner of Bridge St, when I was hit.

I then Fell on My bike, The White crazy Man Screaming at me took off. He

appeared drunk and Turned around on Bridge ST. and Aimed his truck at me and was screaming threatening

to kill me, yelling And cursing. I Threw My Baseball and Broke his windshield as

he Just Missed hitting me a 2nd Time, He Then took off.

I then Went To ST. Christophers Catholic church and Made a phone call

to 911 operator and she asked me the whole story and I told her. I

only Needed a Cop.

✱ 12/5/19 Martin County Sheriffs - A. Hueck after I told him The Story he

Left with The White Man's (FL) HSP J47 white Thud License plate and Went to

his home he stated. He was back in 10 Minutes or Less. He stated he

wasn't home. I kept telling him he appeared drunk and DUI Ped.

Deputy A. Hueck got Mad and Stated he probably Went home and had a

Few Beers, He kept saying CVS Store where a black homeless man was

and a white homeless Man was.

I also had LT, Rice White Man In My Logistics Followers into

Palm beach County with another Stuart, Fla Cop.

Black Man Bokenton Cop in with Wallace Hyndoe and all employees and

ST. Mary's Episcopal church where I would see him a 3rd Time following me with white

Man Reverend from St. Mary's church in with Bokkes Johnson The Prime Minister

of England who Just Fathered another Baby.

✱ I Then Saw Deputy Sherriff A. Hueck on his cell phone and 10 cars Went By.

I State A. Hueck Threat to kill me with The older 50's yrs. old white Man (FL) HSP J47 white Truck.

This is why He Refused To give me a Police Report. A. Hueck Stated after 3 That Low Sutgoing. This is Retaliation.

12/5/19    Deputy Sheriff Aituech was Retaliating against Me For My Lawsuit against Several Men in Law Enforcement.

I had a Federal Whistle Blower and Deputy Sheriff Aituech was trying to Kill me, I also saw Mr. Schneider a times on RT-1, He is a cousin of Manton County Sheriff Mr. Snyder.

Deputy Sheriff Aituech than Went to Bait and Tackle Shop on RT-1, In Southern NJ, Officer Champion and 2 other cops stated Bait and Tackle Shops in 2019, Officer Champion's friend Threatened to tackle Me, He stated to Officer Champion, He was from another township and I had caught him Jogging on Rt-9 in Delwray Twp, Officer Champion a white Man was criminal because he Refused to give me a Police Report.



Pg 36 of

1/28/19 SE 5th Street
Resident 8768 SE Riddon Way
Hobe Sound, FL 33455-4419

White Man (FL) HSP J47 White
He Ran Me Over | Trucol

8900 SE Bridge Rd Po Box 371
HoBE Sound, FL 33455

Friday 12/5/19
HoBE Sound, FL

Martin County Sheriff's — Airtech
Refused To Give Me a Police Report on his Friend
Who Ran Me over and Threatened To Kill Me.

7:30 PM
RT. 1 South

(FL) 459 019 Green Car
(FL) A to Z Van

White (FL) IDH F85 Black Truck
MAN
Ant (FL) HFIY72 Green Car

My Way
RT. 1 North

Opposite Way

Saturday 12/8/19

With Dixie White Man (FL) Hhy L63 Black car

(FL) 958 HLW

★ White MAN Ran Me Over ★
White SUV (FL) HSP J47 ★
6:00 AM

Florida Roofing Service (FL) ILH M65 Blue Car
White Men ★ (FL) I N M I20 Black Truck
Friends of White Man in Red Btrle
SE & Gates Painting
WM
Airtech
8:20 AM # 891 Martin County Sheriff
Comes Back From Seeing Driver Who
Ran Me over for # 1 day
White Women (FL) I X 89a
(FL) L e 80
★ (FL) 299 t LC
(FL) 474 ALL
Black MAN
White Man on cell Phone (FL) ANZ 353 - Wallace White Truck
While Women (FL) LA z C80
(FL) AFSH
Southwest Express (FL) JGMAGU
White Women
+ White MAN Michigan D2W 3959
White Women (FL) CLU 473
★ (FL) 451 PDI
Blue Bell Ice Cream

Martin County, FL

Monday - 12/8/19     6:00 AM

# 32 Martin County Fire Truck ★
Bled Monthomes (FL) BD 5714 Silver Car ★
South west Green
(FL) HTG 433
White Man (FL) JHH D32 White Truck

TRIPLE A
Jack ScaLisi

(FL) 28 JD
(FL) EKGF95
(FL) 92 FDA Red
★ (FL) 94 EJZ

Pg. Mof

Donna Ralston
Martin County
Sherriff Ashweek    Deputy's

Mrs. Tat nall
Church Wingate
Doug Burger
Mr. Ross

Troopuy    White Man (FL) IHD570    Versa
            +woman              Silver car

RT / South    White Ma (FL) GLFF23    Red Car
opposite Way

H729 - Martin County Sherriff SUV
Latin Man - Library
3rd Car 513 Martin County Sherriff
Latin MAN - Criminal

white Man
N. Hampshire 464233 Silver Car    My way
white woman
In Blk tahoe (FL) GZLB44 Grey Car, 7:00 AM

★    White Man (Villuge of Tequesta H+4 Cop)

    ★ (FL) Z5I BFH

    White woman (FL) QRD60W Greg car

    White Man Cop (FL) EHM16 Blue Car walked

        White woman (FL) JMS514 Silver Car

5800 Deacon St, CARROL Silver Car
        (FL) 936 LHG walluce
        ★ Timidy GABLe

White Man (FL) DBFY40 white car
Latin Man (FL) JWP4J3 Red Truck
    2 Event Maher 3
        (FL) ILE Mle Red Truck
★ White Man (FL) AAG P34 (White Truck)
        (FL) 484 IWW Red Car
(Anglees) Rev D^a Gloria   Church Van
        (FL) FH 933 White Car
        (FL) F39 24u
        (FL) 4340ue Blue Cap
    White Man (FL) LVC 934 Silver Car
Latin woman (FL) GSw 401
    White Man
Concast Purple (FL) GDM649
    ★ White woman (FL) DT# E56
White Man + woman (AZ) 4BJ867 Blue Car
    40 5 yrs old Latin Man on white Cannondale Bike
Oriental woman (FL) Y635 SGT
    White woman (FL) DWQCI Blue/White
                            Mnine Corner
    White Man (FL) B64 312 Silver Car
        Salter on Cell Phone
Sunoco Gas Latin Man (FL) 944645 Silver Car Criminal

        Enterprise Rent a Truck

DBFY AN Donnu White Man with hat
Criminal    (FL) JRJ E32 Black Car

    (FL) Z5I BFH

    Mulligans Beach House

405 yrs old White Man on Black Bike

30 3 yrs old White woman on Blue Bike

Publics Dp 5765

2nd Generation plastering

Pg. 18 of

Stuart, Fl
Sunday 2/9/20

(Stuart / Hobu — 1481  RT, 1
★ Short Cop (FL) X02661
A (Stupid Me for Nothing) Officer George Criminal
in with Lori Rice who Followed Me to
Palm Beach, Fl.

10:00 AM | (FL) JMSH 93 | (FL) 533 IUD Tan Truck | 10:00 PM
RT. 1 South | Illinois A 523552 | (FL) J3H C71 | RT. 1 North
Opposite hwy | ★ (FL) LUL 466 | | My Way

2 white women (FL) GUP H 16 Tan Car.
(FL) ★ A2 X06 white car
Old white MAN
old white woman Blonde Hair
White Man (FL) G2L F22 white Car
Fat Cloud Man on Black + white Bike
White Man (FL) 4Q2Z0 # Black Car
White Woman (FL) CUZ E57 Black Car
S.E. Monterey Rd, Latin Man called me dead Grey + Shirt
White Woman Connecticut 638 TTM

Minnesota 604 MHG White Car
2 white Men (FL) I JJH82 Silver Car
Honda CRV
Old white Man (FL) L24 Ha 4 Silver car
White Woman (FL) SyH E65 Silver car
(FL) EQ G 9J Silver Car
★ Jensen Moving + Storage
(FL) EQ A A93
(FL) 3093 x A
2 Latin Men (FL) D76 8LF Black Car
ST Bay Bus
White Man (FL) 4pm 522 Green Car
2 white women (FL) 676 WBS Silver Car
Chension
White woman (FL) JH # DG3 Black Car Chension
White woman (FL) D7 14 x F white Car
old white Man woman Michigan 1LM A82 white Car
on cell white Man (FL) L1461 Red Car
Latin woman (FL) 439 NRH

40's yrs. old Blonde white woman Pony Tail

Animal Service T34   Marton County Sherrith | Opposite way
(FL) White Fat Man | Monteray Rd
(FL) II GR 7
(FL) 334 21
White Man (FL) 640443
White Man (FL) 111 CBU Black Truck
(Red) Event Matures

Richard Geissinger — YMCA
(772) 286-4444

Texas LHY87 9J Tan Truck
Stops + Gets out of Truck

★ (FL) IH 4454

Pg. 19

Warren Family Eye — Jaxyt called PD
# Jenny & — known Henry — Orlando Fl.
Text to me and cops — Saturday 3/7/20
On colonial ave

2 Latin Men — (B) 63] IVB White Cavas (Shot at PD)
(?) Black Woman] 2 Latin Women Honda Element
(P) AVL 603 Honda Element
Three JO Pass Me Green in Dentist Raphaeno's Lot

4:30 PM — 2 White — (P) 444 JAX — old people — Thank — My line
RT 50 East — Oriental — (P) 461 XFO — (B) N2V N39 △ — 4:30 PM
Opposite way — Oriental Men — (B) JCN J36 — RT 50 East
To Latin — 1 Black Man & white — (B) GEOR 60
2 Black Men & — MO Jay
2 Latin Men @ GNV NY
(P) HAP Z95
(PD) NFL R18
Black Man — (P) NJW78 Phila Eagles
Continued — Lab Corp (P) — MFS B43
(P) 464 SBL Fish Phil Auto Nutrition
Wren Mass — 1 PFSS Red Car — Screening at Mo
(P) HST 364
2 Black Men — (P) CRA 1477
(P) LM AY58
(P) JRF 60
(B) YOL 1XU
(Blu) Spectrum Communication
(P) IAD C79 Black Car
Chrysler — (P) BUX CO3
2 Latin Men & (B) DTD H96
Diamond Cargo
(P) IA 746S
(B) SAIDM
(P) YOT 4YH
2 Latin Men (B) WTTY12
(P) EPR W13
Spectrum Communication
(P) A2 65U
Black — (P) 202 HNY
(P) JFD 3LT Black Men
White Man (P) GWM P14



These People, a Times with The help of Britt Lewis My deceased Partner. Britt Lewis was Raped by Scot Rothstein.

9/2005 & 12/2006 (#1) I Sent Letters To Alex Acosta US. Attorney office In Miami, Fl in 9/2005 & 12/2006 He and Cardinal O'Conner and John his Investigater knew The Truth on Jeff Epstein. Jeff ★ had Sex with over 40 underage girls 16 and 17 years old at this Time

9/2005 & 12/2006 (#2) I Sent Letters to Florida Attorney (Charly Chrost) - (Methodist The Attorney General of Florida in 9/2005 & 12/2006.

9/2005 & 12/2006 (#3) I Sent Letters to US. Attorney General's office Latin Man at this Time. He was Then Fired By George Bush Jr. 9/2005 & 12/2006.

9/2005 & 12/2006 (#4) I Sent Letters to Rhonda Freeman Young of the Fort Lauderdale disciplinary Council on the crooked Attorney Henry Gossinger III a program Attorney who owned a Real Estate Company. He was obstructing Justice for Mr Gautier and Scot Rothstein

(#5) I Sent a 2nd Letter To Barbara Rosenberg of The Disciplinary Counsel on My crooked Jewish Attorney's Bernard Berman, Kyle Berman and Mrs Asbel.

9/2005 and 12/2006 (6) years Later I would Find out That The Martin State Some of Those Letters [5 trespassers from Cheetah strip club] (and Mr Rodriguez The Owner.) Alisa and Carmen Carnabella from Fort Lauderdale, Fl They were doing drugs were They hooked Sparzos Italian Restaurant and with ★ Their girl friend Holly unknown and Steve Howard were Stealing My Mail. at This Time with Sandy Chan - This Time & They were all in with Mr Gambino I Seen Them all with him (Jewish Husband) (Taiwan chen) He Managed The Cheetah strip club in Hollandale, Fl That I Closed for Prostitution and drugs. My Friends and My Witnesses were Linda and Lou Jason My Neighbors at This Time from 27 Building On The Island of Venice.

9/2010 and 12/2019 (#7) Current Latin Man US. Attorney Lee Cortez Obstructed Justice with (He refused To Let me Into Courthouse a black Man US. Unknown US. Marshall and Mrs Turk white Man US. Marshall They Refused To Let me Into The Newark, NJ US Courthouse and had been obstructed Justice for Many years with The Black Man boss of [6 court clerks Saul + Mr+Mrs] The Clerks Mr Lane and a Latin woman Clerk who Made phone Calls on there ★ Cell phone to Commit a felony against me Inside The Newark, NJ Federal US courthouse

9/2005 and 12/2006 (#8) I Sent Letters To Bruce Castor District Attorney In Montgomery County (#9) who Refused To Prosecute Bill Cosby for 50 Rapes, 2 Jewish Attorney's white Mens were Stolen By Steve Howard, Eddie Murphy Jr, Alisa and Carmen Carnabella and Holly and Sandy Chan, Black Mail woman + white Mail Man and Alvira - black woman who was directly in with Ress Eddie Murphy Jr. I Saw Eddie Murphy Jr. on Fire Sis in Alexandria, Virginia and in Manhattan, NY and LA, California - He was in with Steve Howard In Fort Lauderdale, Fl

Page 34

I AM Suing under RICO Act. Racheteering Influence and Corrupt Organizations Act against Bradley Edwards, Scot Rothstein Dave Adler, Mr. Cannon, Hohmre Rothstein, Mr. Rosenfeldt, Mr. Adler, Anthony Villhegas and Debbie Ville Paul Cassel, and Bradley Edwards paralegal Christine.

The Law Firm Of Brendan Brett, Richard Pratt, Beth Luce, and Stuart Wilder, Mike LaStrocca and Charlie Brett and Agnes Brett Ken Brett and US. Customs, Marlon Miller, U.S. Customs and John Miller, Jack Miller, Rex Miller, Helm Miller and The Joe Ariece Gang.

Bradley Edwards knew about Ponzi Scheme. #1, FACT! Britt Lewis told Me that Bradley Edwards new in 2007 was Suing Jeff Epstein with Virginia Roberts Guffre and he had Showed his papers To Scot Rothstein at that Time who stole 1.2 billion dollars. #2, Fact In 1/2008 Bradley Edwards Filed a Motion in WEST Palm Beach Court on behalf of 2 unnamed woman accusing Prince Andrew and Alan Dershowitz of participating directly in Epstein's illegal activities.

#3, FACT! I Met Britt Lewis at The Mizner Square In Boca Raton, Fl, Where My crooked Brother U.S. Customs Agent Ken Brett took Me there to Screw Me over with Scott Rothstein.

#4, FACT! Britt Lewis who was in with Attorney Mr. Adler from The Same Scott Rothstein Law Firm who was in with Jerry Brett + Dan Brett at that Time In 2003 she told Me that Ken Brett + US. Customs Agents + Hiatt Ianney, Fort Lauderdale police chiefs who was in with her Boss Scott Rothstein Who she hated. They were trying to set me up with woman + Screw Me over. Britt Lewis stated To Leave Florida and get away from My Brothers and My Mother and Sister who were Screwing Me over for Money with Greg Mallon My old Attorney. #5, FACT! I Left My Brothers apartment and Florida In September, 2003. Thank you Britt Lewis and Ken Brett's Psychologist or I would have never known about Ken Bretter, Nancy Sadler and Nancy Bretter, Carol + Steve Yudis, All The Miller Family.

4/2016  #6.  Bradley Edwards and Paul Cassell acknowledge that it was a mistake to <u>LIE</u>
and have filed Sexual Misconduct accusations against Allan Dershowitz
and the Sexual Misconduct accusations made in all public filings
(Including all exhibits) are hereby withdrawn.

#7.  <u>Allan Dershowitz than withdrew his accusations that Edwards and Cassell acted
unethically.</u>



Bradley Edwards claimed that Jeff Epstein in his lawsuit
has seeking damages from Edwards while asserting his own 5th amendment
privilege to block the discovery of relevant facts. "This was True",

(#1) Fact: Jeff Epstein did plead the Fifth Amendment dozens of times
when deposed by the lawyers of his victims to block the discovery of relevant facts
of his Rapes. (#2) Epsteins claims were directly contradicted by all of the record evidence
No Evidence to support Epsteins claims. "This is False

(#3) Britt Lewis told me that Bradley Edwards knew of the
1.2 Billion dollar Ponzi Scheme in   2007,
(#4) Britt Lewis told me that all 70 Attorneys for the Law Firm of
Scot Rothstein, Rosenfeldt and Adler and Britt Lewis knew of the 1.2 Billion
(#5) dollar Ponzi Scheme. She told me this again in 12/2007, by a
letter given to me by a white old Homeless woman.

Reminder

#1. John Miller                                    2019
#2. Rea Miller
#3. Terresa Miller
#4. TARA Miller
★   #5. Officer - Sheriff PaeM Brook
(Forgetten ⟩ ↗ ★6. Sheriff - Mosee + Brevard County
 U.S. Marshall ⟩
 MR. Way )  ↘ #7. Palm Beach Fl, U.S. Marshall Way
            #8.        U.S. Marshall, Joe Tucker
            #9.        U.S. Marshall John The Baptist unknown
            #10.       Blackivorn U.S. Marshall
★   #11. BRAdley Edwards Attorney
    #12. Christine + Unknown + latin women
    #13. Sheriff Chambers thru
    #14. Sgt Cepero thru

In 12/2009 Jeff Epstein Filed Suit under Rico Act, against Bradley Edwards & against Scot Rothstein The 1.2 Billion dollar Ponzi Schemer.

Bradley Edwards Represented several of Jeff Epstein's Victims an individual referred to in the lawsuit as " Lo M." Lisa, M and Virginia Roberts (Giuffre).

" Upon Information and Belief. The Suit stated.

Bradley Edwards' knew or should have known that Scot Rothstein, Rosen Feldt, Adler Law Firm and represented several of Jeff Epstein's victims and one of them was Lisa M.

"Edwards knew or should have known that Roth Stein was utilizing his Law Firm as a Front For the Massive 1.2 Billion dollar Ponzi Scheme and/or were selling an alleged interest or investment in The Civil Actions (and other claims) involving Epstein. By using Civil Actions as "Bait" and Fabricating against Jeff Epstein They would use The settlements Regarding The Same. Scot Rothstein and other Members of his Law Firm were able to Lure investors into Rothsteins Schemes and bilked them of millions of dollars, which in turn was used to Fund The Litigation against Jeff Epstein for the sole purpose of continuing The Massive Ponzi scheme."

Lisa M "testified she never had sex with Jeff Epstein. Worked at Numerous Strip Clubs, admitted prostitute, and had a History of drug use.

Lisa M. continually asserted the 5th Amendment during her deposition. in order to avoid answering relevant but problem questions for her.

The Law Suit From Jeff Epstein made similar claims about 2 other victims of Jeff Epstein.

★ In 2007 when interviewed by The FBI she said only good things about Jeff Epstein. Lisa M story changed dramatically when she switched to attorney Bradley Edwards, (Scot Rothstein, Rosenfeldt Adler and Britt Leuts.)

I was in with Britt Lewis Secrettey in 7/2003 when she told Me To Leave My Brother

Bradley Edwards was involved in Lawsuits against Jeff Epstein since 2007. Working with U.S. Federal Judge Paul Cassell. They had filed a Lawsuit on behalf of unnamed underage girl

In 2007 Virginia Roberts Giuffre lot 4 girls in with Bradley Edwards stated she had sex with prominent business men, important politician and Prince Andrew of England, as well as to obtain blackmail information. Virginia Roberts claimed.

Virginia Roberts Giuffre stated That Jeff Epstein forced her and other underage girls to take part in a orgy on Little St. James Island in the Virgin Islands with Prince Andrew.

#1, Bradley Edwards & Paul Cassell Lied — They stated That Alan Dershowitz was standing Next to Jeff Epstein while he was receiving a blow Job From Underage Virginia Roberts Giuffre.

#2 Bradley Edwards & Paul Cassell Lied and told Virginia Roberts Giuffre Under oath to Say she gave a Blow Job to Jeff Epstein while Alan Dershowitz was Standing Next to Jeff Epstein.

#3 David Boies (a prominent Lawyer) associated with the Firm Representing Virginia Roberts stated "He couldn't believe this was True."

#4 Bradley Edwards was a partner of Scott Rothstein — Bratt Lewis booked For Scott Rothstein and hotel him For running her LifeCoach with Fort Lauderdale, Fl. Police Chief Sherriff Ken Jenney & Ken Chen and U.S. Customs Agents Ken Brett, Marilon Miller Peter Cooper and Mark From Washington, DC and Dorothy & her Husband.

#5 Bradley Edwards was a partner of Scott Rothstein who's spending 50 years in Jail For Fraudulently creating a 1.2 Billion dollar Ponzi Scheme to Sell To Jeff Epstein cases that did not exist.

Case 1:19-cv-01182-JEJ Document 10 Filed 06/12/20 Page 40 of 107

nypost.com

New York Post, Wednesday, May 27, 2020

22

# Bubba 'on



# Denial a lie, says witness

By LEE BROWN

A new witness claims Bill Clinton spent time with pedophile pal Jeffrey Epstein at the financier's notorious "orgy island" — challenging the former president's denials that he went there, according to a report.

The former president, 73, has admitted taking trips on the late pedophile's so-called "Lolita Express" private jet, but insisted last year that he never visited his well-connected friend's private Caribbean island, Little St. James.

But a new docu-series streaming on Netflix beginning Wednesday includes an interview with the island's longtime computer exec who says he saw the former president relaxing there with Ep-

stein, according to The Sun.

Steve Scully, now 70, tells the series, "Jeffrey Epstein: Filthy Rich," that he spotted the pair in the porch area of the villa on the island, long said to be where Epstein held orgies with his young victims.

Scully says he saw other "important people" coming and going from the island but that no one else was there during Clinton's visit, according to the report.

Virginia Roberts Giuffre has also previously claimed to have seen Clinton on the island, which is where she says she was forced into an orgy with Epstein, Prince Andrew and nine young girls.

She said she never saw any impropriety from Clinton, who maintains he never went to the island.

# Clerk kills armed thug: co

A Brooklyn thief messed with the wrong bodega.

Convenience-store clerk Valentine Ruiz fatally shot a knife-wielding robber in East New York, cops said Tuesday.

Edwin Candelario, 25, walked into the Rose Family Grocery Store on Glenmore

fire, striking Candelario in the head and torso, police said.

EMS rushed Candelario to Brookdale Hospital, but he could not be saved.

Cops took Ruiz into custody and recovered the gun and the knife.

told The Post.

A witness told pol Candelario attacke with the knife, acco the sources.

Candelario's fath cops that his son, w drunk at the time, that he left his house

# ba 'on orgy isle'



**GETAWAY:** Bill Clinton (at far left photo with Jeffrey Epstein's pal Ghislaine Maxwell on Epstein's jet) insists he never ~~visited~~ the private island of the financier (above left).

al, a lie, witness

stein, according to The Sun.

Steve Scully, now 70, tells the series, "Jeffrey Epstein: Filthy Rich," that he spotted the pair in the porch area of the villa on the island, "long said to be where Epstein held orgies with his young victims.

Scully says he saw other "important people" coming and going from the island but that no one else was there during Clinton's visit, according to the report.

Virginia Roberts Giuffre has also previously claimed to have seen Clinton on the island, which is where she says she was forced into an orgy with Epstein, Prince Andrew and nine young girls.

She said she never saw any impropriety from Clinton, who maintains he never went to the island.

"This was a lie the first time it was told, and it isn't true today, no matter how many times it's repeated," Clinton's spokesman, Angel Ureña, told The Post Tuesday.

Clinton had insisted last July — after Epstein was busted in New York — that he knew "nothing about the terrible crimes" being committed.

He admitted taking four trips on the moneyman's private jet, but said in a statement that "he has never been to Little St. James Island, Epstein's ranch in New Mexico, or his residence in Florida."

Scully, meanwhile, says he now regrets his time working with Epstein, conceding that in hindsight, the multimillionaire's perver-

sions were obvious.

"You tell yourself that you didn't know for sure and you never really saw anything, but that's all just rationalization," he says on the Netflix show, according to The Sun.

"Jeffrey Epstein, he was a guy who concealed his deviance very well — but he didn't conceal it that well."

Epstein died last August, found hanged in his Manhattan lockup.

Andrew has always denied the "abhorrent" claims against him, claiming he had no idea about his friend's sick, secret life.

Buckingham Palace has said that "any suggestion of impropriety with underage minors is categorically untrue."

leebrown@nypost.com

## Weird BUT true

Take shell-ter!

A Georgia woman was driving on a highway near Savannah on May 12 when what she thought was a brick came flying through her windshield.

After pulling over, she discovered that the object was actually a turtle.

"Beware Savannah of flying turtle," Latoya Clark wrote on Facebook along with a photo of the reptile lodged in her shattered glass.

—◆—

Un-beer-lievable.

Hordes of people quickly gathered and snatched up thousands of beer cans after a semitrailer truck swerved on a wet Thailand highway, spilling hundreds of crates of the suds.

The driver kept the rig from overturning, but was unable to prevent the cargo from tumbling out in Chumphon province on Saturday.

—◆—

A man using a metal detector on a Texas beach became a hero to a woman who lost her $3,500 engagement ring in the water while playing volleyball.

Paul Bolmanskie was on Crystal Beach in Galveston County Monday when a frantic couple asked him if he could help find the lost ring.

Bolmanskie scanned the area, found the jewelry and "the young man was so happy he proposed again," said the metal-detector's wife, Karen, via Facebook.

—◆—

This tragic gator wasn't able to get aid in time.

A couple got quite a scare Saturday when they spotted an alligator in the paddle-boat area of Kentucky Lake in Kentucky. They alerted wildlife officials, who believe the animal was injured by a boat. It later died from its wounds.

—◆—

An Australian man was shocked to find an e-mail recently from lottery officials informing him that he had won a $66,000 jackpot.

"I was just flicking through my e-mails and saw one from the Lott [the country's lottery]," the unidentified Queensland resident said, explaining that he had spotted

## armed thug: cops

e, striking Candelario in the head and torso, police id.

EMS rushed Candelario to Brookdale Hospital, but could not be saved.

Cops took Ruiz into custody and recovered the gun and the knife.

He was charged with

told The Post.

A witness told police that Candelario attacked Ruiz with the knife, according to the sources.

Candelario's father told cops that his son, who was drunk at the time, believed that he left his house keys in the bodega and returned to

## $weet deal on insulin

President Trump on Tuesday announced a plan to drastically reduce the cost of insulin for American seniors who rely on Medicare.

The deal struck with the nation's insulin manufacturers and health-care providers will limit the co-pay for a month's supply of insulin to $35, a 66 percent reduction

fect next January, will apply to about 3 million people and save them an average of $446 a year, said Seema Verma, administrator of the Centers for Medicare and Medicaid Services.

The announcement comes on the heels of congressional hearings on the rising cost of insulin.

My Proof

Wendsday 5/27/20 — New York Post Newspaper
Reporter Lee Brown.

★ #1 Reported That Steve Scully 70yrs.old Tells The Net That
Serves "Jeffrey Epstein: Filthy Rich a Mr. Long."
That he spotted "Jeff Epstein and Bill Clinton on The Porch
area of the Villa on The Little St. James Island.

★ #2. This Is where Jeff Epstein held Orgies with Visitors
and underaged girls. Steve Scully The long time Computer Executive Stated.

#3. Virginia Roberts Giuffre has stated! For Many years that she saw
Bill Clinton on Little St. James — "Orgy Island" But she Never saw
Bill Clinton do Anything wrong while she was there.

★ #4. Virginia Roberts Giuffre had stated That she was Forced against her will —
By Jeff Epstein and Prince Andrew Into an Orgy on "The Porch"
with 9 young girls underage at this time.

#5. Britt Lewis my deceased Investigative Attorney Undercover Who was
with Me Told Me in 12/2005 That Virginia Roberts Giuffre had
stated That she was Forced against her will By Jeff Epstein and Prince Andrew
Into an Orgy with 9 young girls underage at Little St. James Island

#6. In 12/2018 Months before The 7/2019 arrest of Jeff Epstein and
During The Guzman LockA Etc I Knocked up Personally on "FBI" Agent "Mr. Pagent"S door Pompano
Beach, FL and I showed him The 144 pages of Crime I had Against Jeff Epstein,
Prince Andrew, My Brother Hen Andrew Brett, Hen Chen Fort Lauderdale Police
Ex Fort Lauderdale Florida Police Chief Hen Jenney, Hen Bingham - The Brother of
My old girl friend cover up "Big Booby Model" Stephe Bingham Lapata and
"a Drawers "LANEY Sours". U.S. Marshlls Mr. Way, Joe Tucher, John The Bigth
U.S. Marshall Matt unknown, U.S. Marshall - Black woman        Rhonda MARTIN & Miss Ellington

Pg. 30 of

(His office) #7  FBI) Agent Mr. Pagent from Miami, FL. Refused to help in any cases.
This Case He stated. He lived across the street from Me and Sheryl Hahn
and Jim Flanigan was in with My 2 old Next door Neighbors since 10/2005.
He stated to have a Good day "I could'nt believe he obstructed Justice again"

#8  Than I saw a (FL) Grey pickup truck with a white Man driving go speeding
by his Home, in 12/2018 around Christmas Time. This white Man had been
following Me all day.

#9  Later That Night after Christmas 12/ /2018 I went To "St. Jude Catholic
Church To pray" When I left the Church.
      I saw "FBI" - Federal Bureau Of Investigations Agent Pagent Mouth.
Another 60's yrs old White Man (FL) License Plate big Grey car. They had followed
Me To Church. FBI Agent Mr. Pagent and his White old Man Reverand from
The United Methodist Church in Pompano Beach, Fla were Obstructing Justice Again.

"Team Predator" #10  During The 1st Trial and Investigation of Jeff Epstein, Mark Epstein,
Ghisalene Maxwell, Julien Epstein, Sarah Kellen, Nadia Marcinkova, Sean Luc Brunnely,
Prince Andrew, Lesly LexNer, Mr. Gunther, Phil Levitt + henshen Funeral Home - A Team Predator

A  The State Attorney Barry Hersher and Dabra Weiss on The US. Attorney's office in
Miami, FL. Alex Acosta and The FBI - were all given documents on
47 underAge Little girls from 14 to 17 years old That were Raped by
Jeff Epstein, Mark Epstein, Ghisalene Maxwell, Prince Andrew.

★ (11)  Jeff Epstein only Received 19 Months in Jail and was allowed to go.
Home 6 days aweek and 12 hours aday to go to work.

Pg 3b of

1/4/2020 (#156) Hi, twistte white Man Cop of Groverland, FL Police Department, pulled me over on Colonial Dr, near the Most Blessed Saint Catholic Church, Officer twistte stated That I hate cops. I was shocked and told him that I come from The Lay Blue tire since 1830, and that's a lie, officer Hooper white female and 3rd man cop from Harrisburg, Pa stated I hate cops too. Someone is lying to Florida. I love Cops I told them. Officer twistte was with at least 10 cars, that had been following me in omnibus, Police Harassment

14/2020 (#57) Mascotte FL Cop #24, which was at Night was nice he pulled me over and stated have a good Night, He pulled me over my light was dim I told him it showed from He Let me go

(#158) Around 10:00 pm Sunday 1/5/2020 Mr. O'Conner white Man Orange County Sheriff I saw following me in omnibus with his relatives. I had him & Officer - O'Conner pulled into a Gas Station with around 10 cars he was with. I had seen a suspect attack Man stalker named Bro, and the Johnson family, and the Chamberlain family was following me to Tampa, Florida and Back to Orlando, FL. The McNab family at the Panters Eagles. I then would see Officer O'Conner walking toward me and he pulled me over. He was in with Dan Brett.

(#159) Corporal Heathcourt Orange County Sheriff came with Officer O'Conner, He called Me an Asshole and I couldn't be here this. He called me a dog I told them I was just passing through here this is police harassment he had been following me in Omnibus with Captain Doyle of the Phila Police & Dan Brett.

(#160) In 12/2019 I saw Mrs Bolton at Disney Springs FL. with my the opposing Army. Her and her family have committed felonies against me since 1992. Joe Bolton, Samantha Bolton, Mike Bolton, Charles and Beth Bolton to Hilde are a criminal gang and Beth's a sister and Don Farr

(161)

Pg 3

(12 (6)) Officer John White — 33rd Street Jail and his mud white cousin have committed felonies against me since 2006. Assisting Magdalia Pagan and later husband and Cutman church Neyvalero with drug dealer Cruz Sr and Debbie Bahg and Cosme from National Package Order

Officer John White was seen with Anthony & Kathy Sivoozic on on the same Bus to Rt 309 cherry St. Flat $400th Drug

(162) Mr. Baker — Crooked Attorney Buch Man — Much Crooked Law firm Attorney Brody grdner and Rosenguen Law firm all criminals came after My civil rights for 15 years Mr Baker Black Man Attorney has seen at the US Courthouse for Orange County with My white 5 cousin Donwith confederates — Joe Ettery, Robin Nelson and Jessica Edwin

TO cover up crimes of US Attorney Alex Acosta — email wrote the (MPB) for Jeff Epstein + Jean Riehdon

criminal Black and White Gangs. An Informant of Federal Logistics Stations

A Federal Whistle Blower I have experienced confusing Shame, humiliation, and embarrassment and has suffered severe psychological and emotional and physical injuries RAped 2 times a Many Brothers Bones That were planned Matriculously by Mission Bosses & Employees and deciples and Residents. Larry Wallace - stated in May of 25th 2017 in the Orlando, FL Rescue Mission after him and his son Larry Jr And Roger Wallace his son Wallace, Hector Nieves Committed many Felonies against me for years. In Front of over 200 Men! Stated Reverend Hall and Many Police!) Everything that has done by me planned everything out every detail My Ron and Wallace and The Sunday Breakfast Mission Helped. Larry stated the Cops were in on it For 30 years." Larry told "The Guest Speaker Church A Big Presbyterian church outside of Orlando, FL He asked him The Name of Body Wallace and Shy Booth Larry Wallace cousin Roger Wallace. He beat My high school in 1980 and went to Lower Merion high school — The Main Criminals in with Kobe Bryant And Bell Mr Bryant The LA Lakers Kobe Bryant went to Lower Merion High School in Pennsylvania Same as Roger Wallace Kobe Bryant played Basketball with Robert Homes - Mafia Associate in with Kathy American Gerry Gambino and Kathy and Lisa Gambino of The Gambino Crime Family. Robert Homes, John Homes and Matt Homes drug dealer in Highschool was Van Pat Sanos & his brother a few years older Rob Market & Kay Papa, In 2003 I saw Rob Homes drug dealer was Joe Carter and Reggie Carter. Cop & Christmas, Mr Noble, Joe Arice Gang, Rob Homes was in with Roger Wallace and Larry Wallace, Myke Carroll & Dry dealer & Maddox, John & Robert Homes Larry Wallace and his son stated in The Sunday Breakfast Mission in Philadelphia. PA. It was The Reverend Wallace, Reverend Love and Deacon Sanchez AM Reals & Fry, Maleek Charles who he was in with. They used all The Reverends and The Health & Human Services People. John Sanchez in with Hector Nieves & Jose Nieves - German Nigga. Larry Wallace and his Son Larry Wallace Jr. were in with The Fired Methodist Deacon James and his wife Martha and The Fired Deacon Gene Carson and The Fired Health and Human Services Department Black Man Gene and Storm black woman. At The Boss of The Mission Methodist Minister Floyd Wheeler ex Marine was in directly with Larry Wallace, Roger Wallace son, Larry Wallace Jr, Piere Johnson - Braden Johnson, John Johnson, Mr. Quincy Chamberlain and The Mrs Chamberlain on The Run in Blunt Rd. Mission in Fort Lauderdale, FL Methodist Church with Louis Blackajeer cousin and in Realtor ★ I also saw Deacon Rodgers with drug dealer Hussan Crittenden Followed me to The Washington, DC. U.S. Federal Courthouse with his 40's yr old balding son in with Rodgers Wallace ★ I saw Deacon Rodgers 40's yrs. old cousin In 12/ 2017 with Joe Crittenden a drug dealer and Magnus Lyons daughter after I left The Mission on drug dealer "In his mystery Deluxe and Broke The Sea Buckle." They were all in with The Joe Arice drug dealing Gang Since 2003, with Shorty Black woman At The Falcon Joe Arice brother of Perry, And Al Plumacolor Rex Miller, Bill Miller, Marton Miller Barry Harmon ★ Fish Hotel, Joe Crittenden, Gary Unknown Blunt Place 7 Mr Noble, Anthrum Nixon & Gold Tooth Man Dr John's?

(A1) Lawrence Twp, N.J. police officer Tim Wallace followed me with a Joe Avice Criminal Gang — Larry Wallace & Sons, Roger Wallace & Son, and Reverend Wallace from Philadelphia, Pa. For at Least 4 Years to ShopRite store and several employees Black & White woman where he pulled me over walking my Bike for No Reason. The Criminal gang followed me in 13 states and District of Washington, DC during this time. Joe Avice ("the Falcon is the Boss") stated in Wilmington, Delaware Smiley Breakfast Mission in front of 40 Men and Reverend Floyd Wheeler that he had 9 full time drug dealing Employees and over 50 part time drug dealers. He made over 250 Million dollars from 2003 until 2020 when he got caught.

(#2) I fought him from 2003 until 12/2017 and Left the Mission the day he confessed.

(#3) Lawrence Twp, N.J. police officer Hector Nieves has in with Tim Wallace and Jose Nieves and his German wife from Orlando, Fla who were in with My old Girl Friend Stephine Bingham Lapata, Gladys and her daughter & Mafia Associate Husband 70's yrs old — Summer — Christine Sabel "still on The Run," a Multiple Murder Gr— Through a Latin Mum Thief drinner." This was already excepted. Summer's Cousin has seen in Palm Springs, California following Me in a Green Dune Buggy in 2016 and they Threatened to shot me

(#4) On River Rd in Bucks County. Pa. in Summer 2017 I saw Gladys with a white old Man in a (PhD) Big Black Car. I Never said a word. I got their license Plate and Turned them into the Feds. They were in with Summer "Christine Sabel a Mafia Stripper and her Cousin around 40's yrs old Blonde Hair a Stripper at the Gold Club in L.A. California and 2 White Men in the Green Dune Buggy.

(#5) In 11/2019 I saw Gladys's daughter Jogging on RT, 1 in Boca Raton, Fl. around 3:00 PM in front of Ra Mano's Italian Restaurant with a Palm Beach Sheriff White Man going to Ra Mano's Italian Restaurant Gladys's daughter was on her Big Cell Phone commuting a Felony against Me with another Mafia Murder Suspect — Mrs. Hayes — Woman and Escort Girl who worked for MrsGinther. MrsHayes was on Drugs I Seen her Smoking Crack at club cheers with Larry Hatcher and Latin Private Investigator who she had Sex with years ago. I saw them with My old girl friend Amisty Santo friends Larry Hatcher and Latin Mum Photographer and Private Eye were working for Prof Levit and Weinstein Funeral Home and their ATTORNEY at club cheers

(#6) In   2020 right in front of the Ascension Catholic Church Mrs Hayes a Blonde 60's yrs old Jogger Threatened My Life while committing another Felony against Me.

2020 (#7) I saw Mrs Hayes in both Urban MindStates Black women & White Men in Daytona Beach on Fla. Its She's in with the Hell's Angels, Outlaws and Pregang Gang & Wassem at No Name Bar in Sebastin



Pg. 35 og

Mrs Frazen-listen Realty 1st Curtice Woman Criminal
Lat Family white woman
Prime - white Man
Criminal - Orange Plant
Artistic - Publics Black Man
Suntree, Fl.

new woman Dollar Tree
Black woman - Debbie - caller outside
Employee - Gary - (Latin Man) breast Any Criminal
Criminal Black woman

Mrs Little 365 yrs old Jogging        Friday 3/13/20        203 yrs old May La White woman Debbie Criminal

Criminal
4:30 JM        Black Man (FL) DLH AED Black woman        (FL) HFF HOG        My Way
Jonathan Blass Rd        White Man (FL) GV4 61 Silver Car        (FL) HFU G57 Silver Car        4:30 PM Wickham Rd
opposite Way        (FL) 017 PLY Red Car        Pineda presbyterian Church
Suntree Library        #902 Jonathan Blass Rd        White woman (FL) 831 RAB Gray Car Polar Eagles
                        Latin Man        White Man Melbourne Cop
                        White woman        (FL) I NM S11 Black Car (Earl Steward
                                                Black Man on cell phone talked to Debbie Black woman criminal
Librarian Employee (FL) IXW A83 Helly Red Car        White woman (FL) GYx F216 Tan Car
                        white Man
Wickham Rd        (FL) HJx D55 Red Car        White woman (FL) NWB 3L 57 Black Car
                        (FL)        Latin Black woman        Latin Man (FL) 47 JGW Silver Car
                        White woman 051 BUD        white woman (FL) HUFW 56 Black Car Wickham Rd
                        White woman (FL) 9735 +T        Ascension Catholic Church - Goodwill
                        (FL) OFF 879        White Man 301 Melbourne Cop
                                                White woman (FL) C9UOJO White Car
Jogging 305 yrs old (FL) HRS Little Criminal
                        (FL) EML O74        White Man 2628 Brevard Sheriff
                        white Man (FL) XCO36        Latin woman (FL) EHC O16 Red Car Screaming
                        white woman (FL) RLeC99        Latin Man (FL) IMU 446 White Car
                        The Ross        #80 Brevard Fire truck
                        Class Space        #80 Brevard Fire truck
                        Both Ways 556 Melbourne Cop        Carrols Cleaning
                        O6 US Mart        white Man (FL) HTM 9E Red Car
                        Publics Truck
                        White woman (FL) YS4 BJO Silver Car
                        Artistic
                        White Man Motorcycle
                        Latin woman (FL) 293 99W
                        WP9
                        White woman (FL) EBL H15 Blue Car
Dollar Tree        (FL) 109 9JW
107 Melbourne 9 Fl White Ontario DAU 659
                        White Man woman (FL) Dnp 438 Red Car
                        Black Man woman (FL) LPX C78 White Car
Latin woman (FL) RLO5F - Black Car
Criminal        #80 Brevard Fire truck
                        White Man 2709 Brevard Sheriff
        white Man (FL) 58WUX Silver Car

Pg. 36 of                    PRO Roads — Ray Roads       Thearena Criminal
                             Employer Latin Man Jonathan Criminal   F33 780 Truck
White Man (M) W12 DZE — Grey Car   Lawrenceville N.J      Criminal White Man — Salvation Army (N) F33 780 Truck
At Fed Ex — White Man Common Shirt   Friday 5/29/20
Employe — Mrs Common B Mofib
Friend — ART

At Fed Ex    White MAN         White    (N) XP47 1603 Redcar   My Way
             + White Truck (M) GL8 906 Ditch Greenfield (P) F34 GMV    RM South
1:30 PM      White Man (M) U64 HPW Green Car                           1:30 PM
Opposite Hwy   White Man (M) W12 DZE Grey Car   White Man (N) J62 MNB Blue Car
              White Man Common Shirt
Fed Ex Employee  (M) A70 JJM Grey Car Criminal   (P) X14 F 755 = White Man
Employee White   (M) F51 MCp = Red Car          RIO Hess
Employee White   (M) W58 Hex = Red Sedan car    (M) X62 LPD
Employee White   (M) 230 HCH Grey Car
                                                Black Man Ryder 291585 Indiana
           BLACK Woman (M) Devan R  Grey Car
                        (M) HZF J6479
Criminal    Blue MAN (NY) G452583
Dog   White Woman (M) 8447 Black Car

        (Red) Resnich

     Latin Man Renistre Indiana

     ★  (M) W67 567
Black Man (M) LIULY Big White Truck

        ★ JP Blue Truck
          ★ R+G
            To curd
          Princeton Str
Venezia OHIO   Pull
   Lawrence Villey NJ, Cop (N) 308 PMG Criminal
            Pipe Cross
        ★ (M) N56 EWS
          (M) 269 APK

   White Man Salvation Army (N) F33 780
            Red Horizon Trash

            PRO Roads

Pg. 40 OF

(Red) Falcon ~~~ White MAN (PA) JBL 4445 Silver Car

Drug ring PA Evidence?
-criminal
-BM Miller, John Miller and Rea Miller, Teresah Tara Miller and Selena Miller all in with Joe A

Miller Leasing ) ★ AR Kelly Twp, NJ
Friday 5/29/20

| | | | |
|---|---|---|---|
| 9:30 PM | White Man (NJ) Z36LZX Grey Car | Estes | My Way |
| 179 South | (NJ) XD2X50 | U Haul Arizona | 9:30 PM |
| Opposite hwy | ★ Penn ste Indiana | U Hach Arizona | 179 North |
| | (Blue) Amazon | Tomas English Mustam | |
| | White Men (PA) WC4 854 Black Car | Estes | |
| | (Red) FALCON | (N) 5616 LW | |
| | White MAN (PA) JBL 4445 Silver Car | White Man (N) R59 ELS Black Car | |
| | White Man 4 Hauls | A. Dure Pyle #9296 HK | |
| | (N) Stwt Police Suv | (NJ) State Police Suv | |
| | ★ A Dure Pyle | (Red) Johanna Foods | |
| | E3188 | 4 Latin Men (N) B30LBR Black Car | |
| | Red FALCON | go to Valeroe Gas | |
| | White MAN (N) ZJA 7879 Black Truck | | |
| | Red Johanna Foods | (Blue) Prime Inc. | |
| | Black Horse | White woman (N) ALAC??E Black car | |
| | Black Batterson | Red water Thicker | |
| | Ship The hard way | (N) Flemington Cop | |
| | (N) THE D55 | Comcast Cable | |
| | Charles Schwab - white Man — Flemington Cop | (Red) 1203 Thinten — (A+M Red) | |
| | Bishurys | A. Dure Pyle | |
| | Flemington Police Car | | |
| | (Red) Central Truck | | |
| | Falcon | | |
| | Vermont C635 225 Black Car | | |
| | (N) 151 MWW Grey Car | | |
| | Miller Leasing | | |
| | ★ Baker Bakery | | |

See equippers.com for Our Expanded Assortment of ... and Vulcan all with TRULY FREE SHIPPING!

Dennville, NJ
Sunday 5/31/20

| 1:30 pm | (M) G20 PPB |
| RT 46 east | Minivan (M) YXY3 Zen    Black Truck |
| Opposite way | (M) C31 ACL |

| | (M) WAN GB5 | 1:30 pm |
| White Man (M) JYF 4073 Blue car | My way |
| | RT 46 west |

Leaving Dennville, NJ

| 12:30 pm | June 6/1/20 |
| RT 46 East | (Red) Universal Augers |
| Opposite way | Silver Cement |

| Leaving Dennville, NJ | My way |
| June 6/1/20 | RT 46 west |
| | 12:30 pm |

Sunny all Red    (M) NeR W33
(M) JQ7 JNF
BQbNS

white woman (M) E92 LMD    white car
(M) R39 GeR
(M) My74J
white woman + boy (M) C4Y HGL    Grey car
PAN CO MC
white woman (M) TA5 6 ZMM    white car

white woman (M) E16 EX5    Stoner
(Blue) MD Haulers

# 84 US Mail
White woman (M) 1073    White car
7329 Ship RPm
Latin Man in Black twistle

Jersey Central Powers Sports
(M) 299 CPF
2 Latin men (M) A99 CKJ
DYNASTY
J Talian white man (M) B29 DJJ    Blue car

(M) N96 FYH
FIRST Goal
Lincoln + Hands
white woman (M) V99 GLR5
149 US Mail
APU
(M) G70 M VD
Tires Chase
WH
(Latin) white woman (M) J28 DR2    Black car



See equipners.com for Our Expanded Assortment of Southbend,
BUY FREE SHIPPING!
Casters
Fits all Garland and...
BR1000 - Set of four

ANA CAPRI (Foods)

Union Hwy
Sunday 5/31/20

8:30 PM  Black wagon (M) MC5 GGVT Red car
16' west  CM (M) MMR RAN BC
opposite bay  WM (M) H45 56D RC

ATT US
Mom    Cop
Oriental bus (M) R93 BRL  Black Car
Black Man (M) P67 GAX  Black Car
White Man (M) EC7 EGT  Silver car
(Red) MASON PRO ONE  Shop Rite
White MAN (M) H67 JGD - Red car

White Man parks at Shop Rite Mexican bar
and goes to STARBUCKS
(Red) Custom MASonry

(M) BBVTW6 - Blue car  primus
(M) U30 836  NFI Logistics
Reptheth Matthson
White Man (M) SMAII Corp
Ray Mone + Pluigan
White Man (M) CUSH Man + white field
(M) V89 HNX  grey car
Blue Normal #405
Ron Jon Healthy
(Red) Guardian FIRE

Black woman (M) J581 8PM Red car  My new
White Man (M) HU9 DIA  Harley Davidson  $130 PM
White Man Dennville Cop  RPS 10 days
both bays
(M) MQ0 DRU  BC
(M) iL143 4TM
Black Man (M) J89 HYU  Blue car
White Man (M) X55 MDC  White car
White Man (M) X17 BRL  Red Car
White Man (M) H85 LSM  Grey Car
A White woman (M) LBM 27E  White Versace
Black Man (M) V16 JYH  Grey Car

White Man (M) TRM1119  Black Car
White Man (M) Y84 JGC  Silver car
(Red) Thrift  Truck  Silver car
Black Man (M) V18161  Silver car
Black Man (M) JSMA5  Blue Car
White Man (M) JLL CJD  Blue car
Black Man (M) P72 M7H  Blue car
(M) H99 LMC  Silver car
White Man (M) XG7 AMY  Red Truck
(Red) VERIZON
(M) J88 Mer
White Man  3 Motorcycles (M) B29 45B  Blue
Black Man (M) L35 JMZ
(M) X13UH
White woman (Red) W30 MFH
Indian Man Red RPS -



Morrisville, Pa
Sunday 5/31/20

| | | | |
|---|---|---|---|
| 7:00 AM | Red car L+5 Passengers | white man (M) R15 PVD Se | Genes Deli |
| Market St | (N) 8L4X6 Silver car | → Latin Man N | 7:00 AM May try |
| Opposite Key | 403 yrs old Black Key | white car 510 Morrisville cop | |
| Black woman (N) XTL Jug Blue car | | white Man (M) B346 EHP Silver Ca | |
| Black woman (N) 554 JMS Blue car | | (M) E44 4VS | |
| (Black & white) 3 3yrs old Oriental woman Jogging | | Fat Latin man (M) 4G9 MRE Black car | |
| 40's yrs old | | white man (M) WZPXGP Silver car | |
| Oriental Woman (N) N52 HJS White car | | Black Man (M) PX3HCY grey car (Both ways) | |
| ⭐ (M) X622ZG Black car | | Market (M) 9DEC81 Black Ca | |
| white Man (M) XM 314 J (Greenbay lawn) | | old white Man (M) A63L 1313 Green Car Both ways | |
| white Man (M) Z13 HTP Silver car | | White woman (N) Z23 LWE Blue (Silver Car) | |
| | | | |
| white Man & Indian woman (N) MZ 24 H2Y Blue SUV on cell phone | | White Man (N) AGG LBF Black Truck | |
| on heart woman & on heart 50's yrs old Indian Man Walking | | (M) W35 JAY | |
| Black Man (N) RJ71 EHL white car | | Black Man (M) VQH RQH | |
| Black & Brown (N) M45 GWT Grey Car | | White Man (PD) ZMH 1687 Blue Truck | |
| (N) Y52 LWY | | White Man (PD) G Gould Blue car Country Man | |
| Oriental Man Blue car Black woman (PD) HBC 798) Silver Car | | WM + WW (M) C65 APM Black car | |
| (M) LDHH79 | | C | |
| Greenbay Has heavy Black Pin (N) 4163 CYT Blue car | | | |
| white Man (M) T4O CXR Silver Ca | | | |
| A (M) AZa HXH Black car | | | |
| White Woman (M) VHHE 4OH Red Car | | | |
| (N) A45 MRE | | | |
| Dumb lady (N) TNH 50H | | | |
| Oriental Man (N) C5Q C2M Shed | | | |
| Latin Man (M) F4G 4EM Red car | | | |

See equippers.com for Our Expanded Assortment of Southbend



See equippers.com for Our Expanded Assortment of Southbend,
Garland and Vulcan all with TRULY FREE SHIPPING!



Pg 18 of

Warren County, NJ White Trash NJ/NY
Monday 6/1/20

6:20 PM    White woman (P) IHY 119 white car
Criminal
RT 46 East    white man (N) X HM W70 - C+C Blue
opposite way    2 white woman (N) DHY5 GeL - Grey car

2 white male (P) MY1/EHT Red car

1 white man (N) L73 2222 Blue car
Gang    white woman (N) XV6MCV Black car
Criminal
[Hiding    2 white woman (PA) LBDH116 Black car
Place]

J Br HUNT

white MAN Liftee Atisha AJ9N83

Black woman Maryland 5-eR 10 2A Blue car

(red) Acker MAN
US Dot
white woman (P) G 62 DeM Red car

Criminal
white man (PA) ZPF p39 Prime American

(N) - 229 L My Grey

Blue MTG Dump truck
(Red) On Time Messenger
white man (N) Y59896 Black car

white man brown (N) R17CMZ silver car

ULTImate Plumbing
(PA) JZ6L374
2 white woman (PA) AZR 2524

white woman + man (N) ZNL 8366 white Truck
Criminal stopped + asked for director cable

Blue Noegel
Criminal's    white woman (N) D35 ASJ white car
+ gay these    black man H5L 2799 Black car
+ together

white woman (PA) JNS 5374

# 4577 Shoprite
New Jersey Forest Fires
WM (N) PDL 17TR white car

---

Gangs Black woman
Alan Cop. Big criminal
CITI Rigors + fraud against Me Alan Stetson
She called him a piece of Shit.

Dutch - Truck

white woman (N) ZMC 1522 white van    My bug
whit (N) AYG 4448 Silver    RT. 46 West
2 white men    Delaware 00020 Blue Truck    6:30 pm
white Man (PA) ZML 8366 White Truck    Bennyays

M E I Landscaping
white man (N) JYX 9138 BC
white man (P) EZM 6714 BC

Red    Alan Co.
white man (N) ZPD 7766 Silver Truck
wm (PA) P20 NIR    Blue car
5 Kill Gas Station Indian Man NJ JHH 8594 Blue car
Criminals    New Jersey

P 4.7 of

Columbia Rd
Port Ludlow Pa
Monday 6/1/20

| | | | |
|---|---|---|---|
| 8:00 PM | Urban Avenue PJ 9544 | (Red) Riehl | 8:00 PM |
| Rt 46 East | Shop Rite | 3731 Ridge Rd | My Way |
| Opposite hwy | Black Truck # HOV 235 | 3741 Ridge Rd | 46 West |
| | Black Hawk Man Towing | White Man (D) RPA - Deluxe Rider dhd Tr | |
| | Quality | hh (D) PRZHC 44115 White Car | |
| White MAN (NY) HXA 8493 Black Car | | White Man (M) X851RF Silver Truck | |
| Black Man (V) UTF 2841 Black Car | | White Man (D) HCM 4433 Silver Car | |
| Black Woman (FL) HHZ E60 Silver Car | | Pro Tech | |
| 2 White Men (NED) W51256 White Truck | | White MAN (M) PMP HMP ★ | |
| BARCLAY | | (Red) TRANS AM | |
| (PA) Dwatelnum (PA) YJH 1865 Bluecar | | ★ (PA) HMM 5522 | |
| White Woman (PA) HDH 3 Dark green | | White Man (PA) LHM 6444 Silver Car | |
| Portland (PA) Red L+T Legs 785 | | | My Way |
| Rt 611 North (N) V15R4 | | | |
| White Woman (PA) JHM 641 Black Car | | | |
| White Man Speeding (NY) Black Jeep | | | |
| White Man Sec (PA) KGX 6311 Silver Car | | | |
| White Man (PA) T67 HHM | | | |
| 2 White Man (PA) ZMN 7748 Blue Truck | | | |
| (PA) ALP 6377 | | | |
| ★ (NY) ZDZ 9884 Silver Car | | | |
| 1479 Rt 611 - Air Liquid Company Blue | | | |
| Speeding White Man (PA) JHM 5679 Black SUV | | | |
| White MAN (PA) HXH 8989 Silver Truck | | | |
| Realtor Robin Ruschak Real Estate (610) 762-2451 | | | |
| 8923 Rt 611 - White Woman In | | | |
| House Young Woman (PA) XLR 1177 Blue State | | | |

Pg 58 of

employee Bearings

Paul James
Net Cony in NJ
(977) 347-0137

Near Easton Pa
Thursday 6/2/20

12:05 pm
RT 611 South

opposite way

White Men

(PA) HYB 8911 Grey
Thres

white Men  Easton Cop SUV

Easton Cop car

(PA) HLS 2914 Silver Car

(NY) G10044 Red car

Easton LockSmith

(Red) Owens Mher

At Carl Steiner ARTS — (Easton Cop Suv white Men

White Men (PA) OUC 6688  Black car

Black Men (PA) KSA 1164  Black Car

Criminal

BM (PA) C6 68566 Silver Cm

Both Ways Curnel
White men  Easton Cop SUV

Big Black Gram Truck

12:05 PM
RT 611 N

My Way

Black
men (NJ) MLittle  Grey car

White men (NJ) W67 JYH Black car

Together on cell phone,  Lafayette College

(Blue) Country RY

White men (NJ) 927 HYR  Silver car

White Men by Such Men go to men (PA) LFC 4651 Silver car

At Aldi

(PA) JLG 5743  grey car

(NJ) 2YBL 240 Red SUV

13th ST White Men (PA) HCC 6667  Silver car

North Hampton ST 2:00 PM (PA) HXM 1641  Silver car
White Men

White Women  O7 Easton Cop

goes To Covenant Church

White women (PA) HHB 0119  Black car

(NJ) JJT 8866  Red Suv

(PA) JPM A15 grey car

White Men (PA) HFX 8248  Silver car

White Men (PA) ZCM 1112  Black truck

My Way

(Be attitude) 5 TRIALS

Bethlehem Pin
Wednesday 6/13/26

| Troopm | SMILE Trash | | (Red) Lowsitania Bakery | | My bay |
|---|---|---|---|---|---|
| Mark Sr | Bkd lunn (PD) GVC 4719 Red Car | | (PD) HHH 628 Blud Car | | 7:00pm |
| Opposite buy | White Man COP (PD) ZHJ 2161 Grey Truck | | White Man (PD) YYD0445 Red Truck | | Mark Sr |
| | White Man (PD) HMJ 5147 | | (Red) 5 TROLLS — Trash Service Centersl | |
| | White Man (PD) EXP 2043 | | White lum (PD) HLX 6404 Blk Car | |
| | white woman + Black Man | | White Lunn (PD) LGN 7387 — Blud pilot | |
| | GO TO | | Ladi Tunas BW | |
| | White Man  Vermont GTX 894  Black Truck | | white lum (PD) JLS 6344 Blud Car | |
| | 50's yrs old white woman — walking Fast | | (PD) YX G 7250 | |
| | (PD) HPX 7561 | | Re Hosp | |
| | 321 BASD Hartsene | | Green PEST | |
| | | | Red Symons | TRASH |
| | | | 5 TROLLS | |

| | Lyn Good  Tanker | | white Man (PD) HN 20821  Center Std |
|---|---|---|---|
| white Man (PD) JTY 6559 Green Car | | | 411 Tanker — Ormond |
| | H DM Tanker | | White Man (PD) ZFX 2373 Grey Truck |
| Criminal w/ White Man (PD) HAM 9051 Silvencer | | | White Woman (PD) HLX No 1396 Red Car |
| | GTO  land scaping | | Red  Schuler Service |
| | R&M | | White Man (PD) OS 302 Silver Truck |
| | Elec Plumbing | | TTS  Red  ARTHUR Express |
| | Core  plumbing | | White Woman (PD) LHHH 288 Silvencar Criminal |
| White woman  UG GAS (PD) ZMX 4809 | | | Black Man (PD) J Out  Black Car |
| Black lunn (PD) FLF 7237  Black Car | | | white Man Virginia WWD 8614  Silver Car |
| | Blue Rock HM Clement | | |
| Latin Man (PD) YR M 4611 | | | Xpo Logistics 317 617 |
| | LiLLY | | Mc lues TRASH |
| White Man (PD) GJM 8867  Grey Car | | | (PD) W32 JMR  FLyers |
| | # 6 Colonia Region Cop | | |
| | Sn Luices Hospital | | |
| white Man (PD) JGR 7387  Grey Car | | | |
| Criminal  White Man  Pennshe Dubraw Truck | | | |
| Latin Woman (PD) HYZ 3219  Silver Car | | | |

See equippers.com for Our Expanded Assortment of Soundbend... with TRULY FREE SHIPPING!

Pg. 52 of | ... on cell Phone PA 20/20

3650 ... Dr
Hanover Twp Police

Nathan Gertz Cousin was 1 Jogger around 50's as well.
Both by the Walkaway 6/4/20

9:30 AM
Crawford Rd
opposite hwy

PA ETT 827
PA HHN3424
PA GHD 449  Brown Car

Hanover Twp PA MG5783D  white Man
UMAHHJ

9:30 AM
Crawford Rd
by hwy

PA 2727A  Colonial Cup

50's yrs old White Woman walking by
Gloria Lane  White Woman  PA LCF 8245  Silver Car
Washington Senators

TRAFFIC Cones)
SAROR SHI
White Woman  PA EWD 1312
PA JXN 5990  Black Car

PA DTN 3273

White Woman  PA HXY 5874  Red car
White Woman  PA LBM 5556

Entrance  White Man  PA HJB 3917  People Street  White car
White Man  PA FBN 3660  Tan Car
White Woman  PA DBD 8  silver Car
White Woman  PA DAN 6369  Gray Car
Front Lane - (Old White Man)(Chicago Cubs)
White Man  PA JTD 5029  Red Car
Jackson the Rd.
Jogger white man on cell phone  PA 20120  Green SUV
PA ZMJ 8836  Gray Truck
PA HVM7038  Red Truck
White Man Cop Badge  PA Baby J22  white car
2 in  Connecticut C 199519
White Woman  PA 224J
PA ZLe 4015
PA HVL 2174
Fed Ex  PA Z... 
BATH AutoGAS

Pg 53

Hannover twp
WPA Vstry 6/3/20

8:00 pm          Hear Ney Steel                    041 Red Thaler      My Key
13 Ash Pt         Blue  Charlie Nantree                                8:00 pm
office/day        Blue  (2) Tree Service       (PA) GBT 8913           Bath Rdy
                  Mar  (PA) HVE 4499           WbGas (PA) ZMM0242      South Land Ind
                  white woman (PA) JZA6632                             NCS - Indoor Climate Cont
                  Old Dominion                Fed Ex Express van
                  white woman (PA) HN BOTTI Blue Car      (PA) ZPT 0536  white letter
                  4B3
                  white Man (PA) H25 2226 Black Thad
                  A TO Z - Transport              Ruggero Landscaping
                  White Man (PA) ZGH 3366 Blue Thad   white Man (PA) JFJ 1343  Black car
                  (Red) TMS                           Auto Parts
                  (Red) Syrena
                  Sherrington !
2nd Harvest (PA) ZBB 6972 Food Bank
                  White Man (V) U91 CPN Black car
                  (PA) ZLM 4309
                  Ruggero
                  Black  S. Stevas Transport
                  White MAN (PA) ELR 7127 Black car
white Man Commercial
Ryden   Dublin 273 6904
                  (Red) (PA) H9ZR 6R
(Red) Hochs Pantry (PA) ZHM 9404
Southland Rd White woman (PA) HBD 7987 Blue Cars
                  white woman (PA) 501 973 Blue car (cup Badge)
Crawford Rd White Man (PA) LCL 5929 Tan car
restrice White Man (PA) HLL 8182 Black col
                  white Man (PA) JXG47143
MARTINS Potatoe Rolls (PA) ZHC4710
                  white Man
                  #4/5 US/Map



Py 59 of

Bethlehem, PA
Wasley Lot 5/20

Black Man (PA) DHT 3032 Silver Car

Olive STI
4:30 AM
Freemansburg STI
Opposite lam

white Man (PA) HLZ 2307 Grey Car
Oriental Man (PA) HUY 1150

PTM White

(PA) LFG 3384 Blue Car

Peppers

(PA) HDM 334

Olive ST
Freemansburg ST
My Way
4:30 PM

(Blue) Messer Turner

(PA) JJA 3073

(PA) ZPS 6400

white Woman Cop From ST Lukes

White MAN UG Gas

& 1977 Messer Turner

Black Woman PA HXM 1113 Grey car

white Man (PA) 1W71

white Man (PA) 2GE333 Beige white Truck

Black Man (PA) HGM4962 Silver Car

White Man (PA) GJM5218 Black Minie Copy

3901 Lantana BAS

white Man (PA) WTZ 930 Red Sub

Lays chips

white Man (PA) LFFST19

Vand Way                      313

Central Transporto

(PA) HSF 6369

white Woman Maryland 8 DW3710 Grey Truck

(NJ) XBC XGD Sade Life

AIR Products

(PA) HPG 7235

Black Man (PA) HTHH 4337 Blue car

white Man (PA) HCFS840

White Man (PA) GTG 7412 Red car

Hub Group

weeds

a White Man (PA) HSX 5499 Grey Car

white Man (NJ) F51 GFW (white car)

MAC -Truck

Bethlehem Cop (PA) 37340

(Red) Elliot Has

AIR Liquid

White Man (PA) HZT4613 (blue car) A

BAY Bridge - Super Treat

Black Man (PA) DHT 3032 Silver Car

ST Rows Plumbing

Iconic Interiors

White Man (PA) HTe 4740 White Car

(Red) RUAN AIR Gas

(PA) ZHA 9010 Blue Man

Black Man (PA) LCX 4833 Tan Car

white Man (PA) ZMP 3652 — WD Trash
goes To Sacred Heart Catholic

white Man (PA) 4ZA5578

soo.equippers.com for Our Expanded Assortment or Sound... TRULY FREE SHIPPING!

Pg. ...

Lisa Scheller Per Congress
Bethlehem, PA
Monday 6/8/26

STeaRN- Larry STeaRN
Paul Wright (PA) GHJ6868 silver

Freeemansburg, Md          Sharibles Trash
5:30 AM            # 3704 Carlisle
opposite Hwy    Black  (Red) 6DBCC18  White Car
         Man
White Man  (PA) HMT7768 - Grey Car
         ②  R. Higgens Trash Trucks
Black Man  (PA) LFS 1924  Grey Car
Black Man  (PA) ZPC4910  Black Truck

2023 Republic Trash
   Bethlehem Cop
   Safe Lite (PA) ZLH9160
White (PA) JMT3406 Blue car
Man

My Hwy
Fnt Z Rd
5:30 Am
Freemansburg

(Red) halters
White Woman (PA) JMT 5348  Silver car
White woman (PA) HVH 1163  Silver car
HRisHer + OBrin
CARS  Towing

LA Jubilies
(PA)GHJ1672 Bethlehem - /Jogan CEA Determind.
Womens   # 1400   PEMA Broke Rd
Center     31674 Carlisle
            J + 5 Eff

STeaRN
Lehigh Valley Paving
Hollett Cement
(Red) 354 Remco

WM  (PA) ZMN 5968  Blue car
     Republic Trash
2 Latin Men  486 Bethlehem Cops
White Men  (PA) HCW 6084 Grey Car

TTS- Logistics     Center St
Black  (PA) LHL6383  grey car
Man
       (PA) JXJ6575
(Paul Wright (PA) GHJ6868)

Grabbed Her crotch 40's yrs old Blonde Latin Woman
Catmunel       with grey Back Pack
White woman (PA) HMT4633  Silver car
(Black Man (PA) LDM0733  Silver car)
Black Man (PA) GFM 5533  silver car

Good Year (PA) ZLD3597
155 Casillio cement
RCN  (PA) ZCD091L

(White Man  U66bb5 (PA) ZLE 5325
Munch Church Rd  Black Men (PA) LHM7912  silver car)
          ★     Casillo Concrete
            (Red) Bethlehem Closets
At Casillo concrete  White Home Less Man
1406 Main St   White Woman (PA) GFS 2140 Blue car
Samly Chen Frok Bethlehem Chinese Church

```
                    Doug Cross                          #6 Colonial Cop—
                26600 Jacksonville Rd                  Steve VBS Cop
                      BM PA                      White Man  (PA) HHA 3880 White Tahoe
                  Wednesday 6/3/20                       4832Am friendly cousin W/Rde
                                                 urban red  benis the street
10:30AM        (PA) ZPE 0629           White    Criminal
                                        Man  (PA) HCP 9166  White Scar    My key
Jacksonville Rd  (2) White Man  HNRG013 white car  White Man (PA) ZCX 3108      Jacksonville
Opposite Way    465 yrs old white man + teenage daughter  #1 Robbery            10:30pm
 White woman  (PA) HGDOO74 Silver Honda       (2) HRY 6603
    + Hm                           CRV
            Republic Trash           UPS (PA) YJY4505
          (PA) HGM 1927              New Cleus Benard
white Man   (PA) LY3R 3108 white car  House #  2480 Jacksonville Red Criminal
                                     Criminal  white Man jogging 465 yr old
 Tim Kenney Philm Mayors Cousin Jogging 465yrs  white man (PA) GCR 7103 Blue
Hanover Twp (PA) MG 4535J              LAWN Specialties
White Man on cell phone (PA) JYL 2948 (Green Truck)  white Man (PA) DRY 3229  Blue car
                                     ow    (PA) HST0784  Blue car
 White woman (PA) ANB 646 Black car   White woman (PA) HTJ0495  lost gated
           Patty's Petals            White man (PA) DBR 1480 Black car
Shoenersville (Red) (PA) ZMC 5814     (CSTH—Thermo thing)
  2710  Lehigh Valley Health Network  Black woman (PA) HPM 6712 Grey car
 Old white man (PA) 041728 Green Thumbs Car    ABE Medical
          Office Max                 My Yankees (PA) LDDR 44  Blue Car
White man 2nd time  Steve VBS          from
                   #6 Colonial Cop   Old woman (PA) SNC 6527  Gray car
           (PA) LKM 4778             Old Man
White Man (PA)  LHL 2327
      A      (PA) HTY 5030
      #  190972  Western Express
       Service Center
         Petro Choice (PA) 2871 A
          Scotts Pot
        (Red)  Red Beverage
  White Man (PA) HZC 7428 Red
                         Subway Carnival
```

Pg 5/08

Hanover PA Pa
Thursday 6/4/20

11:30 pm      White Hya (PA) ZHH 9954 White car      Sean (List)        My bey
Schoeneosville(?)   White Hu (PA) Fr LY 4450 white car   Emcor Services    11:30 pm
Opposite hwy   White Man (PA) HPD 4844 White car       Snapple           City Line Ban

        Beach    HVAC                                   Blue Coop on Electric
2 White man (PA) 5TG 0448 Black car                     Hoestler O'Brien
   Standing at Mo 7                                    (Blue) STTC
        (PA) HVA 3653
        Duck Cleaning                                   Premier Thud
        Fed Ex

@ white woman (PA) HPN 0371 BG
        @ (PA) HMG 0576 BG
   Blue
white man Parking on street
white man  US Gas (PA) Z GD 2910

        - White Truck
   male man (PA) JDC-8500 Black car
      Fast Loud
         Fed Ex
Black Man (PA) ZPT0583 Enterprise
      EMCOR Services
         (PA) GBB 2495
   Tipton (PA) PT 31306 Touhy
         Rothel
   City School  white woman
   US Government (PA) 5787M silver car
   Black man (PA) JMC 2332

220 City Line   Hoestler O'Brien - The fisherman
   * @ Service Electric
      HD Transport
Black Woman (PA) GXZ 6716 Gray car
      Mazurath    Glass

[Blue] Prime Inc. VAN
   # 533779 (Red) S/A (very)

4 Step

UG Gas - 3000 City Line Ave.)

Anthony - Mayor St. Robert

(Blue) Rock Hill     05 year Crippled Him H3 White woman Cousin        Border Protech
(Blue) Prime Amazon                                                    WARD Trucking - Johnston

Bath y PA,
Thursday 6/4/20

| | | | |
|---|---|---|---|
| 1210 5pm | White Man US, Mail # 54 | Hospital Central Service | My Way |
| City Line Ave, | R&L # PT 1246 Truck | Blue Service Mine (Third Centers | 1205 py |
| opposite Way | Blue STTC | (Red) Decti A Service | City Line Ave. |
| | (Red) Myers STONE | Blue UG-Gas | |

Postal Rd     White MAN   Rennshe Indiana        (Red) Toyota 4FT
White                                            UG-Gas
woman (PA) 2033125
Fed Ex                                  Ross Plants & Flowers
Julie Painting                          Royal Throne      (Postal Rd)
Red Worker                              Red SAIA
HT-20
NK55 Truck                          Prime Amazon VSG2042

(PA) JJG 6033                        White Man (PA) HMX6760
                                     White Man (PA) ZMF1065  Blue Truck
White Man (PA) ZFF9278
US MAIL

Blue Rock Hill                          (Blue) ANL
White Man (PA) GGY 0492         (White Man) Rennshe Indiana 790046
# W5062041  Prime Amazon           White Man (PA) ERA8963 Blue Car
White Man (PA) YM5H96                    32 US Mail
(NJ) T727DU Silver                    2 Land Care
           Car                         R/L Crawford
(PA) ZPJ8157 Black Car        White Man (PA) 3DM7077 Silver Car
(Red) Stanford Logistics               WARD Trucking
White Woman (PA) HML6493         (PA) ZJC2973 Grace Industries
White Man (PA) HVN Lab          White MAN # 29018 Hanrover Thp
(PA) XFR T60                    # VSG 2907 Amazon
# 335297 Road Way                  US, Mail # C08
Fed Ex
                                White Man # 00015 Blue Car
                                Building # 981 Postal Rd
                                (Red) Lazer Spot
                                  St Lukes Hospital

Pg. 59 OF

Schaeffer Industries

Allentown PA
Thursday 6/4/20

| | | |
|---|---|---|
| 1:30 pm | Pointe | Fed Ex (PA) ZMG69N |
| Postal Rd. | White woman (PA) HGC1415 silver Car | White Man + white woman (PA) HRG6737 Green Car |
| Opposite Way | 981 Postal Rd White MAN (PA) HPV3073 Silver Car | White Man (PA) HMX 3295 Blue Car |

2 Black Men employees 2202 HANBAR Place—Pinnacle Coaster
2 Black Men (N) 43213 2R Silver Car

795 Ruble Rd 9 River Bed Community Club

Irving Rd.                    1914 Ac Dure Pyle

2 Black Women (PA) JMX 1232 Green Car
Gangster Jest on Criminal

White Man (PA) JTH 2999 Green Car

White Man (PA) FHE 8957

2 Latin MEN (PA) HYY 9298 Black Car
on cell phone                Criminal
(PA) ZCV1898

White Man (PA) RIT V3194 Silver Car

HFW Auto Mutician

Blue Express Employment Professionals
Pelican

Black Man (PA) JCH 3108 Hook—Grey Car
(Blue) Wall Express (PA) PT4167GP  Irving Rds

White Man (PA) 4YP5655 Black Truck
White MAN (PA) GX13262 Blue Car
2 White Men (PA) LCZ 9000 Black car

---

White Man Criminal SRacing (PA) LD57192 Blue car

White Man (PA) JSF 5678

(PA) ZCN 7983 BROWN Truck

N. Daughin St.  White Man # 5770 Allentown Cop
White Man 8820 Allentown Cop

Hiding Latin Man+woman (PA) JGA 4344 Blue Car
Gang
2 Latin Man (PA) HXT 1903 White Car

LATIN MAN (PA) JGP 7661 Blue Car

(Blue) Egypt Logistics (PA) PT 5169TJ

(PA) Ht G1180

(PA) HJL 9057 Red Car

903 Allentown Cop

US Mail 868

Latin Man (PA) HZL 9979 Silver car

(PA) HNR 3345 Grey Car

Canal Park — White Man — Hannover Twp
Criminal

(Red) Castle WoRLD

Latin Man (PA) LCH 1115 White Car

(PA) LCH 2769 Black Truck

White MAN 702 Allentown Cop   N. Daughin St.

White MAN (PA) LGN 3366 White Car

White Woman (PA) HHL 8666 Red Car

Latin Man on cell phone (PA) LGR 1084 Red Car

SAL
Latin MAN (PA) HYV 7650 Grey Car

Pa 68 oF

Together White Man (PA) JME 4344 Grey...

Allentown, PA
Thursday 6/4/20

3:00 PM          Bluch Women (PA) HY503 70 Red Car
American Parkway   (Red) B+M Provisions
Opposite hwy         Budget Oklahoma VAN
                  (PA) HIXX 0003
                  On cell phones
White Man + women (PA) HE 6544 White Cor
     White Man (PA) YDM 1300 (Big White Truck)
     White Women (PA) LD30260 White Car
     BRAVO  (NJ) XWE JLA White Car
          Red Nichs Disposal
     (PA) FINF 1054
     (PA) FHR 9465

Front St. — (2 Black Women 30's Yrs old
Latin Man+women (PA) LFM 2959

U-Haul Arizona       My Way
White MAN (PA) JME 4344 Grey Car   American Hwy,
   (Red) I AdI                      3:00PM
   FRed Moyer
   905 Allentown Corp
   (PA) ZLM 8616  White CAR
   (Red) Rob's Towing
   Great Western
   Latin MAN (PA) AMK 5040 Black car

12a Nigh Man St
Elias Fish (PA) HML 8668 Odysey
Nigh Man St. #24 House  2 Latin Man
                         + 1 Latin women
Nigh Man St. #58 House
     Latin Man (PA) HXJ 7291 Blue Car
House 174  Black (PA) LDJ 8164 Black Car
           women
     Latin Man (PA) HYZ 3202 Grey Car
Black Man+women (PA) HYJ0515 Tan Car
     (PA) LFe 6173 grey car
     384 Nigh Man St. 30's yrs old.
           4th St. Criminal
2 Latin Man U-Haul Arizona AG 15932

Allentown, Pa
Thursday 6/4/20

3:30pm        Latin Man (PA) Puerto Rico        Silver        Moon Land Scaping        3:30 pm
Tall Man 5'11    Latin                HMM/0RJ        car    (PA) HGM6099    Grey/Car    Tall Man 5'11
opposite way    MAN (PA) ANF558D                    Budget of Oklahoma    (both ways)    My way
            Latin Woman    (PA) JL2213 Green Car    White Man 3DQ161
Latin Man (PA) NIHL3 Red Car                White MAN (PA) HRV2247 Red Versa
Latin MAN (PA) 64485 Blue Car                Latin Man (PA) LFE 1933 Blue House 809
            House # 1290                        Contracts    10 people    Tall Man 5'11
Latin Woman (PA) JMN 5142 Blue Car            (PA) HYM 3499 Grey Car    13th St
White Man    Budget Oklahoma 3 DQ161        Latin Man (PA) AMN8557        Hamilton St.
White MAN + woman (PA) HVW3810            2 Latin Men (PA) HMW 7855 Silver Car
13th St    2 Latin Men (PA) LHF2265 Grey CAR    Call to Haul
2 Girls    Brand 18 yrs old Latin woman JMT009 on left ARM    Black Man (PA) HSE6299 Cream Car
+ 1 Latin woman (PA) DJ7766 Blue Car

13th St    Latin Man (PA) ZMT 1649 Jefflau Truck
NY. Yankees    Latin Man 30's yrs old
        + House - daughter - Puerto Rico
        Latin Man + woman (PA) HVC 9970 - grey car
13th St    (PA) LBR6840
Hamilton St    50's yrs old    Black Man + woman - 30's yrs old
        Latin Man (PA) JSD1733 Black Truck
        (PA) JFW 3465
        Cream and    On cell phone
        Black Man (PA) Hxx 5260 White Car
            on St. Luke
        Latin Man (PA) Hwp 9704 Blue Car
Puerto Rico)    white Man (PA) HJS 2610 grey car
        # DALEY's Construction
        Black Woman (PA) LGP4193 Silver Car
        White Man (PA) HVA 5305 Silver Car
        White Woman (PA) 02074 Silver Car
        White Woman # (PA) GYE 1310

Sear Bald (PA) HDR 6374 Silver Carr

Allentown PA
Thursday 6/4/20

★ MRS. Ellington & Rhonda Martin
MRS Iza Burn - Black women from Palm Beach
Baltimore Maryland
MRS Peter Goodman

4:30pm

(PA) ZSte 3933          My Way

Hamilton Ave   20's yrs. Black Man Bald Head   White woman (PA) 4X19 Blue car   Hamilton Rd
Opposite way   Latin Man (PA) JJV356 l White car   (Red) GPG5          4:30 PM
        Latin Man
        (PA) JSt 1108          White MAN (PA) HVM 9446 Silver Car
        7058          White MAN (PA) JSD 2696 Blue Car
                        On Cell Phone
White Man TURN Pike (PA) MG3217A          T.S. Guth
Black woman (PA) HUE 2647-Black Car   Entertain Ment Services Group
White woman (PA) HLY 0516 Blue Car   Blue AcMe Construction
Latin MAN (PA) H25 3808 Silver Car   Black woman (PA) HZJ 1764 Black Car
40's yrs. Old White Man Jogger- Fast Runner   White woman (PA) ZCC 5758 Red Truck
White Man (FL) EEKY Miant Head   (PA) Concrete
teen CoA Reterator Systems   (PA) HJE3009 Silver Car
        On Cell   White woman (PA) G242586 - Grey Car

Lankenton Ambulance   White MAN (PA) FLX 4572 Cop   Cedar Crest Cottage
        Maitz Home SenVice
(PA) HHZ J619   White woman (NY) JJB3966-Silver Car
Latin MAN (PA) HXP 8083 Black Car   White woman   Quest Diagnostics (PA) HJF300q
Athiny Face & Speeding
White Man Carryina (PA) DPG 6714 Silver Car   Black Man (PA) HSD 2119 Grey Car Speeding
stoped then Jogger   (PA) Conduct
Lehighton Ambulance   Latin woman (NJ) J52tW Grey Car
(PA) JB47127   (Red) Contract Way
Latin woMAN (PA) LES8004 Blue Car   white woman (PA) LCT2633
Black MAn (PA) 4X99 Blue Cap   White woman (PA) ABH 2516
        White woman (PA) GVA 7977
        Black woman (PA) HDR 3485 - Grey Car
        Orretal woman (PA) FFF 7202
        WhiTe MAN (PA) JHB 3971 White car
        2 Latin women (NJ) A75 LXU Black Car
        White woman (PA) JRY7185 (grey car)
        White Man + woman (PA) HRC9415 white car
        Black Man (PA) HZH 5977 Cream Car

Pg.61 of

Dorney Park
Friday 6/5/20

| | | | |
|---|---|---|---|
| 2:00 AM | UPS | Ruffles Chips | Mykay |
| Hamilton St | New Penn | Ups | 2:00 AM |
| opposite way | Black Horse | (Red) Estenia Eng | Hamilton Rich |
| | Estes | Prime AMAZON | |
| | Giant | Central Penn | |
| | FARM LAND | Shop Rite | |
| | ShopRite | Red Arey - Commission | |
| | New Penn | Red ward | |
| | Great Dane | ShopRite | |
| | Estes | Western Express | |
| | Stanlis | Ral RRent | |

Central Penn

Warehouse MSB 222 N

(Red) RUAN

(Red) Heart Ambulance

(Blue) Menard
Fed Ex

(Red) ROMA

Western Express

Acme

(Red) Herts
UPS

Black van Virginia UTF6194

Black Van (M) ZZT Jhp Rel G

(#4700) Pizza OHIO

Blue MARTINS

Gene- employee Fed Fx
West Me

353 S. Cedar Crest Blvd
Allentown, PA 18103

Mass Transit Disorder. Dorney or Pappas

Presidential Truck

Frdy 6/5/20

3:00 AM
Hamilton Rd
opposite my

E Gates

NFI Logistics

Prime Amercan

(Red) McLane

Shop Rite

Blue Prime Inc.

HAWE

white Man (PA) JDN 1894 white Car

A Pure Pyle

NORMAN Truck

(Red) Mascara TRASH

Flavors

Presidental TRuck

A Dure Pyle

Revere Truck

360° Timber

(Red) PAM Truck Mascara Trash

(JAE Truck) (PA) DT 551CS

TMT + Morgan Truck

White (PA) HHY 6619 Grey Thurk

white Man (PA) HNL 2216 Silver Car

My Indy
3:00
Hamilton

(PA) FCA 9067

white woman & man
White Man (NY) AWJ 9004 Silver Car

white pan (PA) MR. Tim Black Car

White man (PA) ZHR 5014 Red Car

White Man (PA) LBD5739

Black Man (PA) 1947H Grey Car

Edye wal

Goes to work
Reliable nursery Pennshe Indian 2553603

(PA) ZGT 3896 Pappas Construction

Pure LTI

Goes To Fed Fx
old white Man (PA) DEG3180 Silver Car plurue

Mr. west ore (PA) HX HG707 Blue Car

P.465 of

Xavier-Latin Man
301 Cedar Crest Blvd,
Allentown PA, 18103

with Fed Ex Employees in with Drug Dealers
Gay Man Critterdon from closed Fed Ex in Baltimore, Maryland
Haseem Critterdon + his Son, Joe Critterdant Gary Critterdan,
MRS. Nestor has 1st at Fed Ex,
White Women Criminal from MASS, Mutual Insurance Company,

| Brett at Fed Ex In Customer Service - Criminal | Allentown PA, Friday 6/5/20 |
|---|---|

12:30pm | Latin woman (PA) HDD4781- Grey Car
          └ At Fed, Ex

          White woman (PA) HWH2893 (Black car)
          └ Great Day

★ Latin Man O' BLAYNE

MR, O'Tool (PA) GTG 9685 Red car
          → He knows Me Staff and Stated
            Dick Lichy PA, Art Place,

Criminal at Fed Ex
white women (PA) Z7AQ UYH - White Car
White MAN (PA) Jc H 1217 Black Car

| Criminal Einstein Medical Hospital Criminal | Ray Mond Singer |
|---|---|
| | Jennifer Gonzalez |

I saw Gene's cousin following Me
after I Left Fed Ex he followed Me To
The Allentown PA, US, Federal Courthouse
It E's around 50's yrs, old.

Xavier - Latin Man employee asked Latin people Name
→ Gene White Man employee asked every Customer
Their Names, He stated to cover up crimes
to Xavier,

Criminal - Mr. Thuttle - at Fed Ex

Allentown PA                Hamilton Blvd, 1513 Allentown, Police Station

Friday 6/5/20

3:00 PM     Latin Man Luomen Criminal       White Woman Cop HaNNA - Hanna Electric
            (PA) L4F 2473 Blue Car           from Buckingham, PA Criminal         My Way

Hamilton St.    White Man 502 Allentown Cop                                      Hamilton Blvd
                    criminals on cell phone,                                     3:00 PM
Opposite way        (PA) JGF 3269 Grey Cars      Latin Man (PA) AMH 5989

            Slatin MG at U.S. Fed Courthouse,           (PA) JZP 2199
        White Man (PA) ZLP0722 Black Thru
Buckham  Pennsylvania LFM 1474       CA HGW 6108 Funk  White Woman Cop  HaNNA Electric
40 Landa Riverd   The Brend Watchman (NY) TrGY 2404 Black Car  White Man
Orlando FL           Riverd Spring                           Connecticut AS 32255

        Allentown Cop (PA) y319p              *    U.S. Mail
Oriental Man Marshall
would Not STAMP papers                        (PA) AHL 6103

        *  (PA) H XB 1518                  Latin Man (PA) LCW6 157 Silver Car

    White Man    (PA) JBC 3622                 Jimmie Electric
                                            (PA) LCH 3624 white car
        Mascanno Trash (PA) 4yT 4749         (PA) JPX 8994
Genes 50's yrs. old white Man From Fed Ex court
Fire Police (PA) AMY 9043              White Man (PA) HHY 6441 prkg    Both ways
                                      Latin Man (PA) LFX 8834 - Grey Car  Off st
        B+H Delday                            (PA) HR X 7243
        (PA) HHC 4936                 Red   (PA) 5610         Ambulance off
                                            child on cell phone
    White Woman (NY) JPX 8131 Black Car  Black Woman (PA) HBY 0449 Silver Car

    Latin MAN + Woman (PA) JDM3771 Silver Car    (PA) L4 G5793

        Latin Man (N) C83H4 Latin
Both ways              Car

    Latin Man  BRI MAR Landscaping
        Speeding

Morden Creek, PA
Saturday 6/6/20

| | | |
|---|---|---|
| 1:00 AM | HCSC | (Red) Tyson Foods | My Way |
| 222 N | Black Horse | (Blue) A+S Hinard | 222 S |
| Opposite way | Wolf Building | Schneider | 1:00 AM |
| | A. Dure Pyle | A. Dure Pyle | |
| | Best Rest | Estes | |

(PA) JBY 2045   Silver Car
Dominos (PA) JPB 4610   White Car
Pizza # 8537   RT. 222

DDS Tanker
New Penn
Clover Farms

2 Black Men - Virginia U NH 8240 Silver Car
and 1 Black woman at Red Nes
Red Nehs Thuck
Wolf Logistics

A. Dure Pyle
Estes
Pennstel
Estes

Four Seasons
Forever Truck
Ashley Furniture

2 Weg MANS ★ ★
① Weg MANS

(Red) ACME

② Four Seasons

(Blue) Enter MANS
        Estes
        UPS
A. Dure Pyle
Safeway (White) Truck

Blue LAMBert
(Red) U.S. Foods
ACME
DDS Tanker
Sheetz Tanker
GIANT Truch
Pennsle Truck

mall Black Cousin

Mickey Gentz was in with Matt Sheetz
Richard Sheetz was in with Richard GERtz

Reading, PA
Saturday 6/6/20

Remsho Indians

(Red) Sheetz Tinker (Both ways)
Estey (Mrs. Sugartu

4:00PM
22a S,
Opposite hwy

PA HCM 58
PA HCM 4784

Saturday 6/6/20

White women caller on cell phone
Basement
Turkey Hill Caller
employee white Man

PA HLM 5555
PA HZL 8612   white Car
PA LHD 9953 grey car   Willimora

US, Mail
☆ PA HPV 2667      4:00PM
                    222W

Wyoming, PA
Sunday 6/7/20

White MAN PA 25343 Blue Car
goes to Santander Bank
White MAN PA Hpw 3386 White car.

Store All
Woodlans

White MAN PA HGR 5145 Grey Car
White Women PA PhiV Phan
White Man PA JSX 5118  Black Truck
White MAN PA HVD 0707
Cold Stone~Broadcasting Shopping Center
a White Man PA 4PJ 7934 Blue Car
White MAP + White MAN PA LGA 4063 Grey Jeep
caller on cell phone
☆ White Man PA ZPL 2677 Black Small Truck
+ women    PA
White MAN PA HTR 2314
White Women PA LIM 8423 Black Car
Criminal    on cell phone
a Latin Men PA HPC 3514 grele can
Stopped on cell phones criminal
AT Mission BarBQue
☆ 30's 4's old Muscular MR Gertz or Mr. hard Loke dressed
White Man in Deluware 433373 grey car    With Black Cousin
☆ White Person Wyoming PA Cop #43 Last 2 Numbers
Latin homen PA JNL 3273 Tan Can
Woodland Rd, White Man PA/H WS 3328 White Cop ☆
Unmarked car,

Pg. 700f

50's yrs old w/ no tatters. was waiting on cell phone.

SS. Johns Evangelistic Lutheran Church
Joe ANice come here 2018

WRIGHT Sausage, Ham

Wyoming, PA
Monday
6/8/20

| | | |
|---|---|---|
| woodland Ave. | (PA) JDB 7210 Gray Car | (PA) HZJ 9798 | My Way |
| 12:05 AM | White Man (PA) LBG 8913 white car | Wright Sausage, Ham | 12:03 AM |
| | | Latin Man (PA) LHP 8057 Blue car two men | 422 West |
| Opposite Way | Red (PA) ZCR 6289 Kingley | Lana Truck | |
| 422 East | Sinking Springs Cop - White Man | Sinking Springs Cop 4:14.5 Both ways White women (PA) JME 7171 silver car | |
| Dominos Pizza (PA) HVJ 8754 | | White Man (PA) HVS 6436 Black CAR | |
| (PA) HVX 6377 | | White MAN (PA) Cop 443 - Wheat To Sunoco Gas Sinking Springs | |
| Latin MAN (PA) KMS 8572 Black Car Syracuse New York | | White MAN Tipperlane (PA) LFH 3290 - White Car | |
| White Man (PA) JMY 5552 White Truck | | White Man (PA) LGM 8715 Black Car (Sheetz Gas) | |
| #14 Grab a CAB | | ✦ 44-3 Sinking Springs Cop Suv | |
| (PA) HYE 4436 | | Advance Auto parts Heidleburg Cop (white women) 4:15-7 | |
| (Red) Nike Bag Josh Williams Cousin | | | |

BRT Tanker
White MAN (PA) LGZ 8333 white car

✦ White Man    44-5 Sinking Springs Cop

(white Man) Ryder Truck —
U.S. MAIL
Sinking Springs Cop

White Man (PA) JRR 8625 Silver Car

(Red) Giant # 673

PTRAX Air Tanker

2 Tankers

White woman (PA) JSZ 2131 Silver Car

White Man (PA) Tipperlane — Both ways

White Man (PA) LGP 3554 Black Car

Pilot Tanker
(PP) LBL 5556

White Man    Suv Loter Heidleburg Cop
Blue CROSBY

(PA) HYE 3756 White Car

1st 2 Numbers (48) Best Yet Truck

Pg 7) of

Wernersville PA
Monday 6/8/20

| | | |
|---|---|---|
| 2:00 AM | US, Mail 4319 | (Red) CPT - (Central Pennsylvania Hal) My Way |
| 422 East | Lower Heidleburg PA 932 311 | White Cop Lower Heidleburg Suv    422 West |
| Opposite way | Lower Heidleburg Cop PA | US Mail #48786/77    2:00 AM |

PA 9454577 Grey Truck

Best yet

★    ★ White Man Ryder Indiana - Both ways
PA 62L 3556 Grey Car

US Mail #5120266

Turkey Hill PA  AG 87174
Goes To Rubesonia Logistics
Cowan  MAINE 2266737

White woman  S. Heidle burg Cop Suv

Criminal Schnerder T14636

#18138 - Reird Truckchg

Bulk Matic Tanker

(Red) CPT - Central Penn Transport

Blue Richs BachHoe PA/SF 27784

White Man Gluses PA H By 3382 silver car
Venezia Tanker
Carlisle PA.

Boltren

white Man PA 4HB 6449 Grey Truck

BRS Tanker

(Blue) APR - Supply

★ ★ ★ Boyer Clment
Blue Barlo
Blue Dreffen buch
(Red) Ward
R&L Truck

US Mail 49186/77

Together    Loves Tanken
white Man PA  ZML 5051 White Truck
Black Man PA    Silver Car
PA LSA 3556 white Car

US, Mail 48186475

Best yet

PA ZMM 5516
US, Mail

(Red) ARNST Towing

523 Best yet

White Man PA JFW 1199 Red car

Pennsite Indiana

PA Brg white Truck

(2) Food Keasers
Orange Truck
Blue Re Public Trash

(Red) DALe

```
                  Wawe Men / Pennshe-Indiana-Criminal      Both ways * White Men on 10 Speed Bike
                  Criminal (Blue) Brand New Day-Lehigh Valley
Moyens Thucl      Womelsdorf, PA,                           Reynolds-Chris Reynolds Criminal
(Red) Cotle                                                (Blue) Johnson-
veneria Thker     Monday 6/8/20                            weaver Insulation
Criminal (Red) VDH Landscaping
Singer Thuck-Gary Singer + Criminal + Steven Singer
10:30 PM          (Blue) Flen Street                       Pennshe Indiana            10:30 AM
4/22 East         (Blue) CURR Ford                         Whant Arizona              4/22 West
Opposite way      (Blue) MFM                               (Big) white Thucl          My way
                  YRC Yellow Thuck                          Ebensol Thker
(Bothways Criminal)                                        Don's Toilets     both ways
white Men         Pennshe-Indiana
Criminal (Blue Brand New Day Lehigh Valley                 Ross Yudrs *
                                                            white Men on 10 speed Bike Criminal
                  Simply Best                              Red 'XPO Logistics
                  Moyers Thucl                             Con Rail werser School Bus
                  Horse Trailer                             Praxarn Thken
*                 (Red) Cotle                              Reynolds    (Chris Reynolds)
                  Blue Sysco Foods                         Blue Johnson
                  (Red) Food Feasers
                  (Red) veneria Thker                       weaver Insulation
                  (Red) VDH-Landscaping                    white Men Thackor
                  Red                                      (Red) Fujisu
Both way?         (Red) Singer                                HRAMER USA
(Red) MF                                                   Countryside Fuel Bothways
(Red) MARTIN (van)                                         John Deere Thacktor
(Red) Berhs Dumptrucl                                      R+L Thucl
(Red) X Finity
                  Praxavr
                  Countryside Thker
                  JM Recycling
5'3 Pinti shoes  Criminal
  yrs old White woman Long Black Hair
                  New Penn
```

Pg. 74 of

Criminal - Campbell Truck

Med Shaw (Mel lab)

MRS. Santo (TRYner)(yellow)
Strpper
Black Dickerson Krane
Toyota Johnson truck

2:00 PM                     WIN Tag

Rt. 422 East        (Blue) Crystal Springs water

opposite way        (Red) Pitt OHio

(Criminal) *        Campbell Truck

(Black)        TMC Truck

(Red) Onhin Rest Car

(Red) Xpo Logistics (455)

Red + Blue) Landis Truck

Mel lab

TRiplEN - Fuel
(Red) Med-Dream-Boat
(Red) Pitt OHio Truck

JMJ Truck

(Red) Bob Cat

(MRS. 5 AWTO)        STRYner (yellow
STrpper
                        PA) Net

Both ways (yellow+green) Carriage House

Stoney Creek Parts

Black Man (PA) Big White Truck

Med Ex    Electric

(Red) Mills Truck

(blue) Dickerson Krane

(Together)    Johnson Truck

(Black Man) (PA) Big white Truck

---

Beatys County, PA
Womelsdorry PA
Monday 6/8/20

Green Hand - Johny Ward Whse
Shaw Furniture - Robert Shaw

(Black truhk) WIN Tag        2:00 PM

# 48 4S Mayl        My hay

(Red) hay        422 West

NS-Rail Road - Norfolk Southern

(Blue) Jss Truck

Blue ③ Triple D Trucks

Auto parts (yellow+green)

Hottl plumbing

(Red) Att OHio

(Blue) Med lab

FdEx

(Red) Triple Truck

Green Ward

Shaw Furniture

(Blue) MARTIN Appliance

White Man        Police - GRey Suv

(Together) Black (PA)  Roofing Truck

(Red) Sargento Towny

(white Man Rennshe Indiana)

White Man (PA) Red Honda Elanat (FBI)
(Together) Speeding *

R+L Truck

L&R Truck

(White Man) Rennshe Indiana Truck

(Red) Snap on Tools

Penn Tank Lines

Chuck s Auto Glass

Reminder - Teal Farmer - Criminal
Robert Griffith + Son -

Pg. 75 of

TRIPLE M
* Good Fellas Truck ) House ARThur Express (Ant Mites)
womersdorf, Pa,
Monday 6/8/20

* Blue Truck in Black + white on
* 50's yrs old Fat old white Man Jogging - Grey Hair
Black Glases - Orange Vest + Blue SHORTS
HOFFMAN - (Black + white Trucy) Criminal

| | | | |
|---|---|---|---|
| 3:30 pm | (Red) AIR NESS on Construction | Red Verizon | my way |
| RTS 422 Eagr | (Red) Garda → * | white Man in Black + white on | RTS 422 West |
| opposite way | (Red) + (Blue) LANDIS | Black 10 speed Bike - 50's yrs. old. | 3:30 pm |
| | White Man in Black + white On | Black Man (PA) Big white Truck - Criminal | |
| | Black 10 speed Bike - 50's yrs. old. | (Yellow) Truck | |
| | Accurate Insulation | WCAT Truck | |

#5602 (Blue) Volpe Express
House ArthuR Express

50's yrs old Fat old white Man Jogging - Grey Hair
— Black Glases - Orange Vest + Blue Shorts

* (Blue) CVC - Breakers
* Pennshe → Indiana
TRiple M Tankers
Good Fella truck
Black Horse Truck
J & G truck
Verizon Truck
Penn Tank Lines
(Red) Garda World
(PA) GHL 1836
White MAN (PA) JYM 6725 Black Truck
white MAN (PA) HPY 0760 GRey Truck
* They No Me Jogger
2 Old white Women (PA) EWD 7860 Grey Truck
goes to House 422 - 2nd House - white Women
Franklin St
white Man Jogging (PA) ZPP 2486 Savage

CW Rich
(Red) Hoppy's Construction
JDM Truck
(Hoffman - Black + white)
White Man Red (PA) Motorcycle
(PA) JXR 6218
② Gardens
Trail Heads

old white Man + women 505 Franklin St. Blue Phillies FLAG
called Me a cop in with Jogger ,
white women (PA) 89X5 Blue Car
white women (PA) ZLY 9140 Brown CAR
Orrental Woman (PA) HPP 5131 Black Car
ARNot Commercial
Bill Christensen (PA) HDM 4588 Silver Car

On 5/29/20 at The Trenton, N.J. U.S. Federal Courthouse
3 white Men U.S. Marshalls informed Me That The Courthouse is closed
To The Public because of The VIRUS

I wrote 1 white Man U.S. Marshall and explained I Need to STAMP
documents to a case In which they Murdered Several Family Members and
My Police Partner. Brian Lorenzo who's Death was still being Investigated.

The Marshalls Let Me in and I used The Time stamped Machine.
I heard The other 2 Marshalls state I was Gay, They did'nt Like Gay people
and They said I'd be at The drop box all tonight, I was There for 10 Minutes Tryng
To Organize lots of papers. They stated They Screwed Me and Now They have to Feed Me, I could'nt
believe this

The Same 2 U.S. White Men Marshalls Screwed Me Last Year.
1 of Them was Seen with Dermon FISHMAN, and 5 other Attorney's and
his CANTER at The Trenton, NJ, U.S. Federal Courthouse

They had followed me to Fort Lauderdale, Florida to Trenton NJ, with white Man
Swen a white Criminal.

Dermon FishMan Bill Swen I had Seen In Boca Raton at Sugar Sand Park
In    2/ 2020. Fishman stated I was Territory off. He had Lied.
I had a hernia.

★ 3/ 2020 I Next would See Swen on Semaron Bhde In Orlando, FL where
he followed me. He Then Went To Hawar

Pg. 7 of

Berks County η PD
Womelsdorf η PA

Monday 6/8/20

(Red)  Bills Emergency Towing — (Bill Christesen)

| | |
|---|---|
| 4:43 pm | White Woman (PA) 8779 Red car |
| 422 East | White Man (PA) JSS 8713 Grey car |
| Opposite way | CF Van |

② R & L

(Red) Pitt Ohio

(Red) Bills Emergency Towing

(Red) Dream Label

Together ② PAGans Motorcycle Gang

(Blue) Klassen Truck

★ (PA) White MAN Big White Truck

★ (PA) Black Man Big White Truck

MI #13 (Red) Tanker

Penn Tank Lines

U.S. Mail # 315 0008

D Resher Food Tanker

| | |
|---|---|
| (Red) Negents Services | 4:43 pm |
| White MAN (PA) Hp2 7318 Grey Car | 422 west |
| White MAN (PA) ZMJ0895 Grey Truck | My Way |

White MAN (PA) LBH 2999 White car

White Woman (PA) LPN 4433 Blue car criminal

(Red) Bills Emergency Towing (Bill Christesen)

SadleLite Van

Binkley House

(Red) Pitt Ohio

Blue  TRiple M Tanker

Bobcat

Blue TRiple M Tanker

(Blue) Penn Tank Lines  My Way

(Red) Eben Sol Mills Tanker

Bob Cat

(Red) MWF Electric

R & L Truck

(Blue) Werner — Dollar General

Best yet
Goods Truck

★ Boyer Express) — Big White Truck

★ Red Jaguar Transport

Red + Blue Johnny's Towing

1940 ??? | Homeless White Man 20's yrs Old | Not Criminal Weldon & Cashlyn Gentz Homeless born PA Criminal

Jaqualine Rich PA Dept of Health | Womelsdorf, Pan | Weaco - Equipment Box 422 at 732
BRU Amherst Oshea Construction | Monday 6/8/20 | Steve Myers - Dollar General - 4140 Wm L Lincoln Av Ben Hyes - Myerstown, PA 17067-2327

| | | | |
|---|---|---|---|
| 8:30 pm | White woman (PA) LCJ6149 Blue Car | (Red) Electric | My Way |
| 422 East | White woman (PA) HSA 5433 Silver Car | (Red) Dirosler Fuel Oil | 8:30 pm |
| opposite way | | White MAN (PA) HMB 1114 (Black Truck) | 422 we |
| Millersville Rd | White woman (PA) JZ3 7033 Grey Truck | White woman Utah Arizona AB 2355 | |
| | White Man (PA) STATE Police Suv together | White Man (PA) JSE 3356 Black Truc | |
| | White Man (PA) Luddle | White MAN (PA) HNZ0693 white car Club Pulse Fitm | |
| | criminal White Man (PA) YSA 9496 Grey Car entmon | White Man (PA) ZDT 3042 GreyThul - Streeter | |
| | Club Pulse (PA) LDB3 1150 Black Car | White Man (PA) JZR6643 Blue Car | |
| | ★ PENN Tank LINES | White Man (PA) Sherdy's Towing Black TowTr | |
| | | White Man (PA) JHA 3845 White Car | |
| Page Plus (PA) RA 1528 Grey Car | | White Man (PA) HNM 9582 Grey Car | |
| | (Blue) Best Yet | 2nd (PA) State police Car | |
| | Weaver Insulation | | |
| | (PA) DBD 1146 Black Car | | |
| | R+L TRULL | | |
| | 2 Black Men (PA) LDW 3872 Silver Car | #① Called Meacop | |
| White Man ★ (PA) ZPH 1956 Orange Truck - Called Meacop ↓ #② | | | |
| ★ goes to Turkey Hill White Men (WV) 15228/- White Men - Criminal In with John Ruth "The Wrestler" #③ Criminal Bothways and Tommie Habyashia | | | |
| Glases White lemon Man (PA) HHX 3956 Silver Car | | #④ | |
| | White woman (PA) 7736 Silver Car | #⑤⑥ - They all Cheated + Called Meacop | |
| | White woman (PA) HHNG439 Silver Car | | |
| | White Man (PA) ZLW 2860 Black Truck | #⑦ Turkey SHH - 7 Cars - I Never When I Near ST | |
| | White Man (PA) JGM 8393 Silver Car | | |
| Myers Town White Man (PA) JSS 4555 Silver Car | | | |
| | White Man (PA) GMB 1114 Silver Car | | |
| Prescot Rd White Man (PA) 44 V 9730 Black Truck | | | |
| Reliant Inn (PA) ZJH 6921 White Van | | | |
| Root 102 | | | |

Pg. 79 of

Barrett + Sonja Jarrott daughter ★

Lebanon, PA.

Tuesday 6/9/20

White Man (PA) LHE 4850  A★

★ 4 Black Men (PA) LGP 4369 White CAR
on cell phone in Black + White at Mini Mart
Criminals

| | | | |
|---|---|---|---|
| 12:05 pm | Black Man (PA) LO 4ers - Green Jeep | White woman (PA) JTG 4915 Blue Car | 12:05 pm |
| 422 East | White Man (PA) EXG 5556 Silver Car | (PA) LBJ 2334 White Car | My way |
| Opposite way | Together (PA) Tomas English Muffins | Black woman ★ (PA) M212I5 - Grey Car | 422 West |
| (Red) and SARAH Lee. | | White Man (PA) hGP 3444 Black Car | |

Latin Man + woman (PA) h WD 0962 Silver Car

→ 529 Cumberland Str

(Blue) GASMAN

→ Rutters GAS

→ White MAN  (PA) JDV 6516 Grey Car
                 ↑
    White Man (PA) JWH 9728 Gray Truck
    white woman (PA) HZD 9883 White Car

Rutters Gas    2 Black Men (PA) hhy 5811 Black car
               Criminals
    White Man (PA) hYH 3334 - Red Truck

    Black Man (PA) hHE 3555 Red Car

    White Man (PA) JPG 7127 White Car

    Black Men (PA) HVZ 4613 White Car

Speeding Black Car  ★ 4 white men  Furniture Brotheran
    CLEBONA PA
    HHN Logistics Truck
    CLEONA PA

    Coffee Man Endtrance - Big White Truck

    PennStie Junter
    2 AND STAR # 697714
    White Man (PA) JGW 2133 Black Tahoe
    ARAMARK Truck

    PennStie - Hunter

White Man (PA) GTM 6145 Black CAMARO Car

white Man (PA) lo Lot   silver car
    ★

(PA) LIN 1159 Silver Car

white Man (PA) LHF 6145 silver car

2 white Men (PA) hY D 4776  Red Car

1 Black Man (PA) LFM 3344 Silver Car

white Men (PA) LBH 6631 white car.

Lebanon 4 Black Men (PA) LGP 4369 White CAR
on cell phone in Black + white at Mini Mart

Lebanon 4 Cops at Rutters Gas.

White woman (PA) ZMM 1531 Black Truck

Red&Po Logistics

Swiss 2 MIM

Swiss 2 MIM

Safe Lite Auto Glass

White MAN (PA) GH 65210 yellow Truck

Garlich Truck

Batesville Casket

Page 86

Tim Rutter - criminal
He Tried To Run Me over With his

By Truck In Tampay Fl
4rs, ago

SomeWhere PA
Tuesday 6/9/20

3:00 PM | 50,54 yrs old white Man Homeless on | White woman (PA) HMY 0745 - Silver Car | My Key
422 EAST | Blue Bike | Swiss 2 Milh | 3:00 PM
opposite hwy | (PA) 0912 - Silver Truck | Dairy Pure | 422 West
Rutters Gas white man cather on cell phone | Blue # 31097 Swift |
wheat To Rutters white man (PA) 444 9841 Red Truck |
(Shukered Me White Man (PA) ZGM 1325 Red Truck) | Swiss 2
White MAN (PA) ZPP 1534 Silver Truck | Volume # 209 98
employee White Indiana TH 249 NEW (White Truck) White Man | white man with glasses (PA) NFL 4235 white Car
employee white man (PA) HVB 4130 white car | CleoA # 5R Silver Tanker
(Rutters Speeding (PA) LMH 2222 White Car) | (Black Man (PA) LBG 5925 Silver Car)
☆ I Never Went Into Rutters | Swiss 2 Dairy Pure
White Man (PA) HB5111A Silver Cup | (PA) ZDM 3914
Glasses white woman (PA) LBL 3188 Blue Car | Mike Leonards Plumbing
☆ (PA) HVD 8395 Black Car | U.S. Mail 470160714
(2 white woman (PA) LDH 1152 Black Car | White MAN (PA) HHY 4919 Black Car
on cell phone
☆ 2/2 Hamoth O'Shea & PRuBaten - Home Reading
White Man (PA) S46 DUE - white Car
(White Man (PA) YLC 4146 Red Truck)
white Man (PA) HLP 5561 Black Car
BLACK Man (PA) HHA 3954 Silver Car
White Man (PA) EWF 0727 Silver Car
Red Truck # 54032
Black MAN (PA) HFP 4146 Black Car
Red Cone
(PA) 44M 2566
AHeri GAS Tanker

Pg8 | Smiths Insurance Agency
White Man Jogger 30's yrs. old

30's yrs. old white woman Jogger

470 in Lincoln Ave
Myerstown PA,

Hershey, PA
Tuesday 6/9/20

| | | | |
|---|---|---|---|
| 4:20PM | 4 WM TRASH | White Man (PA) LLA 6667 Black Car | My Way |
| 422 East | Republic Trash | 54H Express | 422 West |
| Opposite Way | 1 WM Trash | WM Trash | 4:30PM |
| | Terrantis Rolls | White MAN (PA) LGF 7581 Silver Car | |
| | (White Woman (PA) LDG 46B Black Car) | (PA) ZMP 7596 | |
| | 50's yr old white old Man | White Man Jogger | |
| ★ | 20's yrs. old white Fat woman Jogger | (White Man (PA) ADL 3148 white Car | |
| | (Red) Cobe | Republic Trash ) | |
| | (PA) HDC 7724 | White MAN (PA) LCF 7976 Black Car | |
| | LA Porte | White MAN (PA) JLV 3486 Blue car | |
| | (Red) AeR/A Truck | (PA) HCV 5746 | |
| | 2 Shiloh Farms | Black MAN (PA) DTG1116 Black Car | |
| | (Red) (2) Summit Mooring + Storage | White Man (PA) LBM 3865 Blue Car | |
| (out state) OHIO PHP5961 | | (PA) JMC 4446 Black car | |
| | Blue OHS Elektor | 2428 Sygma Truck | |
| Prime Ihc. (PA) 327 LO3 Green Tanks | | White Man (PA) ZDF 4949 White Truck | |
| ★ White Man (PA) 42P 1839 Red Truck | | White Man (PA) YLRG 204 Grey Truck | |
| | White MAN (Red) Craft | (PA) HSP 1186 | |
| | Black Man (Red) Bul | (Red) CR - England | |
| | 187 63 pong ue | | |
| | White Man (Red) CRAFT | | |



Scot Hyer — Higher Information
Blue MARTIN van
Ross Yudis — White Man on Bike Criminal
Richard Kent — (Red) Kent
Remco — Black Man on Green Gods Love
Mr Miller — Miller Pipe Line
Hersheys PA
Wensday 6/10/20

Boost van TRANSH — TRAN
J B Hunt — Bill Hunt
Schneider — Chuck Schneider
OREO Cootote — Hot Oreo — Wilmington Delaware
Good year — Mrs Good Criminal
Blue Martin — Martin MARTIN — Criminal KIA
Baker Truck — Dodge David Baker
Tom + Yan — Zane Messenger

11:00 AM
422 East
opposite hwy

goes to
Croft Construction (Red) Dumptruck
(P) Big White Truck
goes to Croft Construction Purple Dumptruck
Septic Truck
BRENNTAG
U P S
Higher Information
White Dumptruck
Black Dumptruck
Orange Kabota trader
(Blue) MARTIN

(Scot Hyer)

(Tom + Yan Blatcher)

12:00  Messenger
(Red) Dumptruck
PennDot
Red Dumptruck
Boost Van TRANSH
(Blue) Schaedter Yesco
(Red) J B Hunt
# Schneider
White Men Pennske Indiana
J B Hunt
OREO Cootote (Hot Oreo Cop)
Good year

11:00 AM
422 West
hwy way

(Blue) Prime Inc
Swiss ?
Blue Pennshe
White Man on Bike Criminal
Schneider
PHA OHIO
(Red) CR ENGland
White Man Fed Ex
— Blue DARTA Bus
(Red) Kent
(Purple) Kressler Tanker
(Green) Gods Love
Miller pipe Line
together Enterprise Van
J B Hunt
Red CR — Englud
(Red) Excavating
(Red) Septic

Ross Yudis

(Richard Kent)
cerstore
Mr. Miller

Pennshe — Black Man
(Blue) MARTIN Van
(Red) Remco
(Green) Good Transport Services
Black + Red VAN TRANSH
Mobile House
Baker Truck (David Baker)
(Red) Penn Waist
Blue LAND STAR (Star Star)
(Blue) Messenger VAN (Zane Messenger)

Monday
3/16/20  - Rock Ledge, Fla I whent to St. Marks Episcopal church
          on 4th Church St. Rockledge, Fla and white woman Mrs. Hawkins
          and the white Female Reverend called Dan Brett's office.
          They spoke to Marie the Paralegal and Marie told everyone
          that Dan Brett had a heart attack on 1/6/2020 a Sunday and died.
          I was very upset and got on the phone and Broke my silence.
                    I talked to Marie the Paralegal at the Law Firm of Brenden Brett for around
          5 minutes and I turned around and Cocoa Beach, Fla cop B. FREDETTE a white man with
                    Tattoos was there with his cell phone and had secretly violated
with his cell phone the Telecommunication Laws - The FISA-1996 Revision Laws
          Since I had done some Foreign Intelligence Surveillance, I qualified for
          This Law, I told the officer that I had just found out that
          My wife he died. He did'nt care. He said to the white woman Reverend
from St. Marks the Episcopalian church to Get him on Trespassing and I'll
          false  arrest him. She had called him officer B. FREDETTE in the other room
                    the Reverend told him No, He's our friend. He took my license and
          Ron my license. He held me there until the Roadthy Company I white woman and
3rd woman from church had passed us and the Reverend white man around 30's yrs. old thin Long
          had committed at least 3 Felonies with the St. Marks Episcopal church from Rockledge, Fla
          I also saw Cocoa Fla cop Mrs. Hernandez Ladin Man criminal go past the
          church.
                    The white woman Reverend called B. Fredette because she was committing
          Felonies against me for at least 2 years with officer B. Fredette who I saw
          and have in my Logistics in Melbourne, Fla at least 4 times with white man Mrs. Long,
          From St. Marks Episcopalian church, They were in with Harry Shroffler & Bill Barletta,
(in with Gambinos) Robert Christensen and Robert Castel all Episcopalians criminals who committed
          Fraud and Slandered my Good Name.

Lisa Hathy Gambino

Pn 840 F

St. Marks Episcopal Church

Petes Bicycle Shop?

Mrs. Hawkins → and woman Rev. Crofford

9/21 Rock Ledge Pres Sandy Lacey

with Cop B Fredette-Cocoa Rock Ledge Fl

Rock Ledge Presbyterian Church

Beach Fl Cop

Munday 3/16/20

20's yrs. old White Man in with Brook and

Mrs Evans (arrival) (F1) HPP WZ3 Blue Ford Truck

My way

2/13 op's

White woman (F) I Re H/713 Lue Car

White Man in front → 30G FRH

Rock Ledge Rd

with 2 White women with Camed White Man per chosen Py 24M3 Silver car

Rock Ledge Rd

Opposite Hwy

(F1) VVL 2 le grey Truck

yu D. (F) HMA H11 Silver Car

2/30 pm

(F1) V61 F52 White Car

White Man (F) 879 RDG Black Versa car

2 White Kids and Boy with black t

(F1) JD1 F52

White dog Named Honey

White woman (F1) IJ 43 F6 Silver Car

Beagle

Old White woman (F) 357 CYN White Car

White Man & woman (F) I UP G66 Silver Car 3/30 PM

(F1) JJN 261 White car

White Man (F) IHC 797 White Volkswagen

2 White women (F) ECX1W Red Car

Crofford

White Man (F) HWQ F149 Grey Car

Petes Bike Shop

White Man (F) 884 Q Py Silver Car

Best Price

Black woman (F) 97 See Silver car

White woman (F) CJAL 43 Red Volkswagen

2 White Man (F) XB 2360 Rock Ledge, Fl

White Woman (F) 477 GEN Red Car

(F) AA

White Man Rock Ledge Cop? Bayanville Rd

St. Marks Episcopal Church
4 Church St. Rock Ledge, Fl

White Man (F) DYLFY8C Silver Car

Old Man White Gult shirt-Grey BVhil

White Man (F) Z 79 BZ = Savanna VAN (white

Oriental woman (F) IFL A1a White car

2 White women (F) JHZ 566 Black Car

Arual Protection Services (F) DGZ F 767 White Man

→ at St. Marks Episcopal Church

Dangerous ⭐ The Marin & Gere Criminals & Murder Suspects since 1990.
I found out on 10/30/2017 from MARK Dolan, MARK Vandewall, Mark Beck
and Mark Phillips and Add Mark Carden Fred Fates.
In 2006 Joined by Mark Cropshank, Their all in with the Pennecks Br
who dealt drugs since 2000 For Drug King Pin "The FALCON Joe Ance" call

3/24/20 Baby killer Robert Cropshank U.S. Federal Court clerk in Wilmington, since 2006

In Delaware was in with Joe Ance Drug Gang with his 3 cousins

Mrs. White & Danny Wright and Mark Cropshank from 2006 when I 1st

File in Wilmington, Delaware He was with Marie Mack David the Criminal clerk too.

Robert Cropshank was also in with Robert and John Wilson 2 abominated

cousins of Murderer Richard Gentz My Uncle & Marion Gentz Hu Aunt pn with

Stanley Taberollet Gambling. Robert Cropshank has a Male cousin who followed me on 3/24/20 from Phila

The county line on Tuesday around 7:00pm on A1A in Flagler County.

He's a Flagler city Cop who pulled me over when I was hiking by the.

He was the criminal in with Mr. Beach and Mrs. Light he stated.

Several years ago I Saw Robert Cropshank, Sharon Weis and Dochtor Sheck

On Main St. in Norristown, Montgomery County Following Me.

I Saw Mark Cropshank Following Me at Marine Base off Of RT1 In Fort Fence, Virginia

I Saw (Bill) Gillespie Cousin 20's yrs. old opposite way in Richmond, Virginia Committing Felones against Me
(white Christian Church in with Sharon Randolph's cousin with Big Grey Pitt Bull in with the lesbian abominated By the Feds the Gorilla himself. He Robbre in with Richard + John Wilson,
in with the Long BI) I Saw Mark Cropshank in Baltimore, Mary land 1 year ago The Baltimore Rescue Mission

I Saw Mark Cropshank in 11/2017 with The Mad 4 in Philas Pa Sunday Break Fast

Missions. All Sworn dominated by the Feds The Mad 4 were Secretly committing

Felones Against Me with Catholic Monsignor's Murray, Monsignor Pappas, Monsignor MARTIN

Monsignor Lynn and his Brother, Monsignor John McCormack, Monsignor John Celabro, Monsignor Gonzalez

Monsignor Steve Hartley, Monsignor Zymbarstree, Monsignor Keith O'Hara, Catholic Priest Clement,

Monsignor Foley, Catholic Priest Tom + John Sullivan, Kelley at St. Bernadettes and Kelley at St. Howard in South

Philas Pa in with Marie Merling And her sister, Catholic Priest Hughes, Catholic Monsignor

Bradbidder B a Schizophrenic criminal, Cardinal Anthony bevalaquea + John Bevalaquea,

Bishop Noonan, Bishop Gerald Burnito, Cardinal O'Brien,

Volusia County Sheriff
1182 Florida Health Care

ORMond Beach Fl
Tuesday 3/24/20

(6)00PM          (FD) CPEARL

Ocean Shore Blvd.     White Man
Opposite way    Georgia  CHT 9249
                      (FD) AJX 3527

ST. BRenden's  Catholic Church
Blonde White Woman  Jogger 20'5 yrs. old
Jogged to  Grace Lutheran Church Contracted with Mr. LAHFF,
White Man  (FD) HEE X 55  White Car
              (FD) LAB 832
              (Blue) Spectrum Communication
White Man  (FD) JBGCVV  White Car
Columbia Latin Woman  (FD) 909 N HW (Black Car)
on cell phone
              (FD) 4 DT 444  Black Truck
              Spectrum Communication
and govt.  20'5 yrs. Blonde White woman Jogger
            very Muscular to ST. Brenden's

      ★   (FD) NR 401
          #20  Inc.  EMS
White Man (FD) G BS B10  White Truck
          Handy Man Service
Black Man  Georgia RHX 475 - Black Car
          (FD) 769 98H  Red Car
White Man on Cell phone (FD) 302 37 D.
White Man ★ (FD) 57 ECE  Red Car
1500 Fletcher Auto Service
          (FD) IHT ECO
White Woman  Volusia Sheriff - From Blue Cross
White Man
1 White Woman  Texas HRJ 0876  Black Car
White Man  (FD) IJ 56 ZJ  Black Car
Red White MAN (FD) MAJ 4 Q5  Motorcycle
White Man (FD) JZZ 126  Black Car
White Man (FD) 933 PG13 Blue Car
3460  White MAN  (FD) ENZ V 49
          (FD) 102 MHS  Red Ford

★ (Big) Mr. LAHFF  Jogging          My Way
around 30'5 yrs. Old with Cell      Granada St.
phone Criminal.                     6:00PM

#1550  Dollar General
White Man  Indiana  C5166 Tan Car
          (FD) JLJ 8118  Tan Car
White MAN (FD) CUX 503T
Mass. INF 226 - Red Car
Fence

Flagler Cop white Man
Mrs Cropshank & with Mrs Light
Ormond By The Sea
and Mr Deal

Tuesday 3/24/30

Ham model 1st Baptist Church
Criminal 3352 AM - Flagler County by FL
Catholic Church
white Man

7:00pm Black woman (FL) LZHZ19 (Blue) car

A-1 A South 3 white Men (FL) PACER White Truck
opposite way white Man (FL) 25150A Red Truck
white Man (Beeped) Bike Truck
white Man Bike (NC) LA-20969
2 white woman (Men) Georgia XPRG161 Silver car
Bike - (NC) HW86650
(FL) HYT 7678
Criminal white Man Georgia PPE F60 Silver Car?
2 Latin Men (FL) LXZ 315 Blue car
white Man (FL) 734 MMG Red car
House #258 (FL) GNT JH51 Black car
(FL) JNY R19 white car
(FL) 454 LCD white car
white Man (FL) HX ft E43 Silver Car
White Woman Man (FL) 82279 white Sub
(FL) 493 G6 DI
(FL) EL + ID Black car
Shell gas Shell woman (FL) Y60 HDR Shell gas
white Man (FL) Bat 826 Silver car
Recatable (FL) 551 561
(Red) G Truck

OHIO TANK 76 Silver Car
White Man (FL) HOH 516 white Car
Inv 3134 Fence (FL) JTH J96

My Way
A1-A
7:00pm

Flagler Cop - White Man
Mrs - Cropshank & with Mrs Light
(FL) 437 YEN Silver car
white Man # 4/31 - 1st Col/er County
(FL) 74 ay h D Silver Car
(white Man) (FL) DJ A SPL Red Car (Retr./Manly)
Waist pro.

60's yo dll I saw an old white woman and Man
Jogging on RT 1 ROAD
They hiked and Jogged a circle
around CVS (Red) store,

40's yrs. old Next day - Italian woman 70's yr old
James Point Rd. to CVS Pharmacy Jogged had
TATTOS ON HER BACK

(Very Important) I saw this Italian woman 30-35 yrs. old Jogging on San Marco Rd.
with Magenlis Lyons both committing a felony anytime. Their both Mobsters.

3/27/20 Friday | I Italian woman who has in with 2 white Men get into a
Black Altima car FA DP2 Q4Z. They had Threatened My Life at the
Cathedral Basilica of St. Augustine Catholic Church. They also Stated I was
Jerking off with an old white Homeless Man who Lied. He stated he was Homeless for
16 years and was in with a Latin Man In with Latin Catholic Priest and Bishop Off Estarez.
They all Lied. I'm Impotent and The last 4 years on top of Being Raped 2 Times
I have a hernia and its painful. My Family has known this for 4 years. I told
Charlie Brett and I told U.S. Fed. Court clerk Steve Carramunde who Lied with
an Irish U.S. Marshall for 4 years. Steve Carramunde was Promissed his Salvation out
of Me by The Catholic Church. He was a devorced Man and He was having Sex with
The Courts Attorney Mause Unknown Italian woman who also Lied.
Steve Carramunde Jogged On Broad St. across from The Phillies Stadium In 2018.
STEVES Mause Mate cousin In 12/2017 was seen with Mr. Gertz from Blair, Pa.
who just got out of Prison at The Sunday Breakfast Mission In Phila. Pa.
They stated they were going to kill my Spirits.



White Man (FL) DQR57 (Blue Car
White Man Jogger 20's yrs old TRINITY Episcopal Church (Criminal)
#Trinity Episcopal church - From #2 ART Mary Cross
St Augustine Pk White Man (FL) RAH5TC-Silver Car
Friday 5/27/20 (FL) NVA 491-Honda Silver C

Inter Group TRINITY Lutheran Church (904)
3:00 PM Wall Mart (FL) INQ 824
Van Car Delaware 5704067 Silver Car My Hwy
OPPOSITE me!! @ White Men Criminal
# Florida School for the Deaf + Blind 3:00 PM
(FL) JVIY 89 Hwy Gr
(Boss Cruiser) Bike White man (FL) LQFX11 Black Car
David Gray T03 Plumbing White woman (FL) 472 PHR Blue Car
(FL) JVA 484 Italian woman on cell phone #
White human on cell phone (FL) EFDY26 They Went across the Bridge
White Man (FL) (FL) 404 AIAN Volt Group with 20's yrs old
White woman (FL) 58 7M5R Silver Car (FL) IH44UI
Red WSIC (FL) 40E BR4
(FL) ANH V6l # 12 St. Augustine Police
White Bike # (FL) IS850G6 Orange Car (FL) LM5HH
(NY) AXH 2400 Black Car
SAN Marco Service (FL) 491 FCA
(FL) ELM 712
# Aviles Street (FL) 6A0 879 Hwy S
Old white human Cullen on cell White Man #4 St. Augustine Cop
The Duke White Man Aviles (FL) Z24 FIX
(FL) E4Y 421 Red Car White Man US Army — Face Mask
#4 LA Henern cape #4 Aviles ST Orange Bike
# White Man Build Head Looks Like (FL) JXH H4C#
Tom Hanks Cousin 20's yrs old. White Man (FL) tH3540 St. Johns County
White Man (FL) HRD 891 + White Car (FL) HAPZ13 Blue Car
White # Man (FL) HCA 471 Gray Car 2 with Man (FL) Z7S 20A Black Car
White Man human (FL) LD HIST Silver Car (FL) NRR 108
At TRINITY Episcopal Church Voltage Plumbing
Hwy St (Master Estevez) (FL) 41G RCR
White woman (FL) LJBW92
# 20's yrs old white Man Tattoos on Leg White woman (FL) 159 NSC
ARM Behind Back Criminal White Man (FL) FSATC Silver Car
(FL) GBF588 FPL
(FL) EUG 204 #
(FL) LBG C64 White Cap

Important

Pg. 96 OF

Italian woman - Jogger at her Mailbox
My wife and said I was Jerking off too
and white Man Italian Jerking off too

St Augustine FL
Friday 3/27/20

OFFICE - 35 Treasure St
(904) 824-2806
Criminal Bishop Philip Estavez - Criminal
Italian Man + Italian woman Took pictures
and White Man Threatend Me (FL) DP2Q42 Black car,

White Plant woman Both ways Criminal
3 daughters ⊙ AHO-ETW 736    4:30 PM
(FL) GPJ Y27    Hdwy St
#12 St Augustine Cop
(FL) DPX Q47    Black Car
Hot on My Picture,

4:30 PM    20's yrs old    Hdwy St
(FL) 25 NH
Opposite hwy    Blonde white girl - 20-34 yrs old college
Latin woman Criminal    - 50's yrs old.
Alligator Farm - Rio Vista Blvd

White Man    (FL) 45G J5J Blue Car
White Woman    (FL) AFC V34
(FL) 4/6 Rye Black Car
2 White Men    (FL) Dux A90 Silver Car
White Woman    (FL) JHG 40 White Volkswagen
#12 White Man ST. Augustine Cop
White Woman    (FL) 478 FD2 (Silver) CAR
White Man    (FL) GPJ W5G Black Car
White Man    (FL) ID9 2HB Red Car
White Woman    (FL) WEHB White Car

White Male Human
Connecticut 2ABG62
My hwy    (FL) GXDQB
White Man Human    (FL) X A4 NH Silver Car
2 Black Boys    (FL) 698025 White Car
White Man    (FL) 42T P41 Fort Myers
White Man    (FL) ELNHJ
(FL) ETW 736
White Woman    Iowa HRW 968 Blue Car
(FL) DQE 494
Thai    (FL) CTY T49
Black Man    (FL) A45L 256 Red Car
#13 Hwy St ARTSY Boutique - Criminal - Bald Latin Man on White Trek Bike
White Woman Georgia R5Z 1263 Tan Car
1 white Man
2 White Woman (FL) RJR 601
+ White Man
White Man Man
+ White Man    (FL) 625 GWZ
Black Man
2nd Time    (FL) LDEN 96 1 Black Car

Pg. 168 of

#1) All Murders were Covered up By Seth Williams Crooked Phila Pa. District Attorney.
#2) All Murders were covered up by District Attorney for they MARTIN - 2009-2020
#3) All Murderers were Covered up by #3 District Attorney #3 District Attorney Mr. Whitehead was Fired + Rehired.
#4) All Murders were Covered up by Martin Plun #4 District Attorney Vanegas
#5) All Murders were covered up at District Attorney's office by Jack McDermit + Cousin at Delaware county District Attorney

3 Made Men: These are The Murderers From Around 1970 - Until - 5/2020

| 1970-2020 | #1) Larry Wallace - Murderer | #28) Deacon - AW - Wilmington, Delaware |
| 1970-2020 | #2) Larry Wallace Jr. - Cover up Murder | #29) Deacon - Aubry - Wilmington, Delaware |
| 1970-2020 | #3) Reverend Wallace Now at The Philan Pa. Sunday Breakfast Mission | #30) Hyle Carroll - Phila. Pa drug dealer |
| 1970-2020 | #4) Reverend Hernando Sanchez - Latin Man Back bands | #31) Hyle Walton - Phila. Pa. |
| 1970-2020 | #5) Roger Wallace | #32) Vance Ellis - Phila. Pa. |
| 1970-2020 | #6) Roger Wallace Son | #33) Robert Johnson Phila. Pa. Phila. Pa. |
| 1970-2020 | #7) Black Reverend Briggs - Boss of The Sunday Breakfast Mission | #34) John Johnson - Phila. Pa. Phila. Pa. (Brenda) - Same person |
| -5/2020 | #8) Philadelphia Cop - Black Man Briggs - pulled Me over on Penrose Ave. | #35) Piere Johnson - Wilmington, Delaware |
| -5/2020 | #9) Philadelphia White Irish Female Cop- pulled Me over on Penrose. Bridges | #36) Old Man Johnson - Murder Suspect 30 yrs old Murder for Jan 2017 - Phila. Pa. |
|  | #10) | #37) Crystal Brown - Murder Suspect |
| 1970 - 2020 District Attorney Vanegas | #11) Tim Wallace - Criminal - Suspended Black Man from Lawnceville police | #38) Frank Brown - Murder Suspect |
| 1/2020 | #12) - Latin Man Criminal Suspended Lawnceville police | #39) Harrie Brown - Murder Suspect cover up |
|  | #13) Criminal Suspended Lawnceville police | #40) Inga Gossiet - Murder Suspect |
|  | #14) Rev. Lovei - Phila. Pa. | #41) Ray Adjen - |
|  | #15) Rev. Sam Reath - Phila. Pa. | #42) Chucky Smith |
|  | #16) Rev. Malleoth Charles - Phila. Pa. | #43) PAM Johnson - Murder Suspect |
|  | #17) Rev. Ty Williams - Phila. Pa. | #44) Rodney Young - Murder cover up |
|  | #18) Rev Vincent - Phila. Pa. | #45) Teresa Young - Murder cover up |
|  | #19) Rev. Hurt - Phila. Pa. | #46) Sean Young - Murder cover up |
| Biggest Cadillac | #20) Black Rev. Boss. Floyl Wheeler - Wilmington, Delaware Sunday Breakfast Mission | #46) Panch Johnson - Murder Suspect |
|  | #21) Fired Deacon James - Wilmington, Delaware Sunday Breakfast Mission | #47) Paul Johnson Jr. - Murder cover up |
|  | #22) Fired Martha Deacon - Wilmington, Delaware Sunday Breakfast Mission | #48) Elize Johnson - Murder cover up |
|  | #23) Fired Deacon - Gene Carson, Delaware Sunday Breakfast Mission | #49) Mr. Johnson - Pizza Hut from Baxley, Georgia. |
| Big criminal Fired 3 together | #24) Fired Black Man Gene Unknown from Wilmington, Delaware, Health Department | #50) Mr. Johnson Gay Orlando fla 2020 30 yrs old at Full Sail |
| 2002 - 2020 | #25) Deacon Rodgers - | #51) Mr. Chamberlain at Full Sail Gene - 20's yrs old guy |
| 2002-2020 | #26) Deacon Don Edwards - | #52) Crutney Chamberlain - Wilmington, Delaware Sunday together with Piere Johnson |
| 2002-2020 | #27) Deacon - Joe Anice - The FALCON - Drug king PIN | #53) Mr. The Chamberlain Sr. + Son - Both together with Elize Johnson Delaware |

4/10/08 10

These are The White People who were Murdered or
died of a Mysterious Accident.

(#1) MRS. Cahill - My old Neighbor Never sick died at home. around 1982.
    I State she was poisoned To Death by The 2 Black woman. [Joe Strickmore Rich Smith In Apts. a priest in the Sinagro]

12/2017 - Quincy Chamberlain Stated This To Pierre Johnson

(#2) ERNie vercechio Son Anthony - He was Run over around 1976 while we were on Vaction. (Brandon)
    Quincy Chamberlain stated to Pierre Johnson That The Chamberlain Family (Brandon)
    Ran over Someone on Hy Street Meaning Me In The 1970's.
    Quincy Chamberlain stated his Uncle Walt Chamberlain was My dad's Friend since 1970 [both]
    "Earl The Pearl MonRoe". This was correct, I used to wear Both Basketball shirts.

12/2017  * (#3) (Pierre) Brandon Johnson stated he was going to Beat Me Up to Quincy Chamberlain.
    Brandon Johnson stated that his Family was after Me from 1976-2020. to Quincy Chamberlain
    "Brandon Johnson stated he was In with BRANDON The Maniac Yudis" dad Family.

(#4) Quincy Chamberlain & "Pierre" Brandon Johnson was Seen talking with drug dealer "Joe Critterdon"
    at The Sunday Breakfast Mission In Wilmington Delaware and I Told, "Joe Anice Brett at That Time.

(#5) "Joe Anice Brett" The Falcon drug dealer Told The Boss He stated Floyd Wheeler That day,
    and Anthony Moys was kicked out of The Mission In with all of Them and Ollie Bynum The Muslim.

(#6) On drug Dealing "Joe Anice Brett" stated He was a drug King Pin and Supplier of drugs
    Like "Heroin, OXycotin and Cokesine & Pot In Front of 40 Men In The Program.
    Joe Anice charged his Name to Catch Me with The Mission Religiously This is a felony.

    * Joe Anice and "Pierre Brandon Johnson" both called out U.S. Attorney General My Friend,
    "Jeff Seggions" - a great Man who fought crime with Me.

* (#7) Frank Brett SR. Died on 5/17/96. He was poisoned to Death and Stabed 11 Time In
        The Neck, I showed Richard Getz Murdered These wounds and No Hum on his
        Arms & Neck were bright Red, His Face was white & Normal.

(#8) Richard & Marion & Richy & Carroly mn Getz were In with Paul & Margle Mursell &
    Houston Coop Baptist LT. Joe Green, Robert Green, Ben Green, RonGreen & St Judy TWarellie.
    Lisa Gambro & Anthony Lunyon, Steve Lunyon, Don Lunyon, Summer "Christine Siebel" & Christine Esposito - strippers,
    seen with Paul Miller & Phegang best Gang Member In Wildwood NJ. Marlon Miller. U.S. Customs - Bill Miller, Stan Miller,
    Jack & John N Miller, Selena Miller, Teresa Miller, Sara Miller, David Miller all In with Father of My Dad & children.

Pg. 102 of

The Black woman — At House #106 Strathmore Rd owned 2 Black People's Bars in Philadelphia at This Time

Murder Suspects — Black woman and Son Lived In The Apartments on Princeton Rd. were friends of The Black woman who owned 106 Strathmore Rd. House, called The Black Kid a Nigger Slay For letting on his Lawn

Mr. Greco — ARMy Sargent called The Black Kid a Nigger Slay For letting on his Lawn

Donna Shaw Melfire + Jim Melfire was There. He went and Told Mrs Greco Not to call him that and To Just Say Hey Get off My Lawn.

Mrs Greco stated to Jim That The Black woman and Son In The Apartments were black criminals who were hurting your Marriage Jim with Religion.

Jim Melfire and Donna Shaw Melfire were divorced the Next Year.

The Black woman + Son she was divorced. Was definitly In with Roger Wallace, and Larry Wallace and Reverend Wallace at This Time.

Around 1980

1980 Roger Wallace Had a white girlfriend at Haverford High School when he left and Transferred to Lower Merion High School his Senior Year.

Larry Wallace and his Son went to In 5/20/18 They went to The Orlando Fl. Rescue Mission. Larry Wallace thought I was a dead Soul person he stated this to the other Black Men In The Mission, criminal Sam Clay, Larry Wallace had followed Me from Phila Pa. To Orlando, Fl. Committing Felonies against Me with

All The Missions.

#1. Larry Wallace — got up In Front of 200 Men at The Mission In The Prayer Room" He stated to The White Man big Presbyterian Minister and Church Members that We did everything.

#2 Larry Wallace stated That him and his Black Reveral Mr. Wallace who goes to and used The Sunday Break Fast Mission In Philadelphia and all The Reverals There and his Black friends planned everything Maticulously.

#3 Larry Wallace + Son stated we planned all The crimes with Sam Clay a Black Man Reverads son In Orlando, Fl. Revn Hall, Jim Jackson and Security Loman, and 2 white Reverads Mike and Dave at The Orlando, Fl. Rescue Mission

#4 The White Man Presbyterian Reverend from The Biggest Presbyterian Church In the Area he stated was shocked. He stated I have Nothing to do With Them To White Man Boss Joe with Bald Head heard everything. So did all The Reverads.



A framed photo of Florida governor Charlie Crist and Scott Rothstein in Rothstein's office in Fort Lauderdale, autographed by Charlie Crist: *Scott— You are amazing! Charlie Crist* (Carline Jean © Sun Sentinel / ZUMA-PRESS.com)

Epstein's current residence, the storied building formerly known as the Herbert N. Straus Mansion, on East 71st Street just off Central Park, was acquired by Leslie Wexner in 1989. *(Laura Hanifin)*

Epstein, a longtime benefactor, with an unidentified friend, attended the 2014 New York Academy of Art's Tribeca Ball, presented by Van Cleef & Arpels, at the New York Academy of Art on April 7, 2014, in New York City. *(Billy Farrell / BFAnyc.com)*

Nadia Marcinkova, Michele Tagliani, Sarah Kellen, and Teala Davies, photographed at the New York Academy of Art's Tribeca Ball, April 14, 2004 *(Rob Rich / SocietyAllure.com)*



PAGE 130 of 144
Prince Andrew and Virginia Roberts
as 17 yrs. old.
Pg 105 & 106

Virginia Roberts, age
fifteen; photo reportedly
taken by Jeffrey Epstein in
New York City (Virginia
Roberts Affidavit, US
District Southern Court of
1999 Florida)

NEW YORK

(L to R) Prince Andrew, Virginia Roberts,
and Ghislaine Maxwell; photo reportedly
taken by Epstein with Roberts's camera
in Maxwell's London town house. London, England
Roberts was seventeen years old at this
time. (Virginia Roberts Affidavit, US
District Southern Court of Florida)

...nia Roberts, age seventeen;
photo reportedly taken by
Jeffrey Epstein at Zorro Ranch,
his New Mexico property,
in winter (Virginia Roberts
Affidavit, US District Southern
Court of Florida)

Jeffrey Epstein with Professor
Alan Dershowitz in Cambridge,
MA, September 8, 2004 (© Rick
Friedman / Corbis)

B #31 OP 144
Par 086108



Leslie Wexner, photographed at his home in New York City, 1989 (© Lynn Goldsmith)

(L to R) Jeffrey Epstein, Ghislaine Maxwell, and Tony Randall, who presided over a November 1991 YIVO Institute event at the Plaza Hotel to honor the late Robert Maxwell (Marina Garnier)

(L to R) Deborah Blohm, Jeffrey Epstein, Ghislaine Maxwell, and Gwendolyn Beck attend a reception at Mar-a-Lago, 1995. (Davidoff Studios)

Jeffrey Epstein, Donald Trump, and (newly signed Trump Model) Ingrid Seynhaeve, attending the Victoria's Secret Angels party at Laura Belle club in New York City on April 8, 1997 (Marina Garnier)

DON Trump hired a
Jeff Epstein Together.

They Poisoned My 4 Babies From Heaven
3 Boys and a Little Baby Girl all Died.
Me and My wife were both poisoned and we survived.

1994 (#1) They Poisoned Me My wife and Baby Fracis Brett 5 Months old died.
1995 (#2) They Poisoned Me My wife and Baby Cheryl Brett 4 1/2 Month old died.
1996 (#3) They Poisoned My Dad — By Sharon Weis, Dr Slech, Anthony & Lisa Gambini Lucy so Anthony Manthellie and Later his wife works in Billing Department in Blue Cross Athena Sheth and Robert Homes who came into Slawson Williams Paint Store on Hareford Ave in Phila Pa. They all received copies of Manager Jimmy Johns Social Security Number and his Billing. I Saw Sharon Weis hand this out to Everyone, They all were going to Murder Johnny Johns The Manager and devorced Him for their Salvation.

I Told Nolan Painting. He works Now at Nolan Painting, I Saved his Life and he's My witness, Robert Homes and his Martin Associate LuAtle Zen TiVarte Homes used Kathy Amoroso + Kathy Gambino and Martin Attorney NINO TiVarte and the Rat Pack from South Philadelphia Pa.

1997 (#4) They Poisoned Me and My wife and Baby Martin Brett 5 Months old died.
1998 (#5) They Poisoned Me and My wife and Baby Dalton Brett 5 1/2 Months old died.
He died with Heart defect due to Chemical Poisoning and
Chemical Toxicity.

10/2017 (#6) They Poisoned My niece Christine Sutter and she died at 27 Yrs. old, Nichole Laputa her girlfriend's Nichole, and her boyfriend Albert Raped her said her Mom and (UCF) University of Central Florida and 12 of his Friends at UCF suspects in Christine Sutters death with Nichole Laputa's Father Kevin Laputa and also John Laputa drug dealers is also a Major Suspect with a Mr Willis who's around 60's Yrs old and carries a Guitar and J.R. Avis with his band noise and Son in with Pasco County Baptist Church I Saw J.R. Avis Willis Sabotage My Motorcycle during The 1st Look Investigation at Stephie Bingham Laputas house at 222 Bonnie Ville Rd. in Orlando, FL.

(1995-2020) Robert Homes was in with Baptist Richard & Marion, Richy & Carrodyn Gertz Since 1995 to screw me and My wife and committed Major Felonies against us with Family Members in Jos Greco & Deitrick

(1998-2020) Robert Homes was in with Rachel & Mike Smith and Rachel Smith Oriental Women's Jewish Boss and also Marre Sullivan's Jewish Boss.

★ Around 2009 at Mike Smith's Aunt Jim Smith — Rachel Smith and I stated that They were in with Leonard Halpern my old accountant, and Hugh B my old Crooked Attorney and Bob Leebman his Cousin. Rachel Smith Attorney I today and Marre Sullivan stated Leonard Halpern is very Smart and taught Man Everything how to commit Crime and get away with Murder.

Pg. 1 of 1  Addressing

20 Gang Members Here

A Poem For Jesus on His birthday,
with My Four Babies In Heaven!
(3 Boys and 1 girl)

Once upon a time The Babies were Born,
They played with Jesus in the early Hour Now,
In The Angel's Seat They Laughed and giggled hearts filled with Joy and Love from Above,
They all Sent by God from Heaven with three Doves and Love.

John The Baptist waited at the River Jordan.
While the White doves ascended from the opened clouds in the Sky,
The Angels of The Lord Hearts overflowing, Let out a Shy.
The 4 Babies from Heaven came down and did Not Cry.

John The Baptist Began to Baptise one and all.
The Wholy Spirit filled The Babies Souls with the knowledge of The Dead Sea
Scrolls.
God from Above The clouds Let out a Thunderouse Voice,
That God was pleased and would protect The 4 Babies Souls His choice.

People Traveled from Many a Mile,
To See The 4 Babies from Heaven's Tranquil Smile,
They brought gifts from Near and a Far,
Frankinsense and Baby Powder and even clam chowder.
Baby

The 4 Babies from Heaven were here to stay,
They Love their Mommy and Daddy every peaceful Day,
The Moral of The Story is To pray, pray, without delay,
For God's Love is upon all of US. and his word to this G day.
Amen.

2 of 2

For The Middle District of Pennsylvania

Frank Brett
vs.

#1. Mame D'Andrea
#2. NJ. Governor Chris Christie
#3. Bill Naulty Accountant
#4. David Wildstein
#5. Mr Service
#6. Bridget Kelly
#7. David Samson
#8. Doug Wenger
#9. John Leehman
#10. Sterling Tarbett

#11. Steve Commwelle
#12. Summer Boobs (5'8 144 Boob)
#13. John Ryman
#14. Adido Jones
#15. Judge John Toal
#16. Mr Main
#17. Bruce Cutler "(ATTorney)"
#19. Vincent Martin

Case No. 1:17-CV-1571

FILED
HARRISBURG, PA

SEP 0 1 2017

Motion for a Summary Judgement on Federal Rule of Civil Procedure 55A&B, I Frank Brett won. David Samson, Jaimie Fox, Bill Baronie The enforcer David Wildstein and Bridget Ann Kelley all Went to Prison. Bill Naulty the Accountant for the Port Authority and AT Least 2 Port Authority Policemen and John Ramiya with Samson Law Firm thim Grama acine LT. Governor of NJ. So far have escaped Justice. I state that on Wednesday 7/12/17 David Wildstein accused NJ. Governor Chris Christie of knowing about the plot to close bridge since this case has lasted 7 years I am entitled to triple the amount of 3 million dollars by each crooked defendant has to pay me. Bill Naulty and The Port Authority, his friends Mafia attorneys Felecia Brunos, David Hine both Lost their Jobs for the attempted Murder Me on 7/29/03 with Crooked Realtors Tim Heathy Conway, Charlie Naulty, Frank Izzi - Dept of Corrections officer in Delaware County, & with Frank Brett & the Lawyers of todd Samson attorney Tried to obstruct Justice and broke the Law with Port Authority Bill Naulty, his friends Bill Higgins from Monsignor Bonner John & Jim Lyons, Steve and Brian Towed, Kevin Malartkey and John Mukartney, Rob Lausty Bill Rafferty Printing + Car Dealership, Tom Rolf and Tom Aaron all obstructed Justice into Croce vs United States of America where Croce stole 16 million dollars. New evidence proves that in 2017 John Whalen Bill Michelis, Ed Hillion and his cousins Pa. State Rep. Tom Killion, John Gardner Havertown Cops Bill Hollingsworth, Sgt. Motte Glen, officer Minty, officer Dennis O'Donnell LT. Joe Gneco, Lower Merion Cops - officer John Collins, Peter Osenaclar, Sgt Demescio, LT. Herzog, and LT. O'Donnel of Upper Darby Police and Joe Cupri Szano, Ann O'Hara, Maureen Stewart, John O'Reily John Gardner (criminal) and cooking 21 Play McKinney, Vince Colston, Stan Legniae of

century 21 I won all in the decoroding 21 of the Brett family when he lived a happily married man from 1991 to 2002 Monty Compasano was hired in 1996 by Vince Croce and obstructed Justice With The Catholic Monsignors with all the abnew into additional crimes by Independence Blue Cross East Employees.

Frank Brett
Frank Brett
611 Riverst
Haverford Pa. 1908
Covered by DA. Seth Williams
New Address 14 Princeton
Haverdown Pa. 19083

P. 2 of 2

In The United States District Court
For The Middle District of Pennsylvania

Frank Brett
VS

Case No. 1:17-CV-1671

#1. Mike D'Andrea
#2. NJ. Governor Chris Christie
#3. NJ.11 Nasty Accountant
#4. David Wildstein
#5. Mr. Service
#6 Bridget Kelly
#7. David Samson
#8. Doug Barden
#9. John Leckman
#10. Sterling Tarbett

#11. Steve Carramuchle
#12. Summer Boobs (size 44H Bob)
#13. John Ryan
#14 Adiclo Jones
#15. Judge John Toal
#16. Mr. Man
#17. Bruce Cutler "Attorney"
#18. Vincent Mancia!

FILED
HARRISBURG, PA
SEP 0 1 2017
VC

Motion For a Summary Judgement on Federal Rule of Civil
Procedure 55 A+B continued. I Frank Brett state that on 7/12/17 wednesday
at David Wildstein's sentencing. US. Attorney Lee Cortes and US. Prosecutors
praised David Wildstein The enforcer and Mastermind of Bridgegate avoids prison.
David Wildstein was sentenced to 3 years probation by Federal Judge Sue Wigenton in
Newark, NJ. David Wildstein accused his boss Chris Christie of knowing about
The Plot to close The George Washington Bridge as it unfolded. David Wildstein was
a high school class mate of Chris Christie who knew everything from the beginning all The crimes
of David Samson. I am asking The Court To charge Chris Christie with this crime and
other key Chris Christie administration figures. I am asking this Court for
3 Million dollars against John Ruryan, Bill Naulty + Anthony Munoz of Amtrac and
The Former boss of Amtrac, Robert Lanff of Amtrac, Summer Titts Stripper and her daughters
Summer Titts cousin, Christine Sabel-Stripper, Tom Killion-Republican
State Representative from Newtown Sq. Pa and his secretary and cousins
Ed Killion, They all obstructed Justice Into This case and Several
other cases I was involved with. US. Customs Henry Miller + Ken Brett.
Peter Cooper obstructed Justice since 2011 with Seth williams District attorney
of Philadelphia, Pa + Kathy Martin and Gay friends And Mr. Mohamad Ali and Brian Towel.

Frank Brett
Frank Brett
510 Riley St,
Harrisburg, Pa 19102

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Frank Brett

**DEFENDANTS** Wm Haute Dr Andrea, Governor Chris Chystie, DA Newby Documents, David WM Eston, Mr Service

**(b)** County of Residence of First Listed Plaintiff Delaware
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Dauphin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Frank Brett
14 Princeton Rd
Honetawn, Pa. 19083

Attorneys *(If Known)* # B. Deny Barger-DOS.
# 19. Jeff Epstein
BT. AL.

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
Other:
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☒ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: The 119 USC H(A) H(A)(1)
Black and White Gangs Come After cops + the FEDERALLY Members of a Crime Victim's Rights Act.
Brief description of cause: The 18 section 3771 Violable as Individual Performing Official duties under cover, Informant, Fed Legal CS

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 3 Million Dollars from Each Defendant
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE 6/4/20
SIGNATURE OF ATTORNEY OF RECORD Frank Brett

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____